FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

GREAT WEST CASUALTY COMPANY, )
a Nebraska corporation, )
         )
         Plaintiff, )
         )
         )     **2023CH07977**
vs. )
         )    Case No.:
BLACK HORSE CARRIERS, INC., )    Calendar No.
an Illinois corporation; JOROME TIMS )
and ISAAC WATSON individually )
and on behalf of others similarly situated, )
         )
         Defendants. )

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Great West Casualty Company, ("Great West" or "GWCC") by and though its counsel, brings this Complaint against Defendants Black Horse Carriers, Inc., ("Black Horse"), Jorome Tims and Isaac Watson, individually and on behalf of all others similarly situated ("Tims"), pursuant to 735 ILCS 5/2-701, and states as follows:

### INTRODUCTION

1.       This is an insurance coverage dispute between Great West and Black Horse. Great West issued insurance policies that extended certain coverage to Black Horse. Specifically:

**a.     Commercial General Liability Coverage**

Great West issued annual commercial general liability coverage ("CGL Policies"), starting with Policy No. MCP07281A, and continuing through MCP07281F. The "A" Policy incepted on November 1, 2013. The "F" Policy coverage terminated on November 1, 2019. Each CGL Policy or Form had substantially the same terms and conditions, unless specifically noted below. A true and correct copy of CGL Policy "F" is attached hereto as **Exhibit 1**.

EXHIBIT
1

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# EXHIBIT 1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069**

██████████████

**JOE MORTEN & SON INC (IL)**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK   IL   60527**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000399

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                          (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*                                                            GWCC000401

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000402

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

1100 West 29th Street, P.O. Box 277, South Sioux City, NE 68776 | 800-228-8602  *The Difference is Service®*

# COMMERCIAL LINES POLICY

PJ 00 00 09 15

*Confidential*

GWCC000403

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# *Important!*
## REPORT ALL ACCIDENTS IMMEDIATELY
### 1-800-228-8040

### OR CALL COLLECT
### 402-494-7321

*It is very important that you read your policy.  If you have any questions,
Please call your Agent, or 1-800-228-8602.*

PJ 00 00 09 15

GWCC000404

FILED DATE: 9/6/2023 1:54 PM 2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

Policy No.: **MCP07281F**

Thank you for renewing your truck insurance coverages with Great West Casualty Company. We will continue doing our best to serve you.

Great West's policy conditions require all accidents be reported as soon as possible. We prefer an accident be reported by the driver(s) at the scene *no matter how minor.*

We have adjusters on duty *24 hours a day* so when you or your driver(s) call, immediate action can be taken. We believe "on the scene investigations" are important so we can document physical evidence before it disappears. **This gives us the opportunity to make certain your interests are protected.**

Our claims reporting number is 800-228-8040 (Canada 800-833-1846). If you need accident cards or decals bearing these numbers, please notify your agent immediately.

Thank you for your business. If you have any comments regarding Great West's service please contact me at **(800) 769-3694 OR (812) 337-4365**

Yours very truly,

GREAT WEST CASUALTY COMPANY

**Kristi Jackson**
**Supervisor, Underwriting**

Enclosure
cc: Agent:     **JOE MORTEN & SON INC (IL) 6069**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK  IL  60527**

HO 00 41 05 15

*Confidential*

GWCC000405

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

*Confidential*

GWCC000406

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# IMPORTANT

**11/07/18**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

Policy No.: **MCP07281F**

Hello!

**Please read your policy.**  I am always willing to answer any questions you may have. Call me at **(630)  920-9440**

At your request, Great West will provide a listing of all your claims.  This is one of the reasons I chose them to meet your insurance needs.

*Please advise me of any vehicle or operation changes as soon as possible.*  Operation changes may include:  buying or forming new organizations, securing brokerage authority, doing repair work for others, operating in different states, applying for new authority, hauling different commodities, or entering into contract or lease agreements. I also suggest you have your attorney and accountant review contracts, leases, and any other agreements transferring legal and financial obligations to you.  We can change your insurance program to properly cover your exposures if needed.

Thank you.

Very truly yours,

**JOE MORTEN & SON INC (IL) 6069**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK   IL   60527**

HO 00 37 01 96

Member of the Old Republic Insurance Group

*Confidential*

GWCC000407

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



## GREAT WEST CASUALTY COMPANY

*The Difference Is Service*®

BLACK HORSE CARRIERS INC
455 KEHOE BLVD STE 105
CAROL STREAM IL 60188

### POLICY NUMBER: MCP07281F

## PREMIUM DETERMINATION SUPPLEMENT

When a policy is issued on a reporting basis, it is extremely important that good records be kept on all transactions that pertain to determining the final premium due to the company. We expect our agent to work with you to make certain you record revenue or mileage for all areas of your operations. Separate entries should be made each month of the policy period for each of the following groups:

100% of revenue or mileage on your owned equipment.

100% of revenue or mileage on equipment under full-time lease to you.

100% of revenue or mileage when you trip lease to other Motor Carriers.

100% of revenue or mileage from Trip Lessors to you, if an Additional Insured Endorsement <u>is not</u> on file from the Trip Lessors.

15% of revenue or mileage from Trip Lessors to you, if an Additional Insured Endorsement is on file from the Trip Lessors Insurance Carrier.

Mileage is the actual miles traveled, *loaded* <u>and</u> *unloaded*.

Revenue is the total revenue generated each month *whether collected <u>or not</u>*.

If you have a brokerage operation, report this revenue or mileage as negotiated.

If you have any questions about what is or isn't revenue, please refer to your *Premium Determination Form* attached to your policy for definitions of *Gross Revenue* or *Mileage* or give us a call.

### GREAT WEST CASUALTY COMPANY

AGENT:  JOE MORTEN & SON INC (IL) 6069
535 PLAINFIELD RD STE F
WILLOWBROOK IL 60527

HO 00 17 05 15

*Confidential*

GWCC000409

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000410

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PREMIUM DETERMINATION –REPORTING BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)

The premiums we are charging you for coverages shown below are calculated monthly as follows:

| Premium Basis | Rating Basis | Rate |
|---|---|---|
| ████████ | ████████ | ████ |

**ESTIMATED ANNUAL MILEAGE** ██████

Estimated Premium: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ████

Deposit: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0**

Special Provisions, if any:

GU 49 20 12 17

*Confidential*

GWCC000411

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

The following are provisions of the policy applicable to paying for your policy on a Reporting Basis:

## A. PREMIUM BASIS

### 1. GROSS REVENUE

GROSS REVENUE means the total amount which you are entitled to for shipping or transporting property during the policy period regardless of whether you or another "motor carrier" originate the shipment. Gross Revenue includes the total amount received from the rental of equipment, with or without drivers. Gross Revenue does not include:

**a.** Amounts you pay to railroads, steamship lines, airlines or other "motor carriers" operating under their own ICC or PUC permits.

**b.** Advertising Revenue.

**c.** Taxes which you collect as a separate item and remit directly to a governmental division.

**d.** C.O.D. collections for cost of mail or merchandise including collection fees.

**e.** Warehouse storage fees.

### 2. MILEAGE

MILEAGE means the total miles operated by all units, loaded or unloaded, during the policy period whether the shipment originates with you or another "motor carrier". Mileage shall include the total miles developed from the rental of equipment, with or without drivers.

### 3. NUMBER OF AUTOS

NUMBER OF AUTOS is all "autos" covered by the policy of the commercial type owned by or leased to you under a written agreement of not less than thirty (30) days, during the policy period.

### 4. VALUE

VALUE is the actual cash value of all "autos" covered by the policy.

### 5. SPECIAL RATE BASIS

SPECIAL RATE BASIS means any modification to any of the rate basis defined above. When used, SPECIAL RATE BASIS will be defined in the Special Provisions section on this endorsement.

## B. ESTIMATED PREMIUM

ESTIMATED PREMIUM is the sum of each Rating Basis times the applicable Rate. The estimated premium we charge you for reporting form rating is based on exposures reported to us. We will compute the final premium due when we determine your actual exposures. The estimated premium will be credited against the final premium due and the First Named Insured will be billed for the balance, if any. If the estimated total premium is more than the final premium due, the First Named Insured will get a refund.

## C. DEPOSIT

If a DEPOSIT is shown on the policy it is because the premium is subject to adjustment based upon the actual premium basis as compared to the estimated premium basis. As security for the prompt payment of the premium due under the policy, you grant to us a security interest constituting a first lien on the funds provided to and held by us as a deposit.

We will have the right without any further demand or notice, to apply the deposit against any premium due and owing to us under the policy. Following the expiration of the policy and the calculation of the premium due, the deposit will be applied to any amounts due us as premium and the remaining funds will be returned to you.

## D. REPORTING

You must give your report of premium basis and a check for the estimated premium to your agent by the 15th day of each month. Your reports will contain the value for the last business day of the preceding month. Failure to file your report and to pay estimated premium by the 15th day of each month may result in cancellation of the policy for nonpayment of premium.

When you fail to file your report, we will have the right without any further demand or notice, to estimate any premium due and owing to us under the policy. The estimate will be based on previous reports filed by you.

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## RETENTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL INLAND MARINE COVERAGE PART

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

"Retained Amount" of "Loss" per "Occurrence":    **$200,000**

"Loss Adjustment Expense":    **$200,000**

"Total Retained Amount" per "Occurrence":    **$200,000**

"Loss Supervision Fee":    **0.0%**    of paid "Loss" within your "Retained Amount".

Maximum "Loss Supervision Fee":    **$0**

**A.  RETAINED AMOUNT**

You agree to reimburse us for the "total retained amount" shown in the SCHEDULE on this endorsement.

The Limit of Insurance shall not be increased by the "total retained amount".

**B.  LOSS ADJUSTMENT EXPENSE**

1.  You agree to reimburse us for any "loss adjustment expense" we pay, up to the amount shown in the SCHEDULE on this endorsement.

If the SCHEDULE on this endorsement indicates that pro-ration applies, you are responsible only for your share of the "loss adjustment expense". Your share of "loss adjustment expense" is the same proportion that your "retained amount" bears to the total amount of the "loss".

2.  If the SCHEDULE on this endorsement indicates that the "loss adjustment expense" is zero, we will pay any "loss adjustment expense" and it will not be used to calculate your "total retained amount".

**C.  LOSS SUPERVISION FEE**

You also agree to pay us a "loss supervision fee" which is a percentage, as shown in the SCHEDULE on this endorsement, of the paid "loss", up to the "retained amount". The "loss supervision fee" is in addition to your "total retained amount" and will not exceed the maximum amount shown in the SCHEDULE on this endorsement.

**D.  RECOVERY FROM OTHERS**

Any recovery for a "loss" paid by us under a policy covered by this endorsement, will be allocated as follows:

GU 49 67 10 10

Page 1 of 2

*Confidential*

GWCC000413

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1.  To reimburse us for all of our payments, including indemnity, "loss adjustment expenses", and recovery expenses; and

2.  Any balance of the recovery that remains after we have been reimbursed will be paid to you.

**E.  ADDITIONAL DEFINITIONS**

As used in this endorsement:

1.  "**Loss adjustment expense**" means the amount that you or we pay as expense for the handling or settling an "occurrence" or "suit". "Loss adjustment expense" includes the following costs:

    a.  Attorney fees and expenses.

    b.  Testimony transcript fees and expenses.

    c.  Medical exam fees and expenses.

    d.  Police reports.

    e.  Appeal costs and expenses.

    f.  General court costs and expenses.

    g.  Medical testimony fees and expenses.

    h.  Expert witness fees and expenses.

    i.  Lay witness fees and expenses.

    j.  Service of process costs.

    k.  Miscellaneous claim costs such as title searches, photos, death certificates, etc.

    l.  Independent claims adjusters fees and expenses.

    m.  Appraisal fees and expenses.

    n.  Post judgment interest when the interest is a consequence of an appeal initiated with our written agreement.

    o.  Travel expenses directly related to handling or settling any "occurrence", "loss" or "suit".

But "loss adjustment expense" shall not include the following costs:

a.  Your or our "employee's" salaries or expenses except those travel expenses directly related to handling or settling any "occurrence", "loss" or "suit";

b.  Other expenses we incur not directly associated with a specific claim; and

c.  Any expense associated with an appeal that you initiate without our written agreement.

2.  "**Loss**" means direct and accidental "loss" or damage resulting from an "occurrence".

3.  "**Loss supervision fee**" means a fee for our administrative supervision, office expenses, salaries and remuneration of our "employees".

4.  "**Occurrence**" means an "accident", including continuous or repeated exposure to substantially the same general harmful conditions.

5.  "**Retained amount**" means the total amount of "loss" to be reimbursed by you.

6.  "**Total retained amount**" means the "loss adjustment expense", if applicable, and the "retained amount" to be reimbursed by you.

*Confidential*

GWCC000414

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NAMED INSURED

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL INLAND MARINE COVERAGE PART
    TRUCKERS EXCESS POLICY
    COMMERCIAL EXCESS INSURANCE POLICY

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

The Named Insured shown in the Declarations shall include:



*Confidential*

GWCC000415

**Named Insured (continued)**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

GU 49 06 10 10

*Confidential*

GWCC000416

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# GREAT WEST CASUALTY COMPANY

**A Stock Company**
1100 West 29th Street, South Sioux City, NE 68776

## COMMERCIAL LINES POLICY
## COMMON POLICY DECLARATIONS

**POLICY NUMBER: MCP07281F**                    Renewal of Number:  **MCP07281E**

Named Insured and Address:

> **BLACK HORSE CARRIERS INC**
> **455 KEHOE BLVD STE 105**
> **CAROL STREAM IL   60188-5203**

Policy Period: From  **NOVEMBER   1 2018**   to **NOVEMBER   1 2019**   at 12:01 A.M. Standard Time at your address shown above.

Business Description: **TRUCKER  —  CORPORATION**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | PREMIUM |
|---|---|
| **COMMERCIAL GENERAL LIABILITY COVERAGE** | **INCLUDED** |
| | |
| **PREMIUM DUE NOW NOT INCLUDED IN RATE**        AMOUNT DUE NOW | $  $ |
| Total Policy PREMIUM | **INCLUDED** |

Forms and endorsements made a part of this policy at time of issue:*

**DE00011213   DE00300115   GU49061010   GU49100187   GU49201217   GU49521010
GU49561010   GU49671010   GU49911217   GU50160914   GU50171211   PC00120118**

*Forms and Endorsements omitted if shown in specific Coverage Part Declarations.

Agent:

JOE MORTEN & SON INC (IL) 6069

*Confidential*                                    GWCC000417

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

In various places on our policy, we may use abbreviations.  This is what they mean:

| TERM | MEANS |
|---|---|
| ACV | Actual Cash Value |
| BI | Bodily Injury |
| Coll | Collision |
| Comp | Comprehensive |
| Cov | Coverage |
| DBA | Doing Business As |
| Ded | Deductible |
| Incl | Included |
| Ins | Insurance |
| Liab | Liability |
| Med Pay | Medical Payments |
| PD | Property Damage |
| Phys Damage | Physical Damage |
| PIP | Personal Injury Protection |
| PR/Co | Products/Completed Operations |
| Spec Perils | Specified Perils |
| UIM | Underinsured Motorists |
| UM | Uninsured Motorists |

INSURED  COPY

*Confidential*

GWCC000418

# COMMERCIAL LINES POLICY
## SUPPLEMENTAL DECLARATIONS

**POLICY NUMBER:** MCP07281F

**GREAT WEST CASUALTY COMPANY**
P. O. Box 277, South Sioux City, NE 68776

---

**EXTENDED SCHEDULE OF COVERAGES**

This policy provides the following additional coverage(s). Please read the endorsement(s) for a complete description of coverage.

| | PREMIUM |
|---|---|
| CG49210413 AIS – ADDL INSD – SCHED PERS/ORGANIZATION – PRIM/NON-CONTRIB | █████ |
| CG49250413 AIO – ADDL INSD – SCHED PERSON/ORGANIZATION – PRIMARY BASIS | █████ |
| CG49260115 CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM | █████ |
| CG49600817 EMPLOYEE BENEFITS LIABILITY COVERAGE | █████ |
| CG49770710 EMPLOYERS LIABILITY INSURANCE – STOP GAP SUPPLEMENT | █████ |

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DE 00 05 04 00

INSURED COPY
*Confidential*

GWCC000419

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000420

# SCHEDULE OF AUTOS

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

| POLICY NUMBER: MCP07281F | GREAT WEST CASUALTY COMPANY |

| AUTO | YEAR | MAKE | RADIUS | COVERAGE | PREMIUM |
|------|------|------|--------|----------|---------|
| G0001 | 0000 | GENERAL LIABILITY | UL | LIABILITY.................................... | |
| | | | | PIP ............................................. | |
| TYPE | | SERIAL NUMBER | | MED PAY ..................................... | |
| NON-DESCRIBED | | | | UM .............................................. | |
| | | | | UIM ............................................. | |
| FOR PHYSICAL DAMAGE LOSS WE WILL PAY YOU AND: | | | | LIMIT        DED | |
| | | | | COMP | |
| | | | | SPEC PERILS | |
| | | | | COLLISION | |
| ADD DATE: 11/01/18 | CANCEL DATE: | | | CARGO | |
| CHANGE DATE: 11/05/18 | | | | PREMIUM FOR THIS AUTO | |

| AUTO | YEAR | MAKE | RADIUS | COVERAGE | PREMIUM |
|------|------|------|--------|----------|---------|
| | | | | LIABILITY.................................... | |
| | | | | PIP ............................................. | |
| TYPE | | SERIAL NUMBER | | MED PAY ..................................... | |
| | | | | UM .............................................. | |
| | | | | UIM ............................................. | |
| FOR PHYSICAL DAMAGE LOSS WE WILL PAY YOU AND: | | | | LIMIT        DED | |
| | | | | COMP | |
| | | | | SPEC PERILS | |
| | | | | COLLISION | |
| ADD DATE: | CANCEL DATE: | | | CARGO | |
| CHANGE DATE: | | | | PREMIUM FOR THIS AUTO | |

| AUTO | YEAR | MAKE | RADIUS | COVERAGE | PREMIUM |
|------|------|------|--------|----------|---------|
| | | | | LIABILITY.................................... | |
| | | | | PIP ............................................. | |
| TYPE | | SERIAL NUMBER | | MED PAY ..................................... | |
| | | | | UM .............................................. | |
| | | | | UIM ............................................. | |
| FOR PHYSICAL DAMAGE LOSS WE WILL PAY YOU AND: | | | | LIMIT        DED | |
| | | | | COMP | |
| | | | | SPEC PERILS | |
| | | | | COLLISION | |
| ADD DATE: | CANCEL DATE: | | | CARGO | |
| CHANGE DATE: | | | | PREMIUM FOR THIS AUTO | |

| AUTO | YEAR | MAKE | RADIUS | COVERAGE | PREMIUM |
|------|------|------|--------|----------|---------|
| | | | | LIABILITY.................................... | |
| | | | | PIP ............................................. | |
| TYPE | | SERIAL NUMBER | | MED PAY ..................................... | |
| | | | | UM .............................................. | |
| | | | | UIM ............................................. | |
| FOR PHYSICAL DAMAGE LOSS WE WILL PAY YOU AND: | | | | LIMIT        DED | |
| | | | | COMP | |
| | | | | SPEC PERILS | |
| | | | | COLLISION | |
| ADD DATE: | CANCEL DATE: | | | CARGO | |
| CHANGE DATE: | | | | PREMIUM FOR THIS AUTO | |

| AUTO | YEAR | MAKE | RADIUS | COVERAGE | PREMIUM |
|------|------|------|--------|----------|---------|
| | | | | LIABILITY.................................... | |
| | | | | PIP ............................................. | |
| TYPE | | SERIAL NUMBER | | MED PAY ..................................... | |
| | | | | UM .............................................. | |
| | | | | UIM ............................................. | |
| FOR PHYSICAL DAMAGE LOSS WE WILL PAY YOU AND: | | | | LIMIT        DED | |
| | | | | COMP | |
| | | | | SPEC PERILS | |
| | | | | COLLISION | |
| ADD DATE: | CANCEL DATE: | | | CARGO | |
| CHANGE DATE: | | | | PREMIUM FOR THIS AUTO | |

GU 49 10 01 87

*Confidential*

GWCC000421

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000422

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## UIIA ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL INLAND MARINE COVERAGE PART - CARGO COVERAGE
    TRAILER INTERCHANGE COVERAGE

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)

### SCHEDULE

Policy Expiration Date: **NOVEMBER 1 2019**

Name of Person or Organization, (Additional Insured):

**ALL WATER/RAIL CARRIERS AND LEASING COMPANIES PARTICIPATING IN THE UIIA ARE AN ADDITIONAL INSURED ON THE POLICY WHEN REQUIRED BY WRITTEN CONTRACT WITH THE NAMED INSURED.**

Description of Covered "Auto(s)":

**APPLIES TO ALL TRUCKS, TRACTORS AND TRAILERS OWNED, LEASED, HIRED, RENTED OR BORROWED WHICH ARE USED BY THE NAMED INSURED.**

A. Who is an Insured is amended to include as an insured the person or organization shown in the SCHEDULE on this endorsement but only with respect to liability arising out of your operations or premises owned by or rented to you and only according to the terms and conditions of the Truckers - Uniform Intermodal Interchange Endorsement Form UIIE-1.

B. For purposes of this endorsement only, the Common Policy Conditions are amended to provide that if we cancel the policy for any reason, we will mail notice to UIIA in accordance with the TRUCKERS - UNIFORM INTERMODAL INTERCHANGE ENDORSEMENT FORM UIIE-1, and will mail notice of such cancellation to UIIA not less than 30 days prior to the cancellation date; provided, however, that if the Common Policy Conditions provide for a longer period than the 30 days, such longer period shall apply. This amendment is applicable only to the UIIA which is the sole beneficiary of this endorsement.

*Confidential*      GWCC000423

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000424

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# DECLARATIONS

**POLICY NO.: MCP07281F**

**GREAT WEST CASUALTY COMPANY**
1100 West 29th Street, South Sioux City, NE 68776

Named Insured and Address:

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM IL 60188**

Policy Period: From **NOVEMBER 1 2018** to **NOVEMBER 1 2019** at 12:01 A.M. Standard Time at your address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $2,000,000 | |
| Products - Completed Operations Aggregate Limit | $2,000,000 | |
| Personal and Advertising Injury Limit | $1,000,000 | |
| Each Occurrence Limit | $1,000,000 | |
| Damage to Premises Rented to You Limit | $100,000 | Any One Premises |
| Medical Expense Limit | $10,000 | Any One Person |

| SCHEDULE | | | | |
|---|---|---|---|---|
| Location of All Premises You Own, Rent or Occupy and Classification | Code No. | Premium Basis | Rate Pr/Co All Other | Advance Premium Pr/Co All Other |
| TRUCK TERMINAL OPERATIONS 150 VILLAGE CT CAROL STREAM IL 60188 1860 | ■ | IF ANY | | |
| EMPLOYEE BENEFITS LIABILITY SEE CG 49 60 07 91 FOR COVERAGE AND LIMITS | ■ | IF ANY | | |
| EMPLOYER'S LIABILITY INSURANCE STOP GAP SUPPLEMENT SEE CG 49 70 07 10 FOR COVERAGE AND LIMITS | ■ | IF ANY | | |

| | |
|---|---|
| PREMIUM FOR ENDORSEMENTS: | ■ |
| TOTAL ADVANCE PREMIUM: | INCLUDED |

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*
CG10120817 CG49030413 CG49040413 CG49110812 CG49210413 CG49250413
CG49260115 CG49600817 CG49770710

*Other Forms and Endorsements for this Coverage Part omitted if shown elsewhere in the policy.

Whenever the term "policy" is used in any form listed above or in the Declarations or any related endorsement for General Liability, it is changed to "Coverage Part".

INSURED COPY

*Confidential*

GWCC000425

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

PREMIUM:

██████████

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

    **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** **APPLICATION OF OTHER EXCLUSIONS**

    The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.** Any deductible or retained amount in this Coverage Part shall not apply to any loss caused by a "certified act of terrorism".

*Confidential*

GWCC000427

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000428

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYEE BENEFITS LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

| COVERAGE | LIMITS OF INSURANCE | ADVANCE PREMIUM |
|---|---|---|
| Employee Benefits Programs | **$1,000,000** each employee | ■ |
| | **$1,000,000** aggregate | |
| **DEDUCTIBLE: $1,000 EACH EMPLOYEE UNLESS SELF-INSURED RETENTION APPLIES.** | | |

| ESTIMATED NUMBER OF EMPLOYEES | RATE (EACH EMPLOYEE) | ESTIMATED PREMIUM |
|---|---|---|
| **2,800** | **INCL** | ■ |
| | **TOTAL** | ■ |

Information required to complete this schedule, if not shown above, will be shown in the Declarations.

**A. The following is added to SECTION I – COVERAGES**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. INSURING AGREEMENT**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error, or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph C. - LIMITS OF INSURANCE; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under the SUPPLEMENTARY PAYMENTS provisions of the policy;

b. This insurance applies to damages only if the act, error or omission, is negligently committed in the "administration" of your "employee benefit program" during the policy period and in the "coverage territory".

CG 49 60 08 17

Page 1 of 5

*Confidential*

GWCC000429

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## 2. EXCLUSIONS

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage", "personal injury" or "advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon;

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Worker's Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which the insured is liable because of liability imposed on a fiduciary by the Employee Retirement Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

## B. WHO IS AN INSURED

Policy SECTION II § WHO IS AN INSURED is replaced by the following for this insurance:

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** An organization other than a partnership or joint venture, you are an insured. Your directors and stockholders are also insureds, but only with respect to their liability as your directors or stockholders.

2. Each of the following is also an insured:

   **a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

   **b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   **c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will

CG 49 60 08 17

*Confidential*

GWCC000430

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

qualify as a Named Insured no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire; or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

## C. LIMITS OF INSURANCE

Policy Section III § LIMITS OF INSURANCE is replaced by the following for this insurance:

### 1. LIMITS OF INSURANCE

**a.** The Limits of Insurance shown in the Schedule on this endorsement and the rules below fix the most we will pay regardless of the number of:

    **(1)** Insureds;

    **(2)** "Claims" made or "suits" brought;

    **(3)** Persons or organizations making "claims" or bringing "suits";

    **(4)** Acts, errors or omissions; or

    **(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

    **(1)** An act, error or omission; or

    **(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

## D. DEDUCTIBLE

**1.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible applicable to "Each Employee" shown in the Schedule on this endorsement. The limits of insurance applicable to "Each Employee" will be reduced by the amount of this deductible. The Aggregate limit shall not be reduced by the application of such deductible amount.

**2.** The deductible amount stated in the Schedule on this endorsement applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries because of all acts, errors or omissions to which this insurance applies.

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend any "suits" seeking those damages; and

**b.** Your duties, and the duties of any other involved insured, in the event of an act, error or omission claim, or "claim"

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## E. CHANGED CONDITIONS

Policy SECTION IV § COMMERCIAL GENERAL LIABILITY CONDITIONS Paragraphs 2., DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT is replaced by the following:

### 2. DUTIES IN THE EVENT OF ACT, ERROR, OMISSION, "CLAIM" OR "SUIT"

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

CG 49 60 08 17

*Confidential*

GWCC000431

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

    (1)  What the act, error or omission was and when it occurred; and

    (2)  The names and addresses of anyone who may suffer damages as a result of the act, error or omission

**b.**  If a "claim" is made or "suit" is brought against any insured, you must:

    (1)  Immediately record the specifics of the "claim" or "suit" and the date received; and

    (2)  Notify us as soon as practicable and see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.**  You and any other involved insured must:

    (1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

    (2)  Authorize us to obtain records and other information;

    (3)  Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit" and

    (4)  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.**  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**F.**  **DEFINITIONS**

  **1.**  The definitions of "employee" and "suit" in Section VI DEFINITIONS of the policy are replaced by the following:

    **a.**  "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**b.**  "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

    (1)  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    (2)  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

  **2.**  The following are added to the DEFINITIONS Section:

    **a.**  "Administration" means:

      (1)  Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

      (2)  Handling records in connection with the "employee benefit program"; or

      (3)  Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

    However, "administration" does not include handling payroll deductions.

    **b.**  "Cafeteria plans" means plans authorized by applicable law to allow "employees" to elect to pay for certain benefits with pre-tax dollars.

    **c.**  "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

    **d.**  "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

      (1)  Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

CG 49 60 08 17

**Page 4 of 5**

*Confidential*

GWCC000432

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(2)  Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

(3)  Unemployment insurance, social security benefits, workers compensation and disability benefits;

(4)  Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5)  Any other similar benefits designated in the SCHEDULE on this endorsement or added thereto by endorsement.

CG 49 60 08 17

*Confidential*

GWCC000433

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000434

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYERS LIABILITY INSURANCE –STOP GAP SUPPLEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER   1  2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

| LIMIT OF INSURANCE | | PREMIUM |
|---|---|---|
| **$1,000,000** | "Bodily Injury" by Accident - Each Accident | ▮▮▮▮▮ |
| **$1,000,000** | "Bodily Injury" by Disease - Aggregate | |
| **$1,000,000** | "Bodily Injury" by Disease - Each "Employee" | |

**A.   HOW THIS INSURANCE APPLIES**

This employers liability insurance applies to "bodily injury" by accident or "bodily injury" by disease. "Bodily injury" includes resulting death.

1.   The "bodily injury" must arise out of and in the course of the injured "employee's" employment by you.

2.   "Bodily injury" by accident must occur during the policy period.

3.   "Bodily injury" by disease must be caused by or aggravated by the conditions of your employment.  The "employee's" last day of last exposure to the conditions causing or aggravating such "bodily injury" by disease must occur during the policy period.

4.   If you are sued, the original "suit" and any related legal actions for damages for "bodily injury" must be brought in the United States of America, its territories or possessions, or Canada.

**B.   WE WILL PAY**

We will pay all sums you legally must pay as damages because of "bodily injury" to your "employees", provided the "bodily injury" is covered by this Employers Liability Insurance and the injured "employee" is reported and declared under the workers compensation fund of the States of North Dakota, Ohio, Washington, Wyoming or the Commonwealth of Puerto Rico and employment is necessary or incidental to your work in these States or the Commonwealth of Puerto Rico.

The damages we will pay, where recovery is permitted by law, include damages:

1.   For which you are liable to a third party by reason of a claim or "suit" against you by that third party to recover the damages claimed against such third party as a result of injury to your "employee";

CG 49 77 07 10

Page 1 of 3

*Confidential*

GWCC000435

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

2. For care and loss of services; and

3. For consequential "bodily injury" to a spouse, child, parent, brother or sister of the injured "employee";

provided that these damages are the direct consequence of "bodily injury" that arises out of and in the course of the injured "employee's" employment by you; and

4. Because of "bodily injury" to your "employee" that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C.  EXCLUSIONS

This insurance does not cover:

1. Liability assumed under a contract.  This exclusion does not apply to a warranty that "your work" will be done in a workmanlike manner.

2. Punitive or exemplary damages because of "bodily injury" to an "employee" employed in violation of law.

3. "Bodily injury" to an "employee" while employed in violation of law with your actual knowledge or the actual knowledge of any of your "executive officers".

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation or disability benefits law, or any similar law.

5. "Bodily injury" intentionally caused or aggravated by you.

6. "Bodily injury" occurring outside the United States of America, its territories or possessions and Canada.  This exclusion does not apply to "bodily injury" to a citizen or resident of the United Sates of America or Canada who is temporarily outside these countries.

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any "employee", or any personnel practices, policies, acts or omissions.

8. "Bodily injury" to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1131-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmens compensation law or other federal occupational disease law, or any amendments to these laws.

9. "Bodily injury" to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an "employee" due to "bodily injury" arising out of or in the course of employment, or any amendments to those laws.

10. "Bodily injury" to a master or member of the crew of any vessel.

11. Fines or penalties imposed for violation of federal or state law.

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D.  WE WILL DEFEND

We have the right and duty to defend, at our expense, any claim, proceeding or "suit" against you for damages payable by this insurance.  We have the right to investigate and settle these claims, proceedings and "suits".

We have no duty to defend a claim, proceeding or "suit" that is not covered by this insurance.  If a claim, proceeding or "suit" against you seeks both compensatory and punitive or exemplary damages, we will defend such action, at our expense, without liability for punitive or exemplary damages.  We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.  If the injured "employee's" employment by you is in the State of Wyoming and the injured "employee" is reported and declared under the Workers' Compensation Fund of Wyoming, then the tender of the applicable limit of liability before judgment or settlement does not relieve us of our duty to defend.

*Confidential*

GWCC000436

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

### E. WHO IS AN INSURED

You are an insured if you are an employer listed as a Named Insured in the Declarations. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's "employees". If that employer is a limited liability company, and if you are one of its members, you are insured, but only in your capacity as an employer of the limited liability company's "employees".

### F. LIMITS OF INSURANCE

Our liability to pay for damages is limited. Our Limits of Insurance are shown in the SCHEDULE on this endorsement. They apply as explained below:

**1.** "Bodily Injury" by Accident

The Limit of Insurance shown for "Bodily Injury" by Accident - Each Accident is the most we will pay for all damages covered by this endorsement because of "bodily injury" to one or more "employees" in any one accident.

A disease is not "bodily injury" by accident unless it results directly from "bodily injury" by accident.

**2.** "Bodily injury" by Disease

The Limit of Insurance shown for "Bodily Injury" by Disease - Aggregate is the most we will pay for all damages covered by this endorsement and arising out of "bodily injury" by disease, regardless of the number of "employees" who sustain "bodily injury" by disease.

The Limit of Insurance shown for "Bodily Injury" by Disease - Each "Employee" is the most we will pay for all damages because of "bodily injury" by disease to any one "employee".

**3.** We will not pay any claims for damages after we have paid the applicable Limit of Insurance under this coverage.

*Confidential*

GWCC000437

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000438

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████████ |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1. a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000439

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000440

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER:** MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

**Policy Expiration Date:** **NOVEMBER   1  2019**

| **Designation of Premises (Part Leased to You):** |
|---|
| ███████████████ |
| |

| **Name Of Additional Insured Person(s) Or Organization(s):** |
|---|
| ███████████████ |
| |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.     This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.**  **a.**  Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.**  Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.**  After the Policy Expiration Date,

whichever occurs first.

**2.**  Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000441

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13       Includes copyrighted material of Insurance Services Office, Inc. with its permission.       Page 2 of 2

*Confidential*                                                                                      GWCC000442

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER  1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████ |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.  This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.  a.**  Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.**  Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.**  After the Policy Expiration Date,

whichever occurs first.

**2.**  Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000443

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000444

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER   1  2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1  2019**

| Designation of Premises (Part Leased to You): |
|---|
| ■■■■■■■■■■■■■■■■■■■■ |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ■■■■■■■■■■■■■■■■■■■■■■ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.** **a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

   **b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

   **c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000446

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████ |
| Name Of Additional Insured Person(s) Or Organization(s): |
| ██████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.  a.**  Any "occurrence" which takes place after you cease to be a tenant in that premises; or

   **b.**  Any "occurrence" which takes place when the additional insured takes possession of the premises; or

   **c.**  After the Policy Expiration Date,

whichever occurs first.

**2.**  Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000447

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000448

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER 1 2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

<div align="center">

**JOE NORTEN & SON INC (IL)**

**SCHEDULE**

</div>

**Policy Expiration Date: NOVEMBER 1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████████ |
| **Name Of Additional Insured Person(s) Or Organization(s):** |
| ████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.** **a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

<div align="center">*Confidential*</div>

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000450

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

**Policy Expiration Date: NOVEMBER   1 2019**

**Designation of Premises (Part Leased to You):**

**Name Of Additional Insured Person(s) Or Organization(s):**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.   This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1. a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

GWCC000451

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000452

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.   This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.** **a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

   **b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

   **c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

**GWCC000453**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*        GWCC000454

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:** **MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)
### SCHEDULE

**Policy Expiration Date: NOVEMBER   1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████████████ |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.   This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.** **a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000456

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1 2019**

**Designation of Premises (Part Leased to You):**

**Name Of Additional Insured Person(s) Or Organization(s):**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.  This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1. a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000457

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*

GWCC000458

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER 1 2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

<div align="center">

JOE MORTEN & SON INC (IL)

**SCHEDULE**

</div>

Policy Expiration Date: **NOVEMBER 1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ██████████████████ |
| |
| **Name Of Additional Insured Person(s) Or Organization(s):** |
| ████████████████ |
| ███████ |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1. a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13         Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2

<div align="center">*Confidential*</div>

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000460

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Policy Expiration Date: **NOVEMBER   1  2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████████ |
| |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.**  **a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000461

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000462

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER:** MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)
### SCHEDULE

**Policy Expiration Date: NOVEMBER   1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████ |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.** **a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000463

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 2 of 2

*Confidential*

GWCC000464

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER –TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

*Confidential*

GWCC000465

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000466

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER  1  2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

*Confidential*    GWCC000467

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000468

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER 1 2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

*Confidential*        GWCC000469

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000470

POLICY NUMBER: MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER   1  2018 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | |

JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1

*Confidential*

GWCC000471

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:

███████████████████████████████
██████████████████████
██████████████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".  This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12      Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Page 1 of 1

*Confidential*

GWCC000473

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000474

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER 1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

*Confidential*

GWCC000475

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000476

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: NCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:

███████████████████
██████     ███████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

*Confidential*                                          GWCC000477

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000478

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: NCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER –TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER   1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:

█████████████████████
████████    ██████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000480

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER 1 2018 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | |

JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:

█████████████████████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000482

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

*Confidential*                                                                    GWCC000483

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000484

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER –TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:

███████████████████████████

█████████    █████████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 1

*Confidential*

GWCC000485

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000486

POLICY NUMBER: MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 1

*Confidential*

GWCC000487

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000488

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12      Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Page 1 of 1

*Confidential*

GWCC000489

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

GWCC000490

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:

[REDACTED]

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 1

*Confidential*        GWCC000491

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000492

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>BLACK HORSE CARRIERS INC | Endorsement Effective<br>NOVEMBER   1  2018 |
|---|---|
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

### JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1

*Confidential*          GWCC000493

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000494

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: NCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
|  | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** |  |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12       Includes copyrighted material of Insurance Services Office, Inc. with its permission.       Page 1 of 1

*Confidential*

GWCC000495

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000496

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 1

*Confidential*

GWCC000497

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000498

POLICY NUMBER: **MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER –TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER 1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 1

*Confidential*

GWCC000499

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER 1 2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

### JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:

███████████████████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1

*Confidential*

GWCC000501

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000502

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

*Confidential*

GWCC000503

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000504

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

<div align="center">

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

</div>

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

<div align="center"><em>Confidential</em></div>

GWCC000505

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000506

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████    ████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*                                                                                    GWCC000507

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                            GWCC000508

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████████████████ ███████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

    **1.** In the performance of your ongoing operations; or

    **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000509

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000510

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER   1  2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                 GWCC000512

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER   1  2018 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | |

JOE MORTEN & SON INC (IL)

SCHEDULE

Policy Expiration Date: NOVEMBER   1  2019

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████  █████<br>        ████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000513

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000514

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

　**1.** In the performance of your ongoing operations; or

　**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

　**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

　**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

　**1.** Required by the contract or agreement; or

　**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13　　　Includes copyrighted material Insurance Services Office, Inc. with its permission.　　　Page 1 of 2

*Confidential*

GWCC000515

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 2 of 2

*Confidential*     GWCC000516

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000517

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*

GWCC000518

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000519

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                              GWCC000520

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000521

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 2 of 2

*Confidential*

GWCC000522

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████ ████ ██████████ █████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   1. In the performance of your ongoing operations; or

   2. In connection with your premises owned by or rented to you;

   and only to the extent that the additional insured is vicariously liable for your conduct.

   However:

   1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

   2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

   If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   1. Required by the contract or agreement; or

   2. Available under the applicable Limits of Insurance shown in the Declarations;

   whichever is less.

   This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000523

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*        GWCC000524

POLICY NUMBER: **MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████<br>████████████████<br>████  ████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. **The insurance afforded to such additional insured only applies to the extent permitted by law; and**

2. **If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.**

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13         Includes copyrighted material Insurance Services Office, Inc. with its permission.         Page 1 of 2

*Confidential*

GWCC000525

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

D. Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13  Includes copyrighted material Insurance Services Office, Inc. with its permission.  Page 2 of 2

*Confidential*  GWCC000526

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |
| ██████ ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000527

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000528

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER   1  2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

JOE MORTEN & SON INC (IL)

SCHEDULE

Policy Expiration Date: NOVEMBER   1  2019

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000529

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*

GWCC000530

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | NOVEMBER 1 2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

JOE MORTEN & SON INC (IL)

SCHEDULE

Policy Expiration Date: NOVEMBER 1 2019

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████  ███████████ |
|     ████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000531

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 2 of 2

*Confidential*      GWCC000532

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████      ███████ |
|           ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000533

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000534

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13         Includes copyrighted material Insurance Services Office, Inc. with its permission.         Page 1 of 2

*Confidential*

GWCC000535

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*                                                        GWCC000536

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000537

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*

GWCC000538

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000539

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000540

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████████████ |
| ████████████████ ████████ |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

 **1.** In the performance of your ongoing operations; or

 **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

 **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

 **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

 If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

 **1.** Required by the contract or agreement; or

 **2.** Available under the applicable Limits of Insurance shown in the Declarations;

 whichever is less.

 This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000541

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13       Includes copyrighted material Insurance Services Office, Inc. with its permission.       Page 2 of 2

*Confidential*                                                                                    GWCC000542

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13    Includes copyrighted material Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

GWCC000543

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 2 of 2

*Confidential*

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000545

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000546

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

    **1.** In the performance of your ongoing operations; or

    **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000548

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.**  Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1.  In the performance of your ongoing operations; or

2.  In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1.  The insurance afforded to such additional insured only applies to the extent permitted by law; and

2.  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.**  The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.**  With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1.  Required by the contract or agreement; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000549

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000550

POLICY NUMBER: **MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000551

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 2 of 2

*Confidential*

GWCC000552

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

---

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

===

This endorsement modifies insurance provided under the following:

  COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████████████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

  whichever is less.

  This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

---

CG 49 04 04 13    Includes copyrighted material Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

GWCC000553

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*                                    GWCC000554

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████  ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000556

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

---

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT  WEST  CASUALTY  COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████  ██████████ |
| ████  ████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

---

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                                GWCC000558

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000559

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)
### SCHEDULE

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████ █████ ████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000561

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13       Includes copyrighted material Insurance Services Office, Inc. with its permission.       Page 2 of 2

*Confidential*                                                                                   GWCC000562

POLICY NUMBER: MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

Policy Expiration Date: NOVEMBER 1 2019

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████         ████ |
| ████  ██████████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

D.  Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                             GWCC000564

POLICY NUMBER: **MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████  ████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

  and only to the extent that the additional insured is vicariously liable for your conduct.

  However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

  whichever is less.

  This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000565

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000566

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████████ |
| ██████ ██████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

    **1.** In the performance of your ongoing operations; or

    **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000567

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13   Includes copyrighted material Insurance Services Office, Inc. with its permission.   Page 2 of 2

*Confidential*   GWCC000568

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████ ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000569

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000570

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000571

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000572

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000573

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.**   Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                 GWCC000574

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **NOVEMBER   1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000575

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000576

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                    GWCC000578

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

<div align="center">

**JOE MORTEN & SON INC (IL)**

SCHEDULE

</div>

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

<div align="center"><em>Confidential</em></div>

GWCC000579

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*        GWCC000580

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████ ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000581

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                          GWCC000582

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000583

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                          GWCC000584

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13   Includes copyrighted material Insurance Services Office, Inc. with its permission.   Page 2 of 2

*Confidential*   GWCC000586

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

---

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████ ███ |
| ██ ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

---

*Confidential*

GWCC000587

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000588

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1   2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC  (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER   1   2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████ |
| ██████     ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13   Includes copyrighted material Insurance Services Office, Inc. with its permission.   Page 2 of 2

*Confidential*   GWCC000590

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000591

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*     GWCC000593

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |
| ████████  ████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13      Includes copyrighted material Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000595

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000596

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████████████ |
| ███████ ███████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

    **1.** In the performance of your ongoing operations; or

    **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13    Includes copyrighted material Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

GWCC000597

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13       Includes copyrighted material Insurance Services Office, Inc. with its permission.       Page 2 of 2

*Confidential*                                                                              GWCC000598

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000600

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

---

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000601

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000602

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*                                                                                          GWCC000603

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*        GWCC000604

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13       Includes copyrighted material Insurance Services Office, Inc. with its permission.       Page 1 of 2

*Confidential*

GWCC000605

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                            GWCC000606

**POLICY NUMBER: MCP07281F**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

### SCHEDULE

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*     GWCC000607

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000608

POLICY NUMBER: **MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

SCHEDULE

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*     GWCC000609

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          **Includes copyrighted material Insurance Services Office, Inc. with its permission.**          **Page 2 of 2**

*Confidential*          **GWCC000610**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER   1  2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
SCHEDULE

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████ ███████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13         Includes copyrighted material Insurance Services Office, Inc. with its permission.         Page 1 of 2

*Confidential*

GWCC000611

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*                                                        GWCC000612

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000613

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000614

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER   1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
SCHEDULE

Policy Expiration Date: **NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000615

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000616

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

<div align="center">

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

EARNED PREMIUM

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

</div>

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

<div align="center"><em>Confidential</em></div>

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13   **Includes copyrighted material of Insurance Services Office, Inc. with its permission.**   Page 2 of 2

*Confidential*

GWCC000618

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**EARNED PREMIUM**



**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13      Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Page 1 of 2

*Confidential*

GWCC000619

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000620

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

JOE MORTEN & SON INC (IL)
SCHEDULE

EARNED PREMIUM



THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

　**1.** Your acts or omissions; or

　**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

　**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

　**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000622

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

EARNED PREMIUM


THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████  ██████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13         Includes copyrighted material of Insurance Services Office, Inc. with its permission.         Page 1 of 2

*Confidential*

GWCC000623

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*

GWCC000624

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured <br> **BLACK HORSE CARRIERS INC** | Endorsement Effective <br> **NOVEMBER 1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**EARNED PREMIUM**



**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

*Confidential*

**GWCC000625**

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*

GWCC000626

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

EARNED PREMIUM



THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*     GWCC000627

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*

GWCC000628

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** **GREAT WEST CASUALTY COMPANY** | Endorsement Effective **NOVEMBER  1 2018** |
|---|---|
| | Endorsement Number |

<div align="center">

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**EARNED PREMIUM**



**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

</div>

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

<div align="center"><em>Confidential</em></div>

GWCC000629

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 2 of 2

*Confidential*

GWCC000630

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

---

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

EARNED PREMIUM 

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████ |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

---

CG 49 21 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000631

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13         **Includes copyrighted material of Insurance Services Office, Inc. with its permission.**         **Page 2 of 2**

*Confidential*                                                    GWCC000632

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**
**SCHEDULE**

**EARNED PREMIUM**

███

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

(1) The additional insured is a Named Insured under such other insurance;

(2) You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

(3) The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)
### SCHEDULE

EARNED PREMIUM



### THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13    **Includes copyrighted material of Insurance Services Office, Inc. with its permission.**    Page 1 of 2

*Confidential*

GWCC000635

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*

GWCC000636

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**EARNED PREMIUM**

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████████████ |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

*Confidential*

GWCC000637

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*   GWCC000638

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

---

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |



JOE MORTEN & SON INC (IL)

**SCHEDULE**

EARNED PREMIUM

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER  1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

---

CG 49 21 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000639

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

1.  Required by the contract or agreement; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.**  The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)**  The additional insured is a Named Insured under such other insurance;

**(2)**  You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)**  The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

---

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

---

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

<div align="center">

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**EARNED PREMIUM**

</div>



<div align="center">

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

</div>

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

<div align="center">

*Confidential*

</div>

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*

GWCC000642

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**NOVEMBER 1 2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

**EARNED PREMIUM**



**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

GWCC000643

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

1.  Required by the contract or agreement; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.**  The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)**  The additional insured is a Named Insured under such other insurance;

**(2)**  You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)**  The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*    GWCC000644

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)**

**SCHEDULE**

EARNED PREMIUM



**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 25 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000645

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**GREAT WEST CASUALTY COMPANY**
**1100 West 29th Street, So. Sioux City, NE 68776**

**POLICY NUMBER: MCP07281F**

# ILLINOIS COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this Coverage Form restrict coverage.   Read the entire Coverage Form carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.   The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who is an Insured.

Other words and phrases that appear in quotation marks have special meaning.  Refer to Section V - Definitions.

## SECTION I –COVERAGES

**COVERAGE A**

1.  **BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We have the right and duty to defend any insured against a "suit" asking for such damages.  However, we have no duty to defend any insured against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1)  The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

        (2)  Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

        (1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        (2)  The "bodily injury" or "property damage" occurs during the policy period; and

        (3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who is an Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part.   If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who is an Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

*Confidential*                                                                              GWCC000647

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who is an Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. EXCLUSIONS

This insurance does not apply to:

### a. EXPECTED OR INTENDED INJURY

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. CONTRACTUAL LIABILITY

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

   (1) That the insured would have in the absence of the contract or agreement; or

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. This exclusion also does not apply to the defense or expenses of any party assumed in an "insured contract" as set forth in Paragraph 8. of Section I - Supplementary Payments.

### c. ALCOHOLIC BEVERAGES

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

   (1) Causing or contributing to the intoxication of any person;

   (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

   (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

   (a) The supervision, hiring, employment, training or monitoring of others by that insured; or

   (b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. WORKERS COMPENSATION AND SIMILAR LAWS

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

### e. EMPLOYEE INDEMNIFICATION AND EMPLOYER'S LIABILITY

"Bodily injury" to:

   (1) An "employee" of the insured arising out of and in the course of:

       (a) Employment by the insured; or

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

For this exclusion only, "employee" does not include a "leased worker" or a "temporary worker".

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. POLLUTION**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented, leased or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented, leased or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other

*Confidential*

GWCC000649

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **AIRCRAFT, AUTO OR WATERCRAFT**

(1) **Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This paragraph g.(1) applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

(2) **Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use, or entrustment to others of any:

(a) "auto"; or

(b) aircraft (other than "unmanned aircraft); or watercraft owned or operated by or rented, leased or loaned to any insured.

Use includes operation and "loading or unloading".

This paragraph g.(2) exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented, leased or loaned to any insured.

This paragraph g.(2) exclusion does not apply to:

(a) A watercraft while ashore on premises you own or rent;

*Confidential*

**(b)** A watercraft you do not own that is:

   **(i)** Less than 26 feet long; and

   **(ii)** Not being used to carry persons or property for a charge;

**(c)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(d)** "Bodily injury" or "property damage" arising out of the operation of:

   **(i)** Machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   **(ii)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(iii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

   Operations which may require further service, maintenance, correction, repair or replacement because of performance at the wrong address or because of any error, defect or deficiency, but which are otherwise completed, will be deemed completed;

**(e)** "Bodily injury" or "property damage" resulting from the delivery of any product into the wrong receptacle or to the wrong address, or from the delivery of one product for another, if the "bodily injury" or "property damage" occurs after delivery has been completed. Delivery is considered completed even if further service or maintenance work, or correction, repair or replacement is required because of wrong delivery; or

**(f)** "Bodily injury" or "property damage" arising out of the "products-completed operations hazard" from performing maintenance or service on a customers "auto" for a fee. Customers "autos" include those "autos" owned by independent contractors leased to you with a driver for more than 30 consecutive days who pay a fee for the maintenance or service performed.

**h. MOBILE EQUIPMENT**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented, leased or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. WAR**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. DAMAGE TO PROPERTY**

"Property damage" to:

**(1)** Property you own, rent, lease or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of any insured;

*Confidential*

GWCC000651

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage to Premises Rented to You as described in Section III - Limits of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. DAMAGE TO YOUR PRODUCT**

"Property damage" to "your product" arising out of it or any part of it.

This exclusion does not apply to any of "your products" or any part of "your products" if caused by a defect existing at the time it was sold or transferred to another arising only out of your business of selling or repairing "autos". However, subject to the Limit of Insurance, the coverage only applies to that amount of "property damage" to "your products" which exceeds $250 for any one "occurrence".

**l. DAMAGE TO YOUR WORK**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. DAMAGE TO IMPAIRED PROPERTY OR PROPERTY NOT PHYSICALLY INJURED**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. RECALL OF PRODUCTS, WORK OR IMPAIRED PROPERTY**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. EMPLOYMENT-RELATED PRACTICES**

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

*Confidential*          GWCC000652

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**p.  PERSONAL AND ADVERTISING INJURY**

"Bodily injury" arising out of "personal and advertising injury".

**q.  ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

However, unless Paragraph (1) above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**r.  ASBESTOS**

"Bodily injury" or "property damage" arising out of:

**(1)** Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

**(2)** The use of asbestos in constructing or manufacturing any good, product or structure; or

**(3)** The removal of asbestos from any good, product or structure; or

**(4)** The manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos; or

**(5)** Payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense of claim or "suit" related to any of the above.

**s.  SILICA OR SILICA-RELATED DUST**

**(1)** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**(2)** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**(3)** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of "silica" or "silica-related dust", by any insured or by any other person or entity.

**t.  FUNGI OR BACTERIA**

**(1)** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

CG 10 12 08 17        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 7 of 20

*Confidential*        GWCC000653

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**u. RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c. through n.** do not apply to damage by fire to premises rented or leased to you or temporarily occupied by you with permission of the owner. A separate Limit of Insurance applies to this coverage as described in Section III - Limits of Insurance.

**COVERAGE B**

**1. PERSONAL AND ADVERTISING INJURY LIABILITY**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We have the right and duty to defend any insured against a "suit" asking for such damages. However, we have no duty to defend any insured

against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. EXCLUSIONS**

This insurance does not apply to:

**a. KNOWING VIOLATION OF RIGHTS OF ANOTHER**

"Personal and advertising injury" caused by or at the direction of any insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. MATERIAL PUBLISHED WITH KNOWLEDGE OF FALSITY**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. MATERIAL PUBLISHED PRIOR TO POLICY PERIOD**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. CRIMINAL ACTS**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

*Confidential*

GWCC000654

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**e. CONTRACTUAL LIABILITY**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. BREACH OF CONTRACT**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. QUALITY OR PERFORMANCE OF GOODS – FAILURE TO CONFORM TO STATEMENTS**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. WRONG DESCRIPTION OF PRICES**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. INFRINGEMENT OF COPYRIGHT, PATENT, TRADEMARK OR TRADE SECRET**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do no include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. INSUREDS IN MEDIA AND INTERNET TYPE BUSINESSES**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 15. a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. ELECTRONIC CHATROOMS OR BULLETIN BOARDS**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. UNAUTHORIZED USE OF ANOTHER'S NAME OR PRODUCT**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. POLLUTION**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. POLLUTION-RELATED**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. WAR**

"Personal and advertising injury" however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

*Confidential*

GWCC000655

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.   EMPLOYMENT-RELATED PRACTICES**

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b) or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q.   ASBESTOS**

"Personal and advertising injury" arising out of:

(1) Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

(2) The use of asbestos in constructing or manufacturing any good, product or structure; or

(3) The removal of asbestos from any good, product or structure; or

(4) The manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos; or

(5) Payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense of claim or "suit" related to any of the above.

**r.   SILICA OR SILICA-RELATED DUST**

(1) "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

(2) Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of "silica" or "silica-related dust", by any insured or by any other person or entity.

**s.   FUNGI OR BACTERIA**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**t.   RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

*Confidential*

GWCC000656

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**u.  ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**v.  UNMANNED AIRCRAFT**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment of others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**(1)** The use of another's advertising idea in your "advertisement"; or

**(2)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**COVERAGE C**

**1.  MEDICAL EXPENSES**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own, rent or lease;

**(2)** On ways next to premises you own, rent or lease; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable Limit of Insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.  EXCLUSIONS**

We will not pay expenses for "bodily injury":

**a.  ANY INSURED**

To any insured, except "volunteer workers".

**b.  HIRED PERSON**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.  INJURY ON NORMALLY OCCUPIED PREMISES**

To a person injured on that part of premises you own, rent or lease that the person normally occupies.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**d.  WORKERS COMPENSATION AND SIMILAR LAWS**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

**e.  ATHLETICS ACTIVITIES**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.  PRODUCTS-COMPLETED OPERATIONS HAZARD**

Included within the "products-completed operations hazard".

**g.  COVERAGE A EXCLUSIONS**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1.  All expenses we incur.

2.  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

3.  The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance.  We do not have to furnish these bonds.

4.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5.  All court costs taxed against the insured in the "suit".  However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

6.  Interest on the amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.  The maximum interest we will pay is the applicable interest rate times either the judgment or the Limit of Insurance, whichever is less.

7.  Prejudgment interest on the amount of any judgment that accrues before entry of the judgment in any "suit" against the insured we defend on that part of the judgment we pay.  If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.  The maximum interest we will pay is the applicable interest rate times either the judgment or the Limit of Insurance, whichever is less.

8.  Solely for the purposes of liability assumed for "bodily injury" and "property damage" in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be expenses we shall pay provided:

    **a.**  Liability to such party for, or the cost of, that party's defense has also been assumed in the same "insured contract"; and

    **b.**  Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which liability coverage applies are alleged.

9.  If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

    The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

These payments will not reduce the applicable Limits of Insurance.

CG 10 12 08 17    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 12 of 20

*Confidential*    GWCC000658

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## SECTION II –WHO IS AN INSURED

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture, or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal and advertising injury":

         **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         **(d)** Arising out of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

         **(a)** Owned, occupied or used by;

         **(b)** Rented or leased to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   **c.** Any person or organization having proper temporary custody of your property if you die, but only:

      **(1)** With respect to liability arising out of the maintenance or use of that property; and

      **(2)** Until your legal representative has been appointed.

   **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

CG 10 12 08 17       Includes copyrighted material of Insurance Services Office, Inc. with its permission.       Page 13 of 20

*Confidential*

GWCC000659

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. **LIMITS OF INSURANCE**

   The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. **GENERAL AGGREGATE LIMIT**

   The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. **PRODUCTS – COMPLETED OPERATIONS AGGREGATE LIMIT**

   The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. **PERSONAL AND ADVERTISING INJURY LIMIT**

   Subject to Paragraph 2. above, the Personal And Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. **EACH OCCURRENCE LIMIT**

   Subject to Paragraphs 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. **DAMAGE TO PREMISES RENTED TO YOU LIMIT**

   Subject to Paragraph 5. above, the Damage to Premises Rented to You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented or leased to you, or in the case of damage by fire, while rented or leased to you or temporarily occupied by you with permission of the owner.

7. **MEDICAL EXPENSE LIMIT**

   Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

*Confidential*                                                                                                                    GWCC000660

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. BANKRUPTCY**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

**a.** You must see to it that we and any other insurer which has available insurance for a loss we cover under Coverage A or B of this Coverage Part are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable and see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **(3)** Promptly tender the defense of any claim made or "suit" to any other insurer which also has available insurance for a loss which we cover under Coverage A or B of this Coverage Part.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us:

      **(a)** In the investigation or settlement of the claim; or

      **(b)** In the investigation of, settlement of or defense against the "suit".

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. LEGAL ACTION AGAINST US**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. OTHER INSURANCE**

If other valid and collectible insurance or self-insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. PRIMARY INSURANCE**

This insurance is primary except when Paragraph b. below applies.  If this insurance is primary, our obligations are not affected unless any of the other insurance or self-insurance is also primary.  Then, we will share with all that other insurance by the method described in Paragraph c. below.

**b. EXCESS INSURANCE**

   **(1)** This insurance is excess over:

      **(a)** Any of the other insurance or self-insurance, whether primary, excess, contingent or on any other basis:

*Confidential*

GWCC000661

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage or self-insurance for "your work";

(ii) That is Fire insurance or self-insurance for premises rented or leased to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you or self-insurance to cover your liability as a tenant for "property damage" to premises rented or leased to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I, Coverage A - Bodily Injury and Property Damage Liability.

**(b)** Any other primary insurance or self-insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer or you as a self-insurer have a duty to defend the insured against that "suit". If no other insurer defends or you as a self-insurer must defend, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance or self-insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance or self-insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance or self-insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **METHOD OF SHARING**

If all of the other insurance or self-insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance or self-insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

**5.** **PREMIUM AUDIT**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **REPRESENTATIONS**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

*Confidential*

GWCC000662

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**7. SEPARATION OF INSUREDS**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## SECTION V −DEFINITIONS

**1. "Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2. "Auto"** means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3. "Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4. "Coverage territory"** means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph a. above;

**(2)** The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

**5. "Employee"** includes a "leased worker". "Employee" does not include a "temporary worker".

**6. "Executive officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7. "Fungi"** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by "fungi".

**8. "Hostile fire"** means one which becomes uncontrollable or breaks out from where it was intended to be.

**9. "Impaired property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

*Confidential*

GWCC000663

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

a.   The repair, replacement, adjustment or removal of "your product" or "your work"; or

b.   Your fulfilling the terms of the contract or agreement.

**10.** **"Insured contract"** means:

a.   A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented or leased to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.   A sidetrack agreement;

c.   Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.   An elevator maintenance agreement;

f.   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. above does not include that part of any contract or agreement:

(1)   That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2)   That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a)   Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b)   Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3)   Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection, architectural, or engineering activities.

**11.** **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**12.** **"Loading or unloading"** means the handling of property:

a.   After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b.   While it is in or on an aircraft, watercraft or "auto"; or

c.   While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**13.** **"Mobile equipment"** means any of the following types of land vehicles, including any attached machinery or equipment:

a.   Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.   Vehicles maintained for use solely on or next to premises you own, rent or lease. You may take this vehicle off the premises temporarily if it is not licensed and the sole purpose is one of the following:

(1)   The unlicensed vehicle is being taken for maintenance or repair; or

(2)   The unlicensed vehicle is being used to pick up or deliver your owned, leased or rented trailers requiring maintenance or repair.

c.   Vehicles that travel on crawler treads;

d.   Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1)   Power cranes, shovels, loaders, diggers or drills; or

*Confidential*

GWCC000664

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraphs a., b., c., or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraphs a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

14. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

15. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

16. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

17. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own, rent or lease and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

CG 10 12 08 17        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 19 of 20

*Confidential*

GWCC000665

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle, including an aircraft or watercraft, not owned or operated by any insured, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. **"Property damage"** means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. **"Silica"** means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

20. **"Silica-related dust"** means a mixture or combination of silica and other dust or particles.

21. **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies, are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

22. **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. **"Unmanned aircraft"** means an aircraft that is not:

   a. Designed;

   b. Manufactured; or

   c. Modified after manufacture;

   to be controlled directly by a person from within or on the aircraft.

24. **"Volunteer worker"** means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

25. **"Your product"**:

   a. Means:

   (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (a) You;

   (b) Others trading under your name; or

   (c) A person or organization whose business or assets you have acquired; and

   (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

26. **"Your work"**:

   a. Means:

   (1) Work or operations performed by you or on your behalf; and

   (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

   (2) The providing of or failure to provide warnings or instructions.

*Confidential*

GWCC000666

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MULTI-POLICY AGGREGATE RETENTION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective | |
|---|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** | |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number | |

**JOE MORTEN & SON INC (IL)**

Your obligation to reimburse us for the total retained amount for losses covered by the following policies shall be subject to a maximum aggregate total retained amount per "accident" or per "occurrence" of      **200,000**

| NAMED INSURED | POLICY NUMBER |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MCP07064F** |
| **BLACK HORSE CARRIERS INC** | **MCP07281F** |

GU 49 91 12 17

Page 1 of 1

*Confidential*

GWCC000667

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000668

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL UMBRELLA COVERAGE PART

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)**

**A.** The term "spouse" is replaced by the following:

    Spouse or party to a civil union.

**B.** Under the Commercial Auto Coverage Part, the term "Family member" is replaced by the following:

    **"Family member"** means a person, who is a resident of your household and is related to you by blood, adoption, including a ward or foster child, marriage, or civil union.

*Confidential*

GWCC000669

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000670

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HYDROFRACKING EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1 2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)

**A.** The following is added to Commercial Auto Coverage Part - Section II § Covered Autos Liability Coverage - Exclusions:

This insurance does not apply to any of the following:

**1.** "Bodily injury", "property damage" or "covered pollution cost or expense" arising, in whole or in part, out of "hydrofracking" or the storage or disposal of any "flowback", by any "insured" or by any other person or entity.

**2.** Payment for the investigation or defense of any "loss", injury or damage or any cost, fine or penalty or for any expense of claim or "suit" related to any of the above.

**B.** The following is added to Commercial General Liability Coverage Form - Section I § Coverages - Exclusions:

This insurance does not apply to:

**1.** "Bodily injury" or "property damage" arising, in whole or in part, out of "hydrofracking" or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any "insured" or by any other person or entity.

**2.** Any cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, remediating, disposing of, or in any way responding to or assessing the effects of "hydrofracking" or "flowback".

**3.** Payment for the investigation or defense of any "occurrence", injury or damage or any cost, fine or penalty or for any expense of claim or "suit" related to any of the above.

**C.** **ADDITIONAL DEFINITIONS**

As used in this endorsement:

**1.** **"Hydrofracking"** or hydraulic fracturing means the process by which water, proppants and/or chemicals are injected at high pressure into underground geologic formations to create fractures, to facilitate the extraction of natural gas and/or oil.

**2.** **"Flowback"** or produced water means any wastewater containing returned "hydrofracking" fluid, including but not limited to water, proppants, "hydrofracking" fluid additives; and, any hydrocarbon compounds, salts, conventional pollutants, organics, metals, and naturally occurring radioactive material brought to the surface with the wastewater.

GU 50 16 09 14

**Page 1 of 1**

*Confidential*

GWCC000671

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000672

POLICY NUMBER: MCP07281F

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL UMBRELLA COVERAGE PART
    TRUCKERS EXCESS POLICY

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| **GREAT  WEST  CASUALTY  COMPANY** | Endorsement Number |

<div align="center"><strong>JOE MORTEN &amp; SON INC (IL)</strong></div>

1.  The insurance does not apply:

    **A.**  Under any Liability Coverage, to "bodily injury" or "property damage":

        **(1)**  With respect to which an "insured" under the policy is also an "insured" under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance association of Canada or any of their successors, or would be an "insured" under any such policy but for its termination upon exhaustion of its limit of liability; or

        **(2)**  Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **B.**  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    **C.**  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

        **(1)**  The "nuclear material"

            **(a)**  is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or

            **(b)**  has been discharged or dispersed therefrom;

        **(2)**  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

        **(3)**  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the

   **Includes copyrighted material of Insurance Services Office, Inc., with its permission.**
**Copyright, Insurance Services Office, Inc., 2001**    

*Confidential*

GWCC000673

<div style="writing-mode: vertical">FILED DATE: 9/6/2023 1:54 PM  2023CH07977</div>

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

a.  "**Hazardous properties**" include radioactive, toxic or explosive properties;

b.  "**Nuclear material**" means "source material", "Special nuclear material" or "by-product material";

c.  "**Source material**", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

d.  "**Spent fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

e.  "**Waste**" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

f.  "**Nuclear facility**" means:

(1)  Any "nuclear reactor";

(2)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(3)  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(4)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

g.  "**Nuclear reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

h.  "**Property damage**" includes all forms of radioactive contamination of property.

*Confidential*

GWCC000674

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:  MCP07281F**

# ILLINOIS COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A.   CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing us advance written notice of cancellation.

2. We may cancel this policy by mailing to you at your last mailing address known to us, written notice stating the reason for cancellation.   Proof of mailing will be sufficient proof of notice.  If we cancel:

   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less and is not a renewal or continuation policy.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for 61 days or more or is a renewal or continuation policy.

3. When this policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy.

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee or lienholder listed on the policy.

5. Notice of cancellation will state the effective date of cancellation.   The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. The refund will be pro rata.   The cancellation will be effective even if we have not made or offered a refund.

**B.   NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period.  Proof of mailing will be sufficient proof of notice.  Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the loss payee or lienholder listed on the policy.  If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C.   CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declaration is authorized to make changes in the terms of this policy with our consent.  This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**D.   EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

*Confidential*                                                                                         GWCC000675

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

E. **INSPECTIONS AND SURVEYS**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

F. **PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

G. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_Secretary_

_Steven J. Olson_   President

*Confidential*        GWCC000676

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000678

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**6069        DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**

_____
**(fold line)**                                                                              _____
                                                                                            **(fold line)**

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000679

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000680

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000681

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

GWCC000682

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **2** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

ADDED      CG49030413 AIM - ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

EG U0 05 10 10

*Confidential*

GWCC000683

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000684

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER  1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **2** |

**JOE MORTEN & SON INC (IL) 6069**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER  1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████ |
| |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.**  Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.  This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.**  **a.**  Any "occurrence" which takes place after you cease to be a tenant in that premises; or

   **b.**  Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.**  After the Policy Expiration Date,

whichever occurs first.

**2.**  Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000685

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.**   The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.**   With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1.   Required by the contract or agreement; or

2.   Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*                                                                      GWCC000686

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000687

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**6069      DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**

_____
**(fold line)**

_____
**(fold line)**

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000689

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

——————                                              ——————
(fold line)                                          (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*                                      GWCC000691

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000692

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER 1 2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **3** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED        CG49040413 AIG — ADDITIONAL INSURED ENDORSEMENT**

EG U0 05 10 10

**Page 1 of 2**

*Confidential*

**GWCC000693**

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000694

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **NOVEMBER   1  2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |
| | **3** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

  whichever is less.

  This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000695

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000696

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000697

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069      DEPT. NO. 1340**



**JOE MORTEN & SON INC (IL)**

_(fold line)_             _(fold line)_

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000699

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                    (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*                                                                    GWCC000701

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000702

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **JANUARY  8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **4** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

```
ADDED      CG49040413 AIG - ADDITIONAL INSURED ENDORSEMENT
ADDED      CG49110812 WOG - WAIVER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US
ADDED      CG49210413 AIS - ADDL INSD - SCHED PERS/ORGANIZATION - PRIM/NON-CONTRIB
ADDED      DE00310115 COMMERCIAL GENERAL LIABILITY - EXTENSION OF DECLARATIONS
```

EG U0 05 10 10

*Confidential*

GWCC000703

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

Continued

EG U0 05 10 10

*Confidential*

GWCC000704

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL LIABILITY CHANGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**JANUARY  8 2019** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number<br>**4** |

**JOE MORTEN & SON INC (IL) 6069**

**FOR NO PREMIUM CHANGE**

The COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS is changed as follows:

| LIMITS OF INSURANCE | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | **$2,000,000** | |
| Products-Completed Operations Aggregate Limit | **$2,000,000** | |
| Personal and Advertising Injury Limit | **$1,000,000** | |
| Each Occurrence Limit | **$1,000,000** | |
| Damage to Premises Rented to You | **$100,000** | Any One Fire |
| Medical Expense Limit | **$10,000** | Any One Person |

| SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|
| Location of All Premises You Own,<br>Rent or Occupy and Classification | Code No. | Premium<br>Basis | Rate<br>Pr/Co | All Other | Advance Premium<br>Pr/Co | All Other |
| ███████ | ████ | IF ANY | | | | |
| ███████ | ████ | IF ANY | | | | |
| ███████ | ████ | IF ANY | | | | |
| | | | | Total Advance Premium | | INCLUDED |

EG L0 01 07 10

*Confidential*

Page 1 of 1

**GWCC000705**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

### ADDED EFFECTIVE JANUARY 8 2019

POLICY NO.: MCP07281F

**GREAT WEST CASUALTY COMPANY**
1100 West 29th Street, So. Sioux City, NE 68776

**SCHEDULE**

| Location of All Premises You Own, Rent or Occupy and Classification | Code No. | Premium Basis | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|
| ██████████ | ████ _ | IF ANY | | | | |
| ███████████ | ████ _ | IF ANY | | | | |

DE 00 31 01 15

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000708

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER –TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **JANUARY 8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **4** |

**JOE MORTEN & SON INC (IL) 6069**

### SCHEDULE

Name/Address of Person or Organization:

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1

*Confidential*                                                                    GWCC000709

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000710

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **JANUARY  8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **4** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████  ██████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

   **1.** In the performance of your ongoing operations; or

   **2.** In connection with your premises owned by or rented to you;

   and only to the extent that the additional insured is vicariously liable for your conduct.

   However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

   If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

   whichever is less.

   This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13        Includes copyrighted material Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000711

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                                            GWCC000712

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **JANUARY 8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **4** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**EARNED PREMIUM**


**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

 1. Your acts or omissions; or

 2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

 1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

 2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000714

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000715

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**6069      DEPT. NO. 1340**
**JOE MORTEN & SON INC (IL)**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000716

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_(fold line)_                                                                                    _(fold line)_

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*                                                        GWCC000717

SUPERSEDES PREVIOUSLY ISSUED ADD/DELETE ENDORSEMENTS EG U0 05 10 10 EFFECTIVE 01/08/2019

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **JANUARY 8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **5** |

**JOE MORTEN & SON INC (IL) 6069**

**FOR AN ADDITIONAL PREMIUM OF** ▇▇▇▇

At your request, the following form or endorsement changes have been made to your policy:

| | |
|---|---|
| ADDED | CG49110812 WOG – WAIVER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| ADDED | CG49210413 AIS – ADDL INSD – SCHED PERS/ORGANIZATION – PRIM/NON–CONTRIB |
| DELETED | CG49110812 WOG – WAIVER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |

▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇ ▇

| DELETED | CG49210413 AIS – ADDL INSD – SCHED PERS/ORGANIZATION – PRIM/NON–CONTRIB |

▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇ ▇

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

EG U0 05 10 10

Page 1 of 2

*Confidential*

GWCC000718

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000719

SUPERSEDES PREVIOUSLY ISSUED WAIVER-TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - CG 49 11 08 12 - EFFECTIVE 1/8/2019

POLICY NUMBER: **MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER –TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **JANUARY 8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **5** |

**JOE MORTEN & SON INC (IL) 6069**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

*Confidential*    GWCC000720

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

SUPERSEDES PREVIOUSLY ISSUED ADDITIONAL INSURED - SCHEDULED PERSON OR ORGANIZATION -
PRIMARY AND NON-CONTRIBUTORY BASIS  CG 49 21 04 13 EFFECTIVE 1/8/2019

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**JANUARY   8 2019** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number<br>**5** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**EARNED PREMIUM** ▆▆▆

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER   1 2019**

**Name Of Additional Insured Person(s) Or Organization(s):**



Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13       Includes copyrighted material of Insurance Services Office, Inc. with its permission.       Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*          GWCC000722

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**6069      DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**

(fold line)                                                                                    (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*                                                            **GWCC000723**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                    (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*                                              GWCC000724

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MARCH 15 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **6** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED        CG49030413 AIM - ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

EG U0 05 10 10

*Confidential*

GWCC000725

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000726

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

---

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MARCH 15 2019** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |
| | **6** |

<div align="center">

**JOE MORTEN & SON INC (IL) 6069**

**SCHEDULE**

</div>

**Policy Expiration Date: NOVEMBER  1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| **4990 GRAND AVENUE**<br>**NEVILLE ISLAND  PA 15225** |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct.   This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1.**   **a.**   Any "occurrence" which takes place after you cease to be a tenant in that premises; or

    **b.**   Any "occurrence" which takes place when the additional insured takes possession of the premises; or

    **c.**   After the Policy Expiration Date,

whichever occurs first.

**2.**   Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.**   The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.**   If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

---

CG 49 03 04 13      Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Page 1 of 2

<div align="center">

*Confidential*

</div>

GWCC000727

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13            Includes copyrighted material of Insurance Services Office, Inc. with its permission.            Page 2 of 2

*Confidential*                                                                    GWCC000728

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069        DEPT. NO. 1340**

▆▆▆▆▆▆▆▆▆▆▆▆▆

**JOE MORTEN & SON INC (IL)**

▆▆▆▆▆▆▆▆▆▆▆▆▆

──────────
**(fold line)**

──────────
**(fold line)**

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000729

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)

(fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000730

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **APRIL  8 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **7** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED        CG49040413 AIG – ADDITIONAL INSURED ENDORSEMENT**

EG U0 05 10 10

*Confidential*

GWCC000731

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000732

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **APRIL   8  2019** |
| | Endorsement Number |
| **GREAT  WEST  CASUALTY  COMPANY** | **7** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

Policy Expiration Date: **NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████████████████ |
| |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

*Confidential*

GWCC000733

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069        DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**



(fold line)                                                                                          (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*                                            GWCC000735

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                        (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*                                                                    GWCC000736

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **APRIL 10 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **8** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

| | |
|---|---|
| **ADDED** | **CG49040413 AIG – ADDITIONAL INSURED ENDORSEMENT** |
| **DELETED** | **CG49040413 AIG - ADDITIONAL INSURED ENDORSEMENT** |

EG U0 05 10 10

*Confidential*

GWCC000737

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000738

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

  COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **APRIL 10 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **8** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████    ████████    █████████ |
| ███████ ██    ████████ |
| ██████ ███    ██    ████████ |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

  whichever is less.

  This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000739

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                               GWCC000740

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**6069      DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**

_(fold line)_                                                                      _(fold line)_

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                                      GWCC000741

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_____
(fold line)

_____
(fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000742

POLICY NUMBER: MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | MAY 13 2019 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | 9 |

JOE MORTEN & SON INC (IL) 6069

At your request, the following form or endorsement changes have been made to your policy:

ADDED      CG20280413 AIQ - ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT

EG U0 05 10 10

*Confidential*

GWCC000743

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000744

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

POLICY NUMBER: MCP07281F

COMMERCIAL GENERAL LIABILITY
CG 20 28 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MAY 13 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **9** |

**JOE MORTEN & SON INC (IL) 6069**

**SCHEDULE**

**Name Of Additional Insured Person(s) Or Organization(s)**



Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Section III – Limits Of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 28 04 13

Copyright, Insurance Services Office, Inc., 2012

Page 1 of 1

*Confidential*

GWCC000745

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

6069        DEPT. NO. 1340

JOE MORTEN & SON INC (IL)



_____                           _____
(fold line)                                  (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                               GWCC000746

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000747

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MAY 13 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **10** |

### JOE MORTEN & SON INC (IL) 6069

At your request, the following form or endorsement changes have been made to your policy:

| | |
|---|---|
| ADDED | CG49110812 WOG – WAIVER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| ADDED | CG49210413 AIS – ADDL INSD – SCHED PERS/ORGANIZATION – PRIM/NON–CONTRIB |
| DELETED | CA49930812 WOL - WAIVER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| DELETED | CA52030610 AIN - SCHED PERSON OR ORGANIZ-PRIMARY AND NON-CONTRIBUTORY |

EG U0 05 10 10

Page 1 of 2

*Confidential*

GWCC000748

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000749

**POLICY NUMBER: MCP07281F**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER −TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MAY 13 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **10** |

**JOE MORTEN & SON INC (IL) 6069**

### SCHEDULE

Name/Address of Person or Organization:

███████████████████████████

The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

*Confidential*

GWCC000750

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MAY 13 2019** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |
| | **10** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**EARNED PREMIUM**
████

**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

**Policy Expiration Date: NOVEMBER   1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

1.  Your acts or omissions; or

2.  The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

1.  The insurance afforded to such additional insured only applies to the extent permitted by law; and

2.  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2

*Confidential*

GWCC000751

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1.  Required by the contract or agreement; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.** The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance;

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)** The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

CG 49 21 04 13      Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Page 2 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069      DEPT. NO. 1340**
▮▮▮▮▮▮▮▮▮▮
**JOE MORTEN & SON INC (IL)**
▮▮▮▮▮▮▮▮▮▮▮

_____
**(fold line)**

_____
**(fold line)**

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000753

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_____
(fold line)

_____
(fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000754

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MAY 13 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **11** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

```
DELETED      CG20280413 AIQ - ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT
ADDED        CG49040413 AIG - ADDITIONAL INSURED ENDORSEMENT
```

EG U0 05 10 10

*Confidential*

GWCC000755

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000756

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **MAY 13 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **11** |

**JOE MORTEN & SON INC (IL) 6069**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

    **1.** In the performance of your ongoing operations; or

    **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13       Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*          GWCC000758

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069      DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**

_____
**(fold line)**

_____
**(fold line)**

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000759

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                 (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*                                             GWCC000760

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **AUGUST   1  2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **12** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED         CG49030413 AIM — ADDITIONAL INSURED — MANAGERS OR LESSORS OF PREMISES**

EG U0 05 10 10

*Confidential*

GWCC000761

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000762

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **AUGUST 1 2019** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number<br>**12** |

**JOE MORTEN & SON INC (IL) 6069**

**SCHEDULE**

**Policy Expiration Date: NOVEMBER 1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| **6913 GUHN RD STE 100**<br>**HOUSTON TX 77040** |

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1. a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000763

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 2 of 2

*Confidential*

GWCC000764

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069        DEPT. NO. 1340**



**JOE MORTEN & SON INC (IL)**

_____
**(fold line)**

_____
**(fold line)**

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000765

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000766

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **AUGUST 19 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **13** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED        CG49040413 AIG – ADDITIONAL INSURED ENDORSEMENT**

EG U0 05 10 10

*Confidential*

GWCC000767

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000768

POLICY NUMBER: MCP07281F

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**AUGUST 19 2019** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number<br>**13** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ██████████████ ████████████ |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

  **1.** In the performance of your ongoing operations; or

  **2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

---

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000769

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          **Includes copyrighted material Insurance Services Office, Inc. with its permission.**          **Page 2 of 2**

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069      DEPT. NO. 1340**



**JOE MORTEN & SON INC (IL)**

(fold line)

(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000771

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                    (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*                                                          GWCC000772

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **AUGUST 20 2019** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |
| | **14** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED       CG49040413 AIG − ADDITIONAL INSURED ENDORSEMENT**

EG U0 05 10 10

*Confidential*

GWCC000773

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000774

POLICY NUMBER: MCP07281F

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | AUGUST 20 2019 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |
| | 14 |

JOE MORTEN & SON INC (IL) 6069

SCHEDULE

Policy Expiration Date: NOVEMBER 1 2019

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████ |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13     Includes copyrighted material Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000775

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 2 of 2

*Confidential*                                                                                          GWCC000776

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069        DEPT. NO. 1340**

**JOE MORTEN & SON INC (IL)**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK   IL   60527**

(fold line)                                                                                              (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                                                        GWCC000777

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

BLACK HORSE CARRIERS INC
455 KEHOE BLVD STE 105
CAROL STREAM   IL   60188

_____
(fold line)

_____
(fold line)

GREAT WEST CASUALTY COMPANY

HO 04 22 04 14

*Confidential*

GWCC000778

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **AUGUST 26 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **15** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED          CG49030413 AIM — ADDITIONAL INSURED — MANAGERS OR LESSORS OF PREMISES**

EG U0 05 10 10

Page 1 of 2

*Confidential*

GWCC000779

Continued

*Confidential*

GWCC000780

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | AUGUST 26 2019 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |
| | 15 |

JOE MORTEN & SON INC (IL) 6069
SCHEDULE

**Policy Expiration Date: NOVEMBER 1 2019**

| Designation of Premises (Part Leased to You): |
|---|
| ███████████████ |
| |
| Name Of Additional Insured Person(s) Or Organization(s): |
| ███████████████ |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only for liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the SCHEDULE on this endorsement and only to the extent they are vicariously liable for your conduct. This endorsement is subject to the following additional exclusions:

This insurance does not apply to:

**1. a.** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**b.** Any "occurrence" which takes place when the additional insured takes possession of the premises; or

**c.** After the Policy Expiration Date,

whichever occurs first.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the SCHEDULE on this endorsement.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

CG 49 03 04 13     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 2

*Confidential*

GWCC000781

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 03 04 13        Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 2 of 2

*Confidential*

GWCC000782

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069        DEPT. NO. 1340**

██████  ████████
**JOE MORTEN & SON INC (IL)**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK   IL  60527**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000783

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*                                         GWCC000784

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **SEPTEMBER 19 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **16** |

### JOE MORTEN & SON INC (IL) 6069

**FOR AN ADDITIONAL PREMIUM OF** ███

At your request, the following form or endorsement changes have been made to your policy:

**ADDED**     CG49210413 AIS — ADDL INSD — SCHED PERS/ORGANIZATION — PRIM/NON-CONTRIB

EG U0 05 10 10

Page 1 of 2

*Confidential*

GWCC000785

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000786

POLICY NUMBER: **MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED –SCHEDULED PERSON OR ORGANIZATION – PRIMARY AND NON-CONTRIBUTORY BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**SEPTEMBER 19 2019** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number<br>**16** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**EARNED PREMIUM**



**THIS PREMIUM IS FULLY EARNED AND NONREFUNDABLE.**

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

CG 49 21 04 13          Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000787

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1.   Required by the contract or agreement; or

2.   Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**D.**   The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)**   The additional insured is a Named Insured under such other insurance;

**(2)**   You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured; and

**(3)**   The person(s) or organization(s) shown in the SCHEDULE on this endorsement is not solely liable for the loss.

*Confidential*

GWCC000788

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069          DEPT. NO. 1340**
**JOE MORTEN & SON INC (IL)**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK   IL   60527**

_(fold line)_                                                                                  _(fold line)_

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                                                                    **GWCC000789**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                      (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000790

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **SEPTEMBER 19 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **17** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

ADDED          DE00310115 COMMERCIAL GENERAL LIABILITY - EXTENSION OF DECLARATIONS

EG U0 05 10 10

*Confidential*

GWCC000791

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000792

POLICY NUMBER: **MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL LIABILITY CHANGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**SEPTEMBER 19 2019** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number<br>**17** |

**JOE MORTEN & SON INC (IL) 6069**

### FOR NO PREMIUM CHANGE

The COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS is changed as follows:

| LIMITS OF INSURANCE | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | **$2,000,000** | |
| Products-Completed Operations Aggregate Limit | **$2,000,000** | |
| Personal and Advertising Injury Limit | **$1,000,000** | |
| Each Occurrence Limit | **$1,000,000** | |
| Damage to Premises Rented to You | **$100,000** | Any One Fire |
| Medical Expense Limit | **$10,000** | Any One Person |

| SCHEDULE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Location of All Premises You Own,<br>Rent or Occupy and Classification | Code No. | Premium<br>Basis | Rate<br>Pr/Co | Rate<br>All Other | Advance Premium<br>Pr/Co | Advance Premium<br>All Other | |
| TRUCK TERMINAL OPERATIONS<br>150 VILLAGE CT<br>CAROL STREAM IL 60188 1860 | ▮ | IF ANY | | | | | |
| EMPLOYEE BENEFITS LIABILITY<br>SEE CG 49 60 07 91 FOR<br>COVERAGE AND LIMITS | ▮ | IF ANY | | | | | |
| EMPLOYER'S LIABILITY INSURANCE<br>STOP GAP SUPPLEMENT<br>SEE CG 49 70 07 10 FOR<br>COVERAGE AND LIMITS | ▮ | IF ANY | | | | | |
| | | | | | Total Advance Premium | INCLUDED | |

EG L0 01 07 10

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# COMMERCIAL GENERAL LIABILITY
# EXTENSION OF DECLARATIONS

### ADDED EFFECTIVE SEPTEMBER 19 2019

POLICY NO.: MCP07281F

**GREAT WEST CASUALTY COMPANY**
1100 West 29th Street, So. Sioux City, NE 68776

## SCHEDULE

| Location of All Premises You Own, Rent or Occupy and Classification | Code No. | Premium Basis | Rate Pr/Co All Other | | Advance Premium Pr/Co All Other | |
|---|---|---|---|---|---|---|
| 604 OLD LIVERPOOL RD<br>LIVERPOOL NY 13088 6033 | ▇ _ | IF ANY | | | | |
| 6335 ENGLISH AVE<br>INDIANAPOLIS IN 46219 8267 | ▇ _ | IF ANY | | | | |
| 1835 JEFFERSON STE 200<br>NAPERVILLE IL 60540 | ▇ _ | IF ANY | | | | |

DE 00 31 01 15

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069      DEPT. NO. 1340**

██████████

**JOE MORTEN & SON INC (IL)**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK  IL  60527**

_____
(fold line)

_____
(fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000795

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1340

BLACK HORSE CARRIERS INC
455 KEHOE BLVD STE 105
CAROL STREAM   IL   60188

_____
(fold line)

_____
(fold line)

GREAT WEST CASUALTY COMPANY

HO 04 22 04 14

*Confidential*

GWCC000796

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **SEPTEMBER 30 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **18** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED       CG49040413 AIG − ADDITIONAL INSURED ENDORSEMENT**

EG U0 05 10 10

*Confidential*

GWCC000797

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000798

POLICY NUMBER: **MCP07281F**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **SEPTEMBER 30 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **18** |

**JOE MORTEN & SON INC (IL) 6069**
SCHEDULE

Policy Expiration Date: **NOVEMBER 1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███████████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13    Includes copyrighted material Insurance Services Office, Inc. with its permission.    Page 1 of 2

*Confidential*

GWCC000799

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13    Includes copyrighted material Insurance Services Office, Inc. with its permission.    Page 2 of 2

*Confidential*

GWCC000800

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**6069        DEPT. NO. 1340**
███████████
**JOE MORTEN & SON INC (IL)**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK   IL   60527**

———————
(fold line)                                                                      ———————
                                                                                 (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                                                    GWCC000801

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

DEPT. NO. 1340

BLACK HORSE CARRIERS INC
455 KEHOE BLVD STE 105
CAROL STREAM   IL   60188

_____
(fold line)

_____
(fold line)

GREAT WEST CASUALTY COMPANY

HO 04 22 04 14

*Confidential*

GWCC000802

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **OCTOBER  9 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **19** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED        CG49040413 AIG – ADDITIONAL INSURED ENDORSEMENT**

EG U0 05 10 10

*Confidential*

GWCC000803

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000804

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **OCTOBER   9  2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **19** |

**JOE MORTEN & SON INC (IL) 6069**
**SCHEDULE**

**Policy Expiration Date: NOVEMBER   1  2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ████████████████████████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000805

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

CG 49 04 04 13         Includes copyrighted material Insurance Services Office, Inc. with its permission.         Page 2 of 2

*Confidential*

GWCC000806

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

```
6069        DEPT. NO. 1340
██████████████
JOE MORTEN & SON INC (IL)
535 PLAINFIELD RD STE F
WILLOWBROOK  IL  60527
```

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000807

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

(fold line)                                                                                    (fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 04 22 04 14

*Confidential*                                                    GWCC000808

**POLICY NUMBER: MCP07281F**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **OCTOBER 21 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **20** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

**ADDED        CG49110812 WOG - WAIVER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

EG U0 05 10 10

*Confidential*

GWCC000809

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

Continued

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

EG U0 05 10 10

*Confidential*

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **OCTOBER 21 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **20** |

**JOE MORTEN & SON INC (IL) 6069**

### SCHEDULE

Name/Address of Person or Organization:



The Transfer of Rights of Recovery Against Others To Us Condition is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the SCHEDULE on this endorsement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the SCHEDULE on this endorsement.

CG 49 11 08 12     Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 1

*Confidential*     GWCC000811

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

6069          DEPT. NO. 1340

JOE MORTEN & SON INC (IL)
535 PLAINFIELD RD STE F
WILLOWBROOK   IL   60527

_____
(fold line)

_____
(fold line)

**GREAT  WEST  CASUALTY  COMPANY**

HO 00 13 02 04

*Confidential*

GWCC000812

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1340**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD STE 105**
**CAROL STREAM   IL   60188**

_____
(fold line)

_____
(fold line)

**GREAT WEST CASUALTY COMPANY**

HO 04 22 04 14

*Confidential*

GWCC000813

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADD/DELETE ENDORSEMENTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **OCTOBER 29 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **21** |

**JOE MORTEN & SON INC (IL) 6069**

At your request, the following form or endorsement changes have been made to your policy:

| | |
|---|---|
| **ADDED** | **CG49040413 AIG — ADDITIONAL INSURED ENDORSEMENT** |
| **DELETED** | **CG49040413 AIG - ADDITIONAL INSURED ENDORSEMENT** |

EG U0 05 10 10

*Confidential*

GWCC000814

Continued

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

EG U0 05 10 10

*Confidential*

GWCC000815

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: MCP07281F**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **OCTOBER 29 2019** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | **21** |

**JOE MORTEN & SON INC (IL) 6069**

SCHEDULE

**Policy Expiration Date: NOVEMBER  1 2019**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| ███ ████ ███ ████ ███ ███        █ |
| ███ ██ ██  ████ █████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Who is an Insured is changed to include as an additional insured the person(s) or organization(s) shown in the SCHEDULE on this endorsement but only to the extent that the liability arises:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you;

and only to the extent that the additional insured is vicariously liable for your conduct.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** The coverage provided by this endorsement shall be subject to all the terms, conditions, and exclusions of the policy and all endorsements attached thereto.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Limits of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 49 04 04 13          Includes copyrighted material Insurance Services Office, Inc. with its permission.          Page 1 of 2

*Confidential*

GWCC000816

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**D.** Any coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the contract or agreement you have with them requires that this insurance be primary.

*Confidential*

GWCC000817

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

# EXHIBIT 2

FILED DATE: 9/6/2023 1:54 PM  2023CH07977



## ★ GREAT WEST CASUALTY COMPANY
*The Difference is Service®*

## MISSOURI LARGE DEDUCTIBLE NOTICE OF ELECTION
## WORKERS COMPENSATION

| WC26278F | 11/01/2018 | 11/01/2019 |
|---|---|---|
| Policy Number | Effective Date | Expiration Date |

**Named Insured & Address:**

BLACK HORSE CARRIERS INC
455 KEHOE BLVD SUITE 105
CAROL STREAM IL 60188

Phone Number: **630-690-8900**

**Producer of Record & Address:**

JOE MORTEN & SON INC (IL)   6069

Phone Number: ▮▮▮▮▮▮▮▮

**Rating Methodology Utilized:** The Insured has selected a large deductible policy. The large deductible credit* was calculated utilizing Great West Casualty Company's filed optional deductible plan.
*Deductible premium = Expected Losses above the deductible + expenses*
*The deductible credit is applied to the Standard Workers Compensation Premium

| States Covered: | AL AR CA CO CT DC DE FL GA IA ID IL IN KS KY LA MD ME MI MN MO MS MT NC NE NJ NM NV NY OK OR PA RI SC TN TX UT VA VT WV |
|---|---|
| Countrywide Premium: | $▮▮▮▮▮ |
| Missouri Premium: | $▮▮▮▮▮ |
| Missouri Rate: | See attached Missouri Schedule of Operations issued with the policy. |
| Deductible Amount | $100,000      per occurrence, no aggregate |
| ALAE erodes deductible: | [X] Yes      [ ] No |
| Collateral Amount: | $11,500,000 |
| Type of Collateral: | LETTER OF CREDIT |
| Claims Administrator: | GREAT WEST CASUALTY COMPANY |

The Insured acknowledges and agrees that they have chosen the Missouri large deductible plan. The Insured understands that all losses incurred, including those within the Deductible, are included in the calculation of its experience modification factor and that Insurer will report all Missouri losses (unit statistical reports) on a "gross" of deductible basis.

The Insured has been advised the premium charged is based on our filed optional deductible plan and accepts the mutually agreed upon premium. This acceptance is indicated by the signatures listed below.

| | |
|---|---|
| **Insured Signature** | **Title** |
| *(Officer, Partner, LLC Manager, Sole Proprietor)* | |
| **Print Name** | **Date** |

HO 04 09 11 15

Page 1 of 1

*Confidential*

GWCC000818

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# LARGE RISK RATING FILING
[Pursuant to Minnesota Statutes Section 79.56, subdivision 1 (b)]

Name and address of insurer:

Great West Casualty Company

1100 West 29th Street

South Sioux City, Nebraska 68776


Name and address of insured employer:


**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD SUITE 105**
**CAROL STREAM IL 60188**



Policy Period:     From **11/01/2018**  to  **11/01/2019**

I certify that the employer named above generates $250,000 or more in annual countrywide written workers' compensation premium, and that the calculation of this threshold is based on the rates and rating plans that have been approved by the appropriate state regulatory authority.  The filing of this certification authorized the use of this rate and/or rating plan only for the named employer.


Name of responsible officer:     Jon Determan

Title:     Vice President

Signature:

*Confidential*

GWCC000820

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

*Confidential*

GWCC000821



**DATE ISSUED: OCTOBER 25 2018**

**GREAT WEST CASUALTY COMPANY**

*The Difference is Service*®

1100 West 29th St., South Sioux City NE 68776

POLICY NUMBER: **WC26278F**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD SUITE 105**
**CAROL STREAM IL 60188**

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury § in consultation with the Secretary of Homeland Security, and the Attorney General of the United States § to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. **The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year.** If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $▮▮▮▮▮ , and does not include any charges for the portion of losses covered by the United States government under the Act.

HO 01 07 09 15

*Confidential*

GWCC000822

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000823

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**★★★★**
**GREAT WEST CASUALTY COMPANY**
*The Difference is Service®*
1100 West 29th St., South Sioux City NE 68776

**DATE ISSUED: OCTOBER 25 2018**

**POLICY NUMBER: WC26278F**

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD SUITE 105**
**CAROL STREAM IL 60188**

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury § in consultation with the Secretary of Homeland Security, and the Attorney General of the United States § to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. **The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year.** If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $▮▮▮▮▮ , and does not include any charges for the portion of losses covered by the United States government under the Act.

**I acknowledge that I have been notified that under the terrorism risk insurance act, as amended, any losses resulting from certified acts of terrorism under my policy coverage may be partially reimbursed by the United States government and may be subject to a $100 billion cap that may reduce my coverage, and I have been notified of the portion of my premium attributable to such coverage.**

---
Policyholder/Applicant's Signature

---
Print Name

---
Date

Name of Insurer:   **GREAT WEST CASUALTY COMPANY**

HO 04 38 09 15

*Confidential*

**Page 1 of 1**

**GWCC000824**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000825

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1140**

**JOE MORTEN & SON INC (IL)   6069**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK IL 60527**

(fold line)                                                                                    (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                                                                    GWCC000826

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DEPT. NO. 1140**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD SUITE 105**
**CAROL STREAM IL 60188**

(fold line)                                      (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 12 02 04

*Confidential*

GWCC000828

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC000829

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**★ GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

Policy Number: **WC26278F**

# MISSOURI WORKERS COMPENSATION and EMPLOYERS LIABILITY POLICY

## Election to Exclude Additional Mesothelioma Benefits

**Insured Name(s)**
**BLACK HORSE CARRIERS INC**

Section 287.200.4, subdivision (3), of the Missouri Revised Statutes provides additional benefits in the case of occupational diseases due to toxic exposure that are diagnosed to be mesothelioma and result in permanent total disability or death (hereafter referred to as "additional benefits").

The undersigned authorized representative of the above-named insured(s) hereby, on behalf of the above-named insured(s), elects to reject these additional benefits. The above-referenced policy and all renewal or substitution policies shall not provide insurance for these additional benefits, and the exclusive remedy provisions under Section 287.120 of the Missouri Revised Statutes shall not apply to the above-named insured(s) liability for mesothelioma additional benefits. This election to exclude shall be in effect for this policy and all renewal or substitution policies until written notice of revocation of this election is received by Great West Casualty Company.

**Name:** _____

**Title:** _____

**Signature:** _____  **Date:** _____


**\*\*\*\*\*SUBMIT COMPLETED FORM TO YOUR AGENT\*\*\*\*\***

<u>**INSURER SECTION:**</u>
Receipt of Notice by Great West Casualty Company:

**Date:** _____  **Policy Number:** _____

## Please see FAQ's on back

Missouri Senate Bill 1 was signed into law on July 10, 2013, and is effective January 1, 2014. Senate Bill 1 revised Sections 287.020 and 287.200 of the Missouri Revised Statutes to include additional benefits for occupational diseases due to toxic exposure. In cases where occupational diseases due to toxic exposure are diagnosed to be mesothelioma and result in permanent total disability or death, Senate Bill 1 adds section 287.200.4, subdivision (3) of the Missouri Revised Statues, which provides that employers may elect to accept or reject additional mesothelioma liability benefits.

HO 04 15 09 15

*Confidential*

GWCC000830

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**FAQs**

**Q: What are the additional benefits for mesothelioma liability?**

**A:** Section 287.200.4(3)(a) of the Missouri Revised Statues provides that for employers that have elected to accept mesothelioma liability under this subsection, an additional amount of 300% of the state's average weekly wage for 212 weeks shall be paid by the employer or group of employers. This additional benefit is in addition to the indemnity and medical benefits otherwise payable under Chapter 287.

**Q: How does an employer elect the additional benefits for mesothelioma liability?**

**A:** The basic benefits for mesothelioma and other "toxic" occupational diseases, as well as the additional mesothelioma benefits provided under Section 287.200.4, are covered under the standard workers compensation insurance policy as the policy conforms to the workers compensation law of a state. So, by purchasing the workers compensation policy, the employer elects to accept these additional mesothelioma liability benefits. The policy will include the Missouri Notification of Additional Mesothelioma Benefits Endorsement that notifies the employer that the workers compensation policy includes the additional benefit unless the employer takes further action to reject the coverage.

**Q: How does an employer reject the additional mesothelioma benefits?**

**A:** The employer rejects the additional mesothelioma liability benefits coverage by notifying the carrier by completing the front of this form and sending it to their agent or Great West Casualty Company.

**Q: If an employer rejects the additional benefits, when does the exclusion of additional benefits become effective?**

**A:** The rejection is effective the date the Missouri Exclusion of Additional Mesothelioma Benefits Endorsement is added to the policy.

**Q: What is the impact to the employer if the additional benefits are rejected?**

**A:** Section 287.200.4(3)(b) of the Missouri Revised Statues states that for employers that reject the additional mesothelioma liability benefits under this subsection, the exclusive remedy provisions shall not apply to such liability.

**Q: If an employer rejects additional mesothelioma liability benefits, does the employer receive a premium credit?**

**A:** At this time, there is no premium discount for rejecting the coverage for Additional Mesothelioma Benefits.

HO 04 15 09 15

*Confidential*

GWCC000831

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



## IMPORTANT NOTICE

**TO OBTAIN INFORMATION OR MAKE A COMPLAINT:**

1.  You may contact your agent at 630–920–9440

2.  You may call Great West Casualty Company's office's toll-free telephone number for information or to make a complaint at:

    **1-800-228-8602**

3.  You may also write to Great West Casualty Company at:

    1100 West 29th Street, P. O. Box 277, South Sioux City, NE  68776-0277

4.  You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

    **1-800-252-3439**

5.  You may write the Texas Department of Insurance at:

    P. O. Box 149104, Austin, TX  78714-9104

    Fax:  (512) 475-1771

    Web:  http://www.tdi.state.tx.us

    E-mail:  ConsumerProtection@tdi.state.tx.us

6.  **PREMIUM OR CLAIM DISPUTES:**  Should you have a dispute concerning your premium or about a claim you should contact your agent or Great West Casualty Company's office first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

7.  **ATTACH THIS NOTICE TO YOUR POLICY:**  This notice is for information only and does not become a part or condition of the attached document.

HO 00 59 05 15

*Confidential*                    GWCC000832

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000833

FILED DATE: 9/6/2023 1:54 PM 2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

## ARKANSAS NOTICE OF
## LOSS CONTROL SERVICES

Great West Casualty Company is required to provide its policyholders with certain accident prevention services at no additional cost as required by Arkansas Code Ann. 11-9-409(d) and AWCC Rule 32. If you would like more information, call the Great West Casualty Safety Department at 1-800-228-8070. If you have any questions about this requirement, call the Health and Safety Division, Arkansas Workers Compensation Commission at 1-800-622-4472.

*Confidential*

GWCC000834

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000835

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

# NOTICE OF ACCIDENT PREVENTION SERVICES
# AND RETURN-TO-WORK COORDINATION SERVICES

Pursuant to Texas Labor Code  411.066, Great West Casualty Company is required to notify its policyholders that accident prevention services are available from Great West Casualty Company at no additional charge.  These services may include surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene, and industrial health services.  Great West Casualty Company is also required to provide return-to-work coordination services as required by Texas Labor Code  413.021 and to notify you of the availability of the return-to-work reimbursement program for employers under Texas Labor Code  413.022.  If you would like more information, contact Great West Casualty Company at 1-800-257-8757 and s.sullins@gwccnet.com for accident prevention services or 1-800-257-8757 and s.sullins@gwccnet.com for return-to-work coordination services.  For information about these requirements call the Texas Department of Insurance, Division of Workersk Compensation (TDI-DWC) at 1-800-687-7080 or for information about the return-to-work reimbursement program for employers call the TDI-DWC at (512) 804-5000.  If Great West Casualty Company fails to respond to your request for accident prevention services or return-to-work coordination services, you may file a complaint with the TDI-DWC in writing at http://www.tdi.texas.gov or by mail to Texas Department of Insurance, Division of Workersk Compensation, MS-8, at 7551 Metro Center Drive, Austin, Texas 78744-1645.

HO 01 61 10 13

*Confidential*

GWCC000836

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000837

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

# POLICYHOLDER NOTICE

The Consumer Affairs Section of the Idaho Department of Insurance serves as a resource, provides general information about insurance and responds to consumer inquiries and complaints. A Consumer Affairs Officer can be reached as follows:

<div align="center">

Idaho Department of Insurance
Consumer Affairs
700 W. State Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0043

1-800-721-3272 or www.DOI.Idaho.gov

</div>

HO 01 96 05 15

GWCC000838

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

# NOTICE OF
# ACCIDENT PREVENTION PROGRAM

Workplace safety and accident prevention is a key element in working to reduce losses. Reducing losses helps hold down premium. Because rates are based on losses, controlling employee accidents through enhanced safety measures is one of the best ways you can help keep rates down.

Loss control programs are available to all our workers' compensation insureds. If our Safety Department does not already call on you, please phone if you want us to do a review of your business.

Phone: 1-800-228-8070

HO 06 62 09 15

*Confidential*

GWCC000840

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

THIS PAGE INTENTIONALLY LEFT BLANK

GWCC000841

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

NOTICE TO POLICYHOLDER
**Loss Control Consultation Services**

California law (Labor Code Section 6354.5) requires workers compensation insurers to maintain and provide occupational safety and health loss control consultation services to insured policyholder places of employment that may pose hazards. We are committed to helping California employers provide safe and healthy workplaces for their employees through loss control services appropriate to their individual businesses. This notice is provided to you as a *Great West Casualty Company* policyholder and describes our loss control consultation services which are available upon request <u>at no additional cost to you.</u>

| WORKPLACE SURVEY |
| --- |

We can conduct a survey of your premises to identify safety and health hazards and existing physical and management controls of those hazards, which have the potential to affect the frequency and severity of workplace injuries and illnesses. When uncontrolled hazards are noted, we will provide you with written recommendations for improvement. Included in the on-site survey is an evaluation of your loss control management program including discussions with management and where appropriate, non-management personnel with permission of the employer.

| REVIEW OF INJURY RECORDS |
| --- |

We can assist you through analysis of employee accidents and previous loss experience in identifying underlying accident causes. A review of loss records with the appropriate personnel can help you identify those factors most related to the specific loss you have experienced.

| DEVELOPMENT OF PLAN |
| --- |

We can assist you in developing a comprehensive safety and health program to help minimize workplace accidents, including, where appropriate, modifications to your Section 3203 Employer Injury and Illness Prevention Program if needed to address concerns in the plan to improve your loss control experience.

| CARRIERS SECTION |
| --- |

*Great West Casualty Company* makes Loss Control services available to assist you in your loss prevention efforts. We can provide you with materials for your safety program including posters, signs, videos, and employee pamphlets on safe work practices. In addition, some of the services we offer as part of our Loss Control Consultative Service Program are described below.

| | |
| --- | --- |
| **OSHA Training** | **Exposure Analysis and Control** |
| **Employee Selection** | **Fall Management Program** |
| **Supervisor Training** | **Customized Training and Consulting** |
| **Safety Audit** | **Risk Management Guidelines** |
| **Job Site Inspections** | |

To obtain these services, please write or phone:
*Great West Casualty Company*
*Attn: Safety Department*
*8757 Emerald St., P.O. Box 8007*
*Boise, ID 83707-2007 (208) 377-1234*

Workers compensation insurance policyholders may direct questions or complaints about the insurer's loss control consultation services by contacting: State of California, Department of Industrial Relations, Loss Control Services Coordinator, The Commission on Health, Safety & Workers' Compensation, 455 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102 (415) 703-4220.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

## NOTICE OF
## LOSS CONTROL SERVICES

Workplace safety and accident prevention is a key element in working to reduce losses.  Because rates are based on losses, controlling employee accidents through enhanced safety measures is one of the best ways you can help minimize your insurance costs.

Loss control services are available to all our workers' compensation insureds.  If our Safety Department does not already call on you, please phone if you want us to do a review of your business.

Phone:  1-800-228-8070

HO 00 63 09 08

*Confidential*

Page 1 of 1

GWCC000844

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000845

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

## MISSOURI NOTICE OF
## LOSS CONTROL SERVICES

**Great West Casualty Company provides its Missouri policyholders with certain loss control services at no additional cost and as required by Missouri Workers' Compensation Law, Chapter 287.12, and the Missouri Code of Safety Regulations.**

**Great West Casualty Company has developed a comprehensive safety management and engineering program that is available to you as a Great West insured. If you would like more information about these loss control services, call the Great West Casualty Company Safety Department at 1‑800‑228‑8070, or you may contact Great West Casualty Company as follows:**

**Great West Casualty Company
ATTN: Safety Services
1100 W. 29th St.
South Sioux City, NE 68776**

**The Missouri Division of Workers' Compensation offers free safety services to Missouri employers through its Missouri Workers' Safety Program (MWSP). MWSP's main goal is to help employers control workers' compensation costs. The Division also certifies Missouri insurance carriers' safety engineering and management programs that are available to insureds upon request. Employers may contact MWSP at 800/775‑COMP or 573/526‑3504, email mowsp@dolir.mo.gov for more information about workplace safety or for a registry of safety consultants and safety engineers who are certified by the Division.**

HO 01 24 09 15

*Confidential*

GWCC000846

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

**Eastern Region Office**
2905 North Stone Carver Drive * P.O. Box 4555
Bloomington, IN  47402-4555 * 812-337-0300

## NOTICE OF AVAILABILITY OF ACCIDENT AND ILLNESS PREVENTION SERVICES

The Great West Casualty Company, in accordance with the *Pennsylvania Workers' Compensation Act* is required to provide accident and illness prevention services based on the nature of its business or its policyholder's operations.  A 5% premium discount is available to employers who form a certified workplace safety committee as described in Pennsylvania Code, Title 34, Chapter 129, entitled "Workers' Compensation Health and Safety".

For more information about these services, contact:

**Safety Services –Eastern Region**
**2905 North Stone Carver Drive, P. O. Box 4555**
**Bloomington, Indiana 47402-4555**
**(800) 262-4794**

HO 00 66 09 15

*Confidential*

GWCC000848

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

## NOTICE TO OREGON POLICYHOLDERS
### Loss Prevention Services Available

Great West Casualty Company provides loss prevention services to its insureds.

The types of loss prevention services available to you as a Great West insured include the following:

> An on-site loss control evaluation to determine your loss prevention service needs.

> Training programs for management, truck drivers and other employees, including on-site safety meetings.

> On-going loss control consultations as your specific needs dictate.

> Analysis of accident causes, losses, hygiene and health services.

> Workplace surveys to identify health and safety problems.

> Review of employer injury records and development of plans for improvement of employer health and safety loss records.

> Over 200 videos on specific safety training issues that can be loaned to you.

> Truckers' Injury Prevention Strategies t.i.p.s.ú program.

We will perform an on-site evaluation of your loss prevention service needs upon your request. Loss prevention services are provided to you at no charge.

If you would like to receive any loss prevention services, or would like to discuss your specific loss prevention service needs, please contact us at the following location:

<div align="center">

Great West Casualty Company
ATTN: Safety Department
2950 East Goldstone Drive
Meridian, Idaho 83642
Telephone: (800) 628-4416
FAX (208) 898-3520
E-mail:

</div>

As an employer, you are responsible for providing your employees with a safe and healthful workplace as required by the Oregon Safe Employment Act, ORS 654.001 to 654.295 and ORS 654.991.

You have the right to file a complaint with the Oregon OSHA Division if we fail to respond to a request from you to provide loss prevention services or otherwise fail to provide services as offered or required under Oregon law.

NOTE: Oregon law requires you to distribute this Notice to each of your fixed places of employment in Oregon. You can make copies of this Notice or request additional copies by contacting us.

HO 01 48 09 15                                                                                                    Page 1 of 1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



# NOTICE TO MONTANA POLICYHOLDERS
## Safety Consultation Services Available

Great West Casualty Company makes safety consultation services available to its insureds.  Great West is committed to helping Montana employers maintain a safe working environment for their employees.

The types of safety consultation services available to you as a Great West insured include the following:

> On-site loss control services to review and update your current safety program.

> Training programs for management, truck drivers and other employees, including on-site safety meetings.

> On-going loss control consultations as your specific needs dictate.

> Analysis of accident causes, losses, hygiene and health services.

> A video library of over 145 videos on specific safety training issues that can be loaned to you.

> Truckers' Injury Prevention Strategies t.i.p.s.ú program.

If you would like to receive any of these services, or would like to discuss your specific safety consultation needs, please contact us at the following location:

GREAT WEST CASUALTY COMPANY
ATTN:  Safety Department
2950 East Goldstone Drive
Meridian, Idaho 83642
Telephone:  (800) 628-4416
FAX (208) 898-3520
E-mail: ████████████████

HO 01 85 09 15

*Confidential*

GWCC000852

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000853

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

## NOTICE TO MISSISSIPPI WORKER'S COMPENSATION POLICYHOLDERS –SAFETY PROGRAM MATERIALS AVAILABLE

Great West Casualty Company provides its Mississippi policyholders, at no additional cost, with certain safety services and safety program materials available for the health and benefit of its insureds' employees. We have highly trained professional loss control representatives that can help you develop workplace safety programs.

The safety program materials available to you as a Great West insured include, but are not limited to, the following:

- Explanation of employees' rights under the Mississippi Worker's Compensation Act and Rules.

- Information regarding Employers' rights to implement and maintain a written policy for drug and alcohol testing pursuant to Miss. Code Ann. 71–7–1 et seq. The election of employers to conduct drug and alcohol testing is voluntary.

If you would like to receive any of these safety program materials, or would like to discuss specific safety issues, please contact us at the following location:

**GREAT WEST CASUALTY COMPANY**
ATTN: Safety Department
10100 Global Way –Ste. 100
Knoxville, TN 37932
Phone: (800) 998–9288 or (865) 670–8850
Fax: 865–670–6300
Website: www.gwccnet.com

Thank you for your business. We stand ready to serve your Worker's Compensation safety needs.

HO 01 99 12 15

GWCC000854

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000855



FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**★★★★ GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

## PRIVACY NOTICE

TO: **BLACK HORSE CARRIERS INC**                    RE: POLICY **WC26278F**

**POLICY.** Great West Casualty Company (Great West) understands and respects the significance individuals place on their privacy. In order for us to adequately provide workers compensation and employers liability insurance coverage to you and to evaluate claims made under your policy, we collect certain nonpublic information. To protect the privacy of this information, Great West has adopted a privacy policy which restricts the disclosure of nonpublic personal information that it acquires about individuals. This policy deals with the types of information collected, the individuals and organizations given access to that information, and the mechanisms in place to protect that information from disclosure to unauthorized recipients. If you discontinue your relationship with us in the future, we will continue to adhere to our policy.

**INFORMATION COLLECTED AND RETAINED.** In the course of handling a workers compensation or employers liability claim, Great West may collect information concerning a Claimant's sources and amount of income, medical conditions and treatment and the cost thereof, and other personal information such as name, address, birth date, driver's license number and social security number. In addition, Great West may gather similar information concerning other accidents, injuries or illnesses suffered by a Claimant and any benefits received by a Claimant with respect to such accidents, injuries or illnesses.

**DISCLOSURE OF INFORMATION.** Great West may disclose and/or allow access to collected information, as well as to information concerning any benefits we pay to a Claimant to: you for risk management purposes; affiliates of Great West for the purposes of financial reporting and procuring computer services; attorneys, accountants, reinsurers, independent claims adjusters and other persons or organizations who perform business or insurance functions for Great West or on behalf of a Claimant; insurance support organizations and indexing bureaus; other insurance companies who potentially provide coverage for a Claimant's claim; your insurance agent or broker; regulatory and law enforcement authorities; persons requesting information pursuant a subpoena or court order; parties and courts in the course of litigation; and other affiliated and non-affiliated third parties as permitted by law.

**SAFEGUARDS.** Access to personal information about claimants is protected by physical, electronic and procedural safeguards and is not provided to anyone who does not have a legitimate business purpose to have such information. When we share personal information with individuals or companies working on behalf of Great West, we protect that information with a confidentiality agreement obligating those individuals or companies to use the information only for the purposes for which it was disclosed.

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

Policy Number: **WC26278F**

## NON-COOPERATION WITH PREMIUM AUDIT NOTICE

If you do not allow us to examine and audit all of your records that relate to this policy, we may utilize a payroll amount of up to two times the estimated payroll for purposes of determining final audit.

HO 04 11 01 17

**Page 1 of 1**

*Confidential*

**GWCC000858**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# GREAT WEST CASUALTY COMPANY

### P. O. Box 277, South Sioux City, NE 68776

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## INFORMATION PAGE

(WC 00 00 01 A)

**POLICY NO: WC26278F**

Renewal of No.: **WC26278E**

NJTIN: 364284078000

**MN UI: 05004097**

NCCI Co. No.: **11037**

Statistical I.D. No.: **911233061**

**FEDERAL ID NO: 364284078**

**ITEM 1:** The Insured and Mailing Address:

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD SUITE 105**
**CAROL STREAM IL 60188**

Individual
Partnership
**X** Corporation
or

Other workplaces, if any, shall be shown on the SCHEDULE OF OTHER WORKPLACES.

**ITEM 2:** Policy Period: From **11/01/2018** to **11/01/2019** at 12:01 A.M.
Standard Time at the insured's mailing address.

| ITEM 3: Coverage |
| --- |
| A. Workers Compensation Insurance: Part 1 of the policy applies to the Workers' Compensation Law of the states listed here: **AL AR CA CO CT DC DE FL GA IA ID IL IN KS KY LA MD ME MI MN MO MS MT NC NE NJ NM NV NY OK OR PA RI SC TN TX UT VA VT WV** |
| B. Employers Liability Insurance: Part 2 of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part 2 are:<br>Bodily Injury by Accident **$1,000,000** each accident<br>Bodily Injury by Disease **$1,000,000** policy limit<br>Bodily Injury by Disease **$1,000,000** each employee |
| C. Other States Insurance: Part 3 of the policy applies to the states, if any, listed below:<br>All states except HI, ND, OH, WA, WY<br>**AZ MA NH WI AND STATES DESIGNATED IN ITEM 3.A.** |
| D. The policy includes these endorsements and schedules: **See Page 2** |
| ITEM 4: Premium |
| The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required on the SCHEDULE OF OPERATIONS attached to this policy is subject to verification and change by audit. |

Minimum Premium $ ▮▮▮▮

Total Estimated Annual Premium $ ▮▮▮▮▮
Deposit Premium

If indicated, interim payments of premium shall be made **INSTALLMENTS**

Dated: _____   Countersigned By _____

Authorized Representative

Policy Issuing Office: South Sioux City, Nebraska

Date of Issue: **10/25/2018**

Agent: ▮▮▮▮▮▮

**JOE MORTEN & SON INC (IL) 6069**
**535 PLAINFIELD RD STE F**
**WILLOWBROOK IL 60527**

WC 00 01 08 89

Includes copyrighted material of NCCI, Inc., used with its permission.
1987 National Council on Compensation Insurance.

Page 1 of 2

*Confidential*

GWCC000860

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

In various places on our policy, we will use abbreviations.  This is what they mean:

| Term | Means |
|------|-------|
| AKA | Also Known As |
| Co | Company |
| Code No | Code No.: |
| Comp | Compensation |
| Cov | Coverage |
| DBA | Doing Business As |
| Est | Estimated |
| Excl | Excluded |
| F.E.I.N. | Federal Employers Identification No.: |
| I.D. | Identification |
| Incl | Included |
| Ins | Insurance |
| NCCI | National Council on Compensation Insurance |
| NOC | Not Otherwise Classified |
| WC | Workers Compensation |
| WROS | With Right of Survivorship |

```
INSURED'S PHYSICAL ADDRESS:
455 KEHOE BLVD SUITE 105
CAROL STREAM IL 60188
```

| | | | | |
|---|---|---|---|---|
| HO 00 59 05 15 | HO 00 63 09 08 | HO 00 66 09 15 | HO 00 73 09 15 | HO 00 98 09 08 |
| HO 01 18 09 08 | HO 01 22 09 08 | HO 01 24 09 15 | HO 01 30 09 08 | HO 01 31 09 08 |
| HO 01 48 09 15 | HO 01 55 09 08 | HO 01 61 10 13 | HO 01 68 09 08 | HO 01 85 09 15 |
| HO 01 87 03 08 | HO 01 96 05 15 | HO 01 99 12 15 | HO 04 09 11 15 | HO 04 11 01 17 |
| HO 04 13 08 13 | HO 04 15 09 15 | HO 06 62 09 15 | PN 04 99 01 F | PN 04 99 02 B |
| WC 00 00 00 C | WC 00 00 01 A | WC 00 02 08 89 | WC 00 03 13 | WC 00 04 03 |
| WC 00 04 14 | WC 00 04 19 | WC 00 04 21 D | WC 00 04 22 B | WC 00 04 24 |
| WC 00 04 25 | WC 00 06 09 10 | WC 00 08 08 89 | WC 00 09 09 10 | WC 03 06 01 B |
| WC 04 00 04 | WC 04 03 01 D | WC 04 04 21 | WC 04 06 01 A | WC 05 01 09 10 |
| WC 05 03 09 10 | WC 06 03 01 | WC 06 03 03 C | WC 06 06 01 A | WC 07 06 01 |
| WC 08 06 01 | WC 09 01 09 10 | WC 09 04 03 B | WC 09 04 07 | WC 09 06 06 |
| WC 10 06 01 C | WC 11 01 09 10 | WC 12 03 06 A | WC 12 06 01 E | WC 13 01 09 10 |
| WC 14 01 09 10 | WC 15 04 01 A | WC 15 06 01 A | WC 16 03 05 | WC 16 06 01 |
| WC 16 06 02 | WC 17 03 03 | WC 17 06 01 J | WC 17 06 02 A | WC 18 06 01 |
| WC 18 06 03 A | WC 18 06 04 | WC 18 06 06 | WC 18 06 07 A | WC 19 06 01 G |
| WC 19 06 02 | WC 21 01 09 10 | WC 21 03 03 A | WC 21 03 04 | WC 21 04 02 B |
| WC 22 00 00 A | WC 22 06 01 D | WC 22 06 02 | WC 23 06 01 | WC 24 03 02 |
| WC 24 04 06 D | WC 24 06 01 B | WC 24 06 02 B | WC 24 06 04 B | WC 24 06 09 10 |
| WC 25 03 05 | WC 25 04 01 A | WC 25 05 01 15 | WC 25 06 01 B | WC 25 06 02 |
| WC 26 04 03 | WC 26 06 01 C | WC 27 06 01 C | WC 29 03 06 B | WC 29 06 01 A |
| WC 30 06 01 A | WC 31 01 09 10 | WC 31 03 08 | WC 31 03 19 I | WC 31 06 18 |
| WC 32 03 01 D | WC 35 03 03 | WC 35 06 01 F | WC 35 06 03 | WC 36 04 06 |
| WC 36 06 01 E | WC 36 06 02 | WC 36 06 04 | WC 37 04 01 | WC 37 06 01 |
| WC 37 06 02 | WC 37 06 03 A | WC 37 06 04 | WC 38 01 09 10 | WC 38 06 01 |
| WC 38 06 02 | WC 39 01 09 10 | WC 42 03 01 I | WC 42 04 07 | WC 43 06 02 |
| WC 44 06 01 | WC 44 06 02 B | WC 45 06 02 | WC 47 03 01 A | WC 47 03 02 |
| WC 47 06 01 | WC 60 41 08 09 | WC 60 51 08 09 | WC 60 57 08 09 | WC 99 06 02 B |
| WC 99 06 12 B | WC 99 06 18 B | WC 99 06 23 | WC 99 06 25 A | WC 99 06 39 B |
| WC 99 06 45 | WC 99 06 48 B | WC 99 06 53 B | WC 99 06 55 B | WC 99 06 65 |

WC 00 01 08 89          Includes copyrighted material of NCCI, Inc., used with its permission.          Page 2 of 2
1987 National Council on Compensation Insurance.

*Confidential*          GWCC000861

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium   STATE OF   **ALABAMA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▮▮▮▮▮▮▮ | ▮ | ▮▮▮ | ▮ | $ |
| ▮▮▮▮ | | | | $ |
| ▮▮▮▮▮ | ▮ | | ▮ | $▮ |
| ▮▮▮▮ | ▮ | | ▮ | $▮ |
| ▮▮▮ | ▮ | | ▮ | $▮ — |
| ▮▮▮ | ▮ | | ▮ | $▮ |
| ▮▮▮▮▮ | ▮ | | ▮ | $▮ |

**TOTAL PREMIUM FOR STATE** $▮

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF **ARKANSAS** | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | ████ | $█████ |
| ██████████ | ███ | ██████ | ████ | $████ |
| ██████████ | | | | $████ |
| ████████████ | ███ | | ████ | $███ |
| ████████████ | ███ | | █████ | $███ |
| ████████████ | █████ | | ████ | $████ ─ |
| ████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89      Includes copyrighted material of the NCCI, used with its permission.      Page 1 of 1

*Confidential*

GWCC000863

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium  |  STATE OF  **CALIFORNIA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019** | | | | |
| ██████████████ | ██ | ████████ | ████ | $ ████ |
| ████████ | ██ | ████ | ██ | $ ██ |
| ████████ | | | | $ ████ |
| ████████████ | ██ | | ██ | $ ████ — |
| ████████████ | ██ | | ██ | $ ████ — |
| ████ | ██ | | ██ | ██ |
| ██████████ | ██ | | ██ | $ █ |
| ██████████ | ██ | | ██ | $ ██ |
| ██████████ | ██ | | ██ | $ ██ |

*Confidential*

GWCC000864

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium      STATE OF    **CALIFORNIA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | | ████████ | $█████ |
| ████████████████ | ████ | | ████████ | $███ |
| ████████████████ | ███ | | ████████ | $███ |
| ████████████████ | ████ | | ████████ | $███ |
| ████████████████ | ███ | | ████████ | $███ |
| **TOTAL PREMIUM FOR STATE** | | | | $████████ |

*Confidential*

GWCC000865

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF COLORADO | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ████ | ██████ | ████ | $██████ |
| ██████████ | ████ | ██████ | ████ | $████ |
| ██████████ | | | | $████ |
| ██████████ | ████ | | ████ | $████ |
| ██████████ | | | ████ | $████ |
| ██████████ | ████ | | ████ | $████ — |
| ██████ | ████ | | ████ | $██ |
| ██████████ | ████ | | ████ | $████ |
| **TOTAL PREMIUM FOR STATE** | | | | $██████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC000866

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium  **STATE OF  CONNECTICUT**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ████ | ██████ | ████ | $ ██████ |
| ██████ | ████ | ████ | ████ | $ ████ |
| ██████ | | | | $ ██████ |
| ██████ | ████ | | ████ | $ ████ |
| ██████ | ████ | | ████ | $ ████ |
| ██████ | ████ | | ████ — | $ ████ |
| ██████ | ████ | | ████ | $ ████ |
| ██████ | ████ | | ████ | $ ████ |
| ██████ | ████ | | ████ | $ ████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

Page 1 of 1

GWCC000867

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

| ITEM 4: Premium | | STATE OF | **CONNECTICUT** | |

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████ | ██ | | ██ | $█████ |
| | | | | |
| **TOTAL PREMIUM FOR STATE** | | | | $█████ |

WC 00 02 08 89

*Includes copyrighted material of the NCCI, used with its permission.*

*Confidential*

Page 1 of 1

GWCC000868

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE  68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium          STATE OF   **DISTRICT OF COL.**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019** | ■ | ■ | ■ | $■ |
| ■ | | | | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ — |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| **TOTAL PREMIUM FOR STATE** | | | | $■ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC000869

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium      STATE OF    **DELAWARE**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | █ | █████ | $█ |
| ███████████ | ███ | █ | █████ | $█ |
| ██████ | | | | $█ |
| ██████████ | ████ | | █████ | $█ |
| ███████████ | ████ | | █████ | $█ |
| ████████ | ███ | | | $██ |
| █████ | ███ | | █████ | $█ |
| ██████████ | ███ | | █████ | $█ |
| **TOTAL PREMIUM FOR STATE** | | | | $██ |

WC 00 02 08 89      Includes copyrighted material of the NCCI, used with its permission.      Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

GWCC000870

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium     STATE OF    **FLORIDA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019** | | | | |
| ███████████ | ███ | ██████ | ███ | $████ |
| ███████████ | ███ | ██████ | ███ | $███ |
| ███████████ | | | | $███ |
| ███████████ | ███ | | | $███ |
| ███████████ | ███ | | ████ | $███ |
| ███████████ | ███ | | | $██████ — |
| ██████ | ███ | | ████ | $██ |
| **TOTAL PREMIUM FOR STATE** | | | | $██████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC000871

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium   **STATE OF GEORGIA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | ███ | $██████ |
| ███████████ | ███ | ██████ | ███ | $████ |
| ███████████ | | | | $████ |
| ███████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ███ | $██████ |
| ███████████ | ███ | | ███ | $██ |
| ███████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ██████ | $█ |
| **TOTAL PREMIUM FOR STATE** | | | | $███████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC000872

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF **IOWA** | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ██ | ██████ | ██ | $█████ |
| ██████████ | | | | $█████ |
| ███████████ | ███ | | ████ | $████ |
| ███████████ | ███ | | ████ | $████ |
| ██████████ | ███ | | ████ | $█████ |
| ███████ | ███ | | ████ | $███ |
| ██████████ | ███ | | ████ | $██ |
| **TOTAL PREMIUM FOR STATE** | | | | $█████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC000873

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
|---|---|

**ITEM 4: Premium**  STATE OF **IDAHO**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019** | | | | |
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | $▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | $▮ |
| ▮▮▮▮▮▮▮▮ | | | | $▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮ |
| ▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮ |
| **TOTAL PREMIUM FOR STATE** | | | | $▮▮ |

*Confidential*

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

GWCC000874

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium — STATE OF **ILLINOIS**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ████████ | ███ | $█████ |
| ███████████ | ███ | ████████ | ███ | $█████ |
| ███████████ | | | | $█████ |
| ████████ | ███ | | | $█████ |
| ███████████ | ███ | | ███ | $█████ |
| ████████ | ███ | | ███ | $█████ |
| ███████████ | ███ | | ███ | $██████ |
| ████████ | ███ | | ███ | $█████ |
| ███████████ | ███ | ████████ | ███ | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC000875

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |



| ITEM 4: Premium | | STATE OF | ILLINOIS | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▉▉▉▉ | ▉ | | ▉ | $▉ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $▉ |

*Confidential*

GWCC000876

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF **INDIANA** | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | ███ | $██████ |
| ████████ | ███ | █████ | ███ | $█████ |
| ████████ | | | ███ | $█████ |
| █████████ | ███ | | ████ | $█████ |
| ██████████ | | | ████ | $█████ |
| █████████ | | | ████ | $█████ |
| ██████ | ███ | | ████ | $█████ |
| ███████████ | ███ | | ████ | $█████ |
| █████████ | ███ | | ███ | $████ |
| **TOTAL PREMIUM FOR STATE** | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC000877

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium     **STATE OF    KANSAS**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ████ | ███████ | ████ | $████ |
| ████████ | | | | $███ |
| ████████ | ████ | | ████ | $█ |
| █████████ | ████ | | ████ | $█ |
| █████████ | ████████ | | ████ | $███ — |
| ██████ | ████ | | ████ | $█ |
| █████████ | ████ | | ████ | $█ |
| **TOTAL PREMIUM FOR STATE** | | | | $████ |

WC 00 02 08 89      Includes copyrighted material of the NCCI, used with its permission.      Page 1 of 1

*Confidential*

GWCC000878

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium  STATE OF **KENTUCKY**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 ████ | ██ | ████ | ██ | $███ |
| ████ | | | | $███ |
| ████ | ██ | | ██ | $██ |
| ████ | ██ | | ██ | $██ |
| ████ | ██ | | ██ | $███ — |
| ███ | ██ | | ███ | $█ |
| ████ | ██ | | ██ | $██ |
| ████ | ██ | | ███ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $███ |

WC 00 02 08 89   Includes copyrighted material of the NCCI, used with its permission.   Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium | **STATE OF LOUISIANA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019** | ███ | ████ | | $ |
| ████ | ███ | ████ | ███ | $ |
| ████ | | | | $ |
| ████ | ███ | | ███ | $ |
| ████ | | | ███ | $ |
| ████ | | | ███ | $ — |
| ████ | ███ | | ███ | $ |
| ████ | ███ | | ███ | $ |

| **TOTAL PREMIUM FOR STATE** | | | | $███ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC000880

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
| --- | --- |

| ITEM 4: Premium | | STATE OF **MARYLAND** | | |
| --- | --- | --- | --- | --- |
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ███ | ██████ | ███ | $ ██████ |
| ██████████ | ███ | ██████ | ███ | $ ██████ |
| ██████████ | | | | $ ██████ |
| ██████████ | ███ | | ███ | $ ██████ |
| ██████████ | ███ | | ███ | $ ██████ |
| ██████████ | ███ | | ███ | $ ██████ |
| ██████████ | ███ | | ███ | $ ██████ |
| ██████████ | ███ | | ███ | $ ██████ |
| **TOTAL PREMIUM FOR STATE** | | | | $ ██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC000881

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
| --- | --- |

**ITEM 4:** Premium      STATE OF **MAINE**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ████ | █████ | ████ | $████ |
| ████████ | | | | $████ |
| ████████ | ███ | | ███ | $██ |
| ████████ | ███ | | ███ | $██ |
| ████████ | ███ | | ███ | $████ — |
| ████████ | ███ | | ███ | $█ |
| ████████ | ███ | | ███ | $█ |
| ████████ | ███ | | ███ | $█ |
| ████████ | ███ | | ███ | $██ |
| **TOTAL PREMIUM FOR STATE** | | | | $████ |

*Confidential*

GWCC000882

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF **MICHIGAN** | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ███ | ██████ | ███ | $██████ |
| ████████████████████ | ███ | ██████ | ███ | $████ |
| ████████████ | | | | $██████ |
| ██████████ | ███ | | | $████ |
| ████████████ | | | ███ | $██████— |
| ████████████ | ███ | | ███ | $██████— |
| ██████ | ███ | | ███ | $██ |
| ████████████ | ███ | | ███ | $██ |
| **TOTAL PREMIUM FOR STATE** | | | | $██████ |

*Confidential*

GWCC000883

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
| --- | --- |

| ITEM 4: Premium | | STATE OF | **MINNESOTA** | |
| --- | --- | --- | --- | --- |
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ■ | ■ | ■ | $ ■ |
| ■ | ■ | ■ | ■ | $ ■ |
| ■ | | | | $ ■ |
| ■ | ■ | | ■ | $ ■ |
| ■ | ■ | | ■ | $ ■ |
| ■ | ■ | | ■ | $ ■ |
| ■ | ■ | | ■ | $ ■ |
| ■ | ■ | | ■ | $ ■ |
| TOTAL PREMIUM FOR STATE | | | | $ ■ |

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

GWCC000884

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

ITEM 4: Premium     STATE OF **MISSOURI**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | | $█████ |
| ████████ | | | | $█████ |
| ██████████ | ███ | | ████ | $███ |
| ██████████ | ███ | | ████ | $███ |
| ██████████ | ███ | | ████ | $██████ |
| ██████ | ███ | | ████ | $██ |
| █████████ | ███ | | ████ | $███ |
| █████████ | ███ | | ████ | $███ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC000885

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE  68776*

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
| --- | --- |

**ITEM 4: Premium**  |  STATE OF  **MISSISSIPPI**

| CLASSIFICATION<br>OF<br>OPERATIONS | CODE<br>NO | PREMIUM BASIS<br>TOTAL ESTIMATED<br>ANNUAL<br>REMUNERATION | RATE PER<br>$100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
| --- | --- | --- | --- | --- |
| **PREMIUM PERIOD FROM  11/01/2018  TO  11/01/2019** | | | | |
| ███████████ | ███ | ██████ | ████ | $███ |
| ████████ | ███ | ██████ | ████ | $███ |
| ██████ | | | | $████ |
| ███████ | ███ | | ████ | $██ |
| ████████ | | | ████ | $██ |
| █████████ | | ████████ | | $█████ — |
| ██████ | ███ | | ████ | $█ |
| ██████████ | ███ | | ████ | $██ |

| **TOTAL PREMIUM FOR STATE** | | | | $██████ |
| --- | --- | --- | --- | --- |

WC 00 02 08 89                Includes copyrighted material of the NCCI, used with its permission.                Page 1 of 1

*Confidential*

GWCC000886

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
|---|---|

**ITEM 4:** Premium   **STATE OF MONTANA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ████████ | ██████ | $████ |
| ████████ | ████ | █ | ██████ | $█ |
| ████████████ | | | | $███ |
| ██████████ | ████ | | ██████ | $█ |
| ████████ | ████ | | ██████ | $██ |
| ██████████████ | ████ | | ██████ | $█████ |
| ██████ | ████ | | ██████ | $█ |
| █████████████ | ████ | | ██████ | $█ |
| ██████████ | ███ | | ████████ | $█ |

*Confidential*

GWCC000887

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: **11037**

**PO Box 277, So. Sioux City, NE 68776**

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
|---|---|

| ITEM 4: Premium | STATE OF **MONTANA** |
|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | | ███ | $█ |
| ███████████ | ███ | | ███ | $█ |
| ███████████ | ███ | | ███ | $█ |

| TOTAL PREMIUM FOR STATE | | | | $███ |
|---|---|---|---|---|

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

GWCC000888

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE. 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF **NORTH CAROLINA** | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ■ | ■ | ■ | $■ |
| ■ | ■ | ■ | ■ | $■ |
| ■ | | | | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ — |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| TOTAL PREMIUM FOR STATE | | | | $■ |

WC 00 02 08 89

*Includes copyrighted material of the NCCI, used with its permission.*

Page 1 of 1

*Confidential*

GWCC000989

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF | **NEBRASKA** | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ▮ | ▮ | ▮ | $▮ |
| ▮ | | | | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮— |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| TOTAL PREMIUM FOR STATE | | | | $▮ |

*Confidential*

GWCC000890

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE  68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium

STATE OF   **NEW JERSEY**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ██ | ███████ | ███ | $████ |
| ████████████ | ███ | ██████ | ███ | $████ |
| ████████████ | | | | $████ |
| █████████████ | ███ | | ████ | $████ |
| █████████████ | ███ | | ████ | $████ |
| ██████████████ | ███ | | ███ | $██████ |
| ████████ | ███ | | ███ | $███ |
| ██████████████ | ███ | | | $██ |
| ██████████████ | ███ | | ████ | $████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC000891

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

| ITEM 4: Premium | | STATE OF | **NEW JERSEY** | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ████ | | ████ | $██ |
| | | | | |
| **TOTAL PREMIUM FOR STATE** | | | | $█████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC000892

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF | **NEW MEXICO** | |
|---|---|---|---|---|

| CLASSIFICATION<br>OF<br>OPERATIONS | CODE<br>NO | PREMIUM BASIS<br>TOTAL ESTIMATED<br>ANNUAL<br>REMUNERATION | RATE PER<br>$100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| **PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019** | ███ | ███████ | ██████ | $██████ |
| ██████████ | | | | $█████ |
| ████████████ | ████ | | ██████ | $██ |
| ██████████████ | ████ | | ██████ | $███ |
| ██████████████ | ████ | | ██████ | $█████— |
| ██████ | ████ | | ██████ | $█ |

| **TOTAL PREMIUM FOR STATE** | | | | $█████ |
|---|---|---|---|---|

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC000893

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4: Premium**   STATE OF **NEVADA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ██ | ██ | ██ | $██ |
| ██ | | | | $██ |
| ██ | ██ | | ██ | $██ |
| ██ | ██ | | ██ | $██ |
| ██ | ██ | | ██ | $██ — |
| ██ | ██ | | ██ | $██ |
| ██ | ██ | | ██ | $██ |
| **TOTAL PREMIUM FOR STATE** | | | | $██ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

Page 1 of 1

GWCC000894

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF **NEW YORK** | | |
|---|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | ███████ | ███ | $████████ |
| ███████████ | ███ | ██████ | ███ | $████ |
| ███████████ | | | | $██████ |
| █████████ | ███ | | ███ | $████ |
| ███████████ | | | ███ | $████ |
| █████████████ | | | ███ | $███████ — |
| ██████ | ███ | | ███ | $████ |
| █████████████ | ███ | | | $█ |
| ████████ | ███ | | ███ | $██████ |

*Confidential*

GWCC000895

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

| ITEM 4: Premium | STATE OF | **NEW YORK** |
|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ |
| ▮▮▮▮▮▮ | ▮▮ | | ▮▮ | |

| TOTAL PREMIUM FOR STATE | | | | $▮▮ |
|---|---|---|---|---|

*Confidential*

GWCC000896

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED:  OCTOBER  25  2018**

**POLICY NO: WC26278F**
**NCCI Co. No.: 11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE  68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE  CARRIERS  INC** | **11/01/2018** |

| ITEM 4: Premium | | STATE OF | **OKLAHOMA** | |
|---|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **PREMIUM  PERIOD  FROM  11/01/2018  TO  11/01/2019** | | | | |
| ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | $▮ |
| ▮▮▮▮▮ | | | | $▮▮ |
| ▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮▮ |
| ▮▮▮▮ | ▮▮ | | ▮▮ | $▮ |
| ▮▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ |
| **TOTAL  PREMIUM  FOR  STATE** | | | | $▮▮ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium     STATE OF **OREGON**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | ███████ | ███ | $████ |
| ████████████ | ████ | █ | ████ | $██ |
| ██████████ | | | | $█████ |
| █████████████ | ████ | | ████ | $██ |
| ███████████████ | ████ | | ████ | $████ |
| ████████████ | ████ | | ████ | $████ — |
| ███████ | ████ | | ████ | $█ |
| ██████████████ | ████ | | ████ | $██ |
| ████████████████ | ████ | | █████ | $████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

GWCC000898

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
|---|---|

**ITEM 4:** Premium      STATE OF     **OREGON**

| CLASSIFICATION<br>OF<br>OPERATIONS | CODE<br>NO | PREMIUM BASIS<br>TOTAL ESTIMATED<br>ANNUAL<br>REMUNERATION | RATE PER<br>$100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▉ | ▉ | | ▉ | $▉ |

**TOTAL PREMIUM FOR STATE**        $▉

*Confidential*

GWCC000899

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4:** Premium     **STATE OF     PENNSYLVANIA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ▮ | ▮ | ▮ | $▮ |
| ▮ | ▮ | ▮ | ▮ | $▮ |
| ▮ | | | | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | | | ▮ | $▮ — |
| ▮ | | | ▮ | $▮ — |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| **TOTAL PREMIUM FOR STATE** | | | | $▮ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC000900

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

**POLICY NO: WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
| --- | --- |

| ITEM 4: Premium | | STATE OF **RHODE ISLAND** | | |
| --- | --- | --- | --- | --- |
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▄▄▄▄▄▄▄ | ▄▄ | ▄▄▄▄ | ▄▄▄ | $▄▄▄ |
| ▄▄▄▄▄ | ▄▄ | ▄▄▄ | ▄▄ | $▄▄ |
| ▄▄▄▄ | | | | $▄▄▄ |
| ▄▄▄▄▄ | ▄▄ | | ▄▄ | $▄▄ |
| ▄▄▄▄▄▄ | ▄▄ | | ▄▄ | $▄▄▄ |
| ▄▄▄▄▄ | ▄▄ | | ▄▄ | $▄▄▄ |
| ▄▄▄ | ▄▄ | | ▄▄ | $▄ |
| ▄▄▄▄▄▄ | ▄▄ | | ▄▄ | $▄ |
| TOTAL PREMIUM FOR STATE | | | | $▄▄ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

| ITEM 4: Premium | | | | STATE OF | **SOUTH CAROLINA** |

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ■ | ■ | ■ | $■ |
| ■ | | | | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■— |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| **TOTAL PREMIUM FOR STATE** | | | | $■ |

WC 00 02 08 89 | Includes copyrighted material of the NCCI, used with its permission. | Page 1 of 1

*Confidential*

GWCC000902

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium    STATE OF    **TENNESSEE**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ████ | ██████ | ████ | $█████ |
| ████████████ | ████ | ██████ | ████ | $████ |
| ██████████████ | | | | $████ |
| ████████████ | ████ | | ████ | $████ |
| ████████████████ | ██████ | | ████ | $████ |
| ██████████████ | ████ | | ████ | $█████ |
| ████████ | ████ | | ████ | $███ |
| ██████████████ | ████ | | ████ | $███ |
| | | | | |
| **TOTAL PREMIUM FOR STATE** | | | | $█████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | STATE OF **TEXAS** | | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ████████ | ████ | $████████ |
| ███████████ | ███ | ████████ | ████ | $████ |
| ████████ | | | | $████████ |
| ████████████ | ███ | | ████ | $████ |
| ████████████ | ███ | | ████ | $████████ |
| ████████████ | ███ | | ████ | $████████ — |
| ████████ | ███ | | ████ | $████ |
| **TOTAL PREMIUM FOR STATE** | | | | $████████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC000904

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 4:** Premium     **STATE OF   UTAH**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ████████ | ████ | $███ |
| ███████████ | | | | $████ |
| ███████████ | ███ | | ████ | $██ |
| ████████████ | ███ | | ████ | $██ |
| ████████████ | ███ | | ████ | $████ — |
| ███████ | ███ | | ████ | $█ |
| ██████████ | ███ | | ████ | $█ |
| **TOTAL PREMIUM FOR STATE** | | | | $█████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | VIRGINIA | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $▇ |
| ▇ | ▇ | ▇ | ▇ | $▇ |
| ▇ | | | | $▇ |
| ▇ | ▇ | | ▇ | $▇ |
| ▇ | ▇ | | ▇ | $▇ |
| ▇ | ▇ | | ▇ | $▇ |
| ▇ | ▇ | | ▇ | $▇ |
| TOTAL PREMIUM FOR STATE | | | | $▇ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC000906

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 4: Premium**  |  **STATE OF   VERMONT**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ █ |
| █████████████ | | | | $ █ |
| ████████████ | █ | | █ | $ █ |
| ████████████ | █ | | █ | $ █ |
| ████████████ | █ | | █ | $ █ ─ |
| █████████ | █ | | █ | $ █ |
| █████████████ | █ | | █ | $ █ |
| █████████████ | █ | | █ | $ █ |
| **TOTAL PREMIUM FOR STATE** | | | | $ █ |

*Confidential*

GWCC000907

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE. 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

| ITEM 4: Premium | | STATE OF | **WEST VIRGINIA** | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮▮▮ | | | | $▮▮▮ |
| ▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | $▮▮ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*          GWCC000908

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)
DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | | STATE OF **WEST VIRGINIA** | | |
|---|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** | |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | | |
| ▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ | |
| ▮▮▮▮ | ▮▮ | | ▮▮ | $▮ | |
| | | | | | |
| **TOTAL PREMIUM FOR STATE** | | | | $▮▮ | |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

Page 1 of 1

GWCC000909

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Co. No.: **11037**                    DATE ISSUED:  OCTOBER  25  2018

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## INSTALLMENT ENDORSEMENT
### (WC 99 06 06)

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK  HORSE  CARRIERS  INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT  WEST  CASUALTY  COMPANY** | |

JOE  MORTEN  &  SON  INC  (IL)    6069

Your policy is to be paid by Installments.  The total policy premium is $ ▮▮▮▮▮▮▮

Your Schedule of payments is as follows:

| PAYMENT NO. | BILL DATE | ESTIMATED ANNUAL PREMIUM | ASSESSMENTS AND FLAT CHARGES | TOTAL |
|---|---|---|---|---|
| 1 | 11/01/2018 | $ ▮ | $ ▮ | $ ▮ |
| 2 | 12/01/2018 | $ ▮ | $ ▮ | $ ▮ |
| 3 | 01/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 4 | 02/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 5 | 03/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 6 | 04/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 7 | 05/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 8 | 06/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 9 | 07/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 10 | 08/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 11 | 09/01/2019 | $ ▮ | $ ▮ | $ ▮ |
| 12 | 10/01/2019 | $ ▮ | $ ▮ | $ ▮ |

WC 00 06 09 10                                                          Page 1 of 1

*Confidential*                                               GWCC000910

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | NO SPECIFIC LOCATION — AL | 8 | ▮ |
| 1 | NO SPECIFIC LOCATION — AR | 11 | ▮ |
| 1 | ▮▮▮▮▮▮▮▮▮▮ | 0 | ▮ |
| 1 | ▮▮▮▮▮▮▮▮▮▮ | 55 | ▮ |
| 1 | NO SPECIFIC LOCATION — CA | 55 | ▮ |
| 1 | NO SPECIFIC LOCATION — CO | 62 | ▮ |
| 1 | ▮▮▮▮▮▮▮▮▮▮ | 116 | ▮ |
| 1 | NO SPECIFIC LOCATION — DC | 1 | ▮ |
| 1 | NO SPECIFIC LOCATION — DE | 0 | ▮ |
| 1 | ▮▮▮▮▮▮▮▮▮▮ | 108 | ▮ |
| 1 | ▮▮▮▮▮▮▮▮▮▮ | 0 | ▮ |

WC 00 08 08 89

*Confidential*

GWCC000912

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF WORKPLACES**
(WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | ███████████████ | 0 | ███ |
| 1 | ███████████ | 0 | ███ |
| 1 | █████████████ | 96 | ███ |
| 1 | NO SPECIFIC LOCATION – IA | 40 | ███ |
| 1 | NO SPECIFIC LOCATION – ID | 0 | ███ |
| 1 | ██████ | 0 | ███ |
| 1 | ███████ | 0 | ███ |
| 1 | ██████████ | 682 | ███ |
| 1 | ████████ | 0 | ███ |
| 1 | █████████████ | 0 | ███ |
| 1 | █████████ | 0 | ███ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000913

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | ██████████████ | 0 | ████ |
| 1 | ██████████████ | 0 | ████ |
| 1 | ████████████ | 0 | ████ |
| 1 | ████████████ | 0 | ████ |
| 1 | ██████████████ | 0 | ████ |
| 1 | ██████████████ | 185 | ████ |
| 1 | ███████████████ | 0 | ████ |
| 1 | ██████████████ | 0 | ████ |
| 1 | ██████████████ | 0 | ████ |
| 1 | ████████████ | 0 | ████ |
| 1 | ██████████████ | 0 | ████ |

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | ██████████████ | 0 | ██ |
| 1 | ██████████████ | 0 | ██ |
| 1 | NO SPECIFIC LOCATION - KS | 6 | ██ |
| 1 | ██████████████ | 11 | ██ |
| 1 | ██████████████ | 0 | ██ |
| 1 | ██████████████ | 0 | ██ |
| 1 | NO SPECIFIC LOCATION - LA | 41 | ██ |
| 1 | ██████████████ | 140 | ██ |
| 1 | NO SPECIFIC LOCATION - ME | 4 | ██ |
| 1 | ██████████████ | 89 | ██ |
| 1 | ██████████████ | 104 | ██ |

WC 00 08 08 89

*Confidential*

GWCC000915

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | ██████████████ | 0 | ███ |
| 1 | ██████████████ | 0 | ███ |
| 1 | NO SPECIFIC LOCATION — MO | 19 | ███ |
| 1 | NO SPECIFIC LOCATION — MS | 10 | ███ |
| 1 | NO SPECIFIC LOCATION — MT | 0 | ███ |
| 1 | NO SPECIFIC LOCATION — NC | 13 | ███ |
| 1 | NO SPECIFIC LOCATION — NE | 2 | ███ |
| 1 | ██████████████ | 83 | ███ |
| 1 | NO SPECIFIC LOCATION — NM | 4 | ███ |
| 1 | NO SPECIFIC LOCATION — NV | 2 | ███ |
| 1 | ██████████████ | 134 | ███ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000916

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF WORKPLACES**
(WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | NO SPECIFIC LOCATION - OK | 17 | ███ |
| 1 | NO SPECIFIC LOCATION - OR | 13 | ███ |
| 1 | ████████████ | 0 | ███ |
| 1 | ████████████ | 369 | ███ |
| 1 | ████████████ | 0 | ███ |
| 1 | ████████████ | 0 | ███ |
| 1 | ████████████ | 0 | ███ |
| 1 | ████████████ | 0 | ███ |
| 1 | NO SPECIFIC LOCATION - RI | 3 | ███ |
| 1 | NO SPECIFIC LOCATION - SC | 17 | ███ |
| 1 | ████████████ | 0 | ███ |

WC 00 08 08 89

Page 1 of 1

*Confidential*

GWCC000917

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF WORKPLACES**
(WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | ███████████████████ | 0 | ██ |
| 1 | NO SPECIFIC LOCATION — TN | 53 | ██ |
| 1 | ███████████████████ | 0 | ██ |
| 1 | █████████████ | 0 | ██ |
| 1 | ███████████████ | 0 | ██ |
| 1 | █████████████ | 0 | ██ |
| 1 | █████████████ | 0 | ██ |
| 1 | █████████████████████ | 0 | ██ |
| 1 | ███████████████ | 0 | ██ |
| 1 | ████████████ | 288 | ██ |
| 1 | ██████████ | 0 | ██ |

· FILED DATE: 9/6/2023 1:54 PM  2023CH07977

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000918

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF WORKPLACES**
(WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 1 | ███████████████ | 0 | ████ |
| 1 | ███████████ | 0 | ████ |
| 1 | ██████████████ | 0 | ████ |
| 1 | NO SPECIFIC LOCATION – UT | 5 | ████ |
| 1 | ███████████ | 59 | ████ |
| 1 | NO SPECIFIC LOCATION – VT | 1 | ████ |
| 1 | ████████ | 0 | ████ |
| 1 | NO SPECIFIC LOCATION – WV | 30 | ████ |
| 2 | NO SPECIFIC LOCATION – AL | 8 | ████ |
| 2 | NO SPECIFIC LOCATION – AR | 11 | ████ |
| 2 | 12661 ALDI PLACE MORENO VALLEY CA 92555 | 0 | ████ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000919

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | ███████████████ | 55 | ██ |
| 2 | NO SPECIFIC LOCATION — CA | 55 | ██ |
| 2 | NO SPECIFIC LOCATION — CO | 62 | ██ |
| 2 | ████████████████ | 116 | ██ |
| 2 | NO SPECIFIC LOCATION — DC | 1 | ██ |
| 2 | NO SPECIFIC LOCATION — DE | 0 | ██ |
| 2 | ██████████████████████ | 108 | ██ |
| 2 | ████████████████ | 0 | ██ |
| 2 | ████████████████████ | 0 | ██ |
| 2 | ██████████████ | 0 | ██ |
| 2 | ██████████████████ | 96 | ██ |

WC 00 08 08 89

*Confidential*

GWCC000920

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

**POLICY NO: WC26278F**

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: **11037**

**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | NO SPECIFIC LOCATION — IA | 40 | █ |
| 2 | NO SPECIFIC LOCATION — ID | 0 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 682 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 0 | █ |
| 2 | ███████ | 0 | █ |

WC 00 08 08 89

*Confidential*

GWCC000921

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 185 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | █████████████ | 0 | ██ |
| 2 | NO SPECIFIC LOCATION - KS | 6 | ██ |

WC 00 08 08 89

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
| --- | --- |

**ITEM 1** of the **INFORMATION PAGE** includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
| --- | --- | --- | --- |
| 2 | ███████████████ | 11 | ███ |
| 2 | ███████████ | 0 | ███ |
| 2 | ████████████ | 0 | ███ |
| 2 | NO SPECIFIC LOCATION - LA | 41 | ███ |
| 2 | ███████████ | 140 | ███ |
| 2 | NO SPECIFIC LOCATION - ME | 4 | ███ |
| 2 | ██████████ | 89 | ███ |
| 2 | ████████████ | 104 | ███ |
| 2 | ██████████ | 0 | ███ |
| 2 | ██████████ | 0 | ███ |
| 2 | NO SPECIFIC LOCATION - MO | 19 | ███ |

WC 00 08 08 89

*Confidential*

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF WORKPLACES**
(WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | NO SPECIFIC LOCATION — MS | 10 | ■ |
| 2 | NO SPECIFIC LOCATION — MT | 0 | ■ |
| 2 | NO SPECIFIC LOCATION — NC | 13 | ■ |
| 2 | NO SPECIFIC LOCATION — NE | 2 | ■ |
| 2 | ██████████ | 83 | ■ |
| 2 | NO SPECIFIC LOCATION — NM | 4 | ■ |
| 2 | NO SPECIFIC LOCATION — NV | 2 | ■ |
| 2 | ██████████ | 134 | ■ |
| 2 | NO SPECIFIC LOCATION — OK | 17 | ■ |
| 2 | NO SPECIFIC LOCATION — OR | 13 | ■ |
| 2 | ██████████ | 0 | ■ |

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

WC 00 08 08 89

*Confidential*

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | ███████████ | 369 | ████ |
| 2 | ███████████ | 0 | ████ |
| 2 | ███████████ | 0 | ████ |
| 2 | ███████████ | 0 | ████ |
| 2 | ███████████ | 0 | ████ |
| 2 | NO SPECIFIC LOCATION — RI | 3 | ████ |
| 2 | NO SPECIFIC LOCATION — SC | 17 | ████ |
| 2 | ███████████ | 0 | ████ |
| 2 | ███████████ | 0 | ████ |
| 2 | NO SPECIFIC LOCATION — TN | 53 | ████ |
| 2 | ███████████ | 0 | ████ |

WC 00 08 08 89

*Confidential*

GWCC000925

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**POLICY NO: WC26278F**
NCCI Co. No.: **11037**

DATE ISSUED: OCTOBER 25 2018

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 288 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |
| 2 | ████████████ | 0 | ████ |

WC 00 08 08 89

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 2 | NO SPECIFIC LOCATION — UT | 5 | ▮ |
| 2 | ▮▮▮▮▮▮▮▮ | 59 | ▮ |
| 2 | NO SPECIFIC LOCATION — VT | 1 | ▮ |
| 2 | ▮▮▮▮▮▮▮ | 0 | ▮ |
| 2 | NO SPECIFIC LOCATION — WV | 30 | ▮ |
| 3 | NO SPECIFIC LOCATION — AL | 8 | ▮ |
| 3 | NO SPECIFIC LOCATION — AR | 11 | ▮ |
| 3 | ▮▮▮▮▮▮▮▮ | 0 | ▮ |
| 3 | ▮▮▮▮▮▮▮ | 55 | ▮ |
| 3 | NO SPECIFIC LOCATION — CA | 55 | ▮ |
| 3 | NO SPECIFIC LOCATION — CO | 62 | ▮ |

WC 00 08 08 89

*Confidential*

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | ███████████████ | 116 | ████ |
| 3 | NO SPECIFIC LOCATION — DC | 1 | ████ |
| 3 | NO SPECIFIC LOCATION — DE | 0 | ████ |
| 3 | ███████████████████ | 108 | ████ |
| 3 | ███████████ | 0 | ████ |
| 3 | ██████████████████ | 0 | ████ |
| 3 | █████████████ | 0 | ████ |
| 3 | ██████████████████ | 96 | ████ |
| 3 | NO SPECIFIC LOCATION — IA | 40 | ████ |
| 3 | NO SPECIFIC LOCATION — ID | 0 | ████ |
| 3 | ██████████ | 0 | ████ |

*Confidential*

GWCC000928

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**POLICY NO: WC26278F**
**NCCI Co. No.: 11037**

DATE ISSUED: OCTOBER 25 2018

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

ITEM 1 of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 682 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 0 | ▆▆ |
| 3 | ▆▆▆▆▆▆ | 185 | ▆▆ |

WC 00 08 08 89

*Confidential*

GWCC000929

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | ███████████████ | 0 | ███ |
| 3 | ███████████████ | 0 | ███ |
| 3 | ███████████████ | 0 | ███ |
| 3 | ███████████ | 0 | ███ |
| 3 | ███████████████ | 0 | ███ |
| 3 | ███████████████ | 0 | ███ |
| 3 | █████████████ | 0 | ███ |
| 3 | NO SPECIFIC LOCATION - KS | 6 | ███ |
| 3 | ████████████████ | 11 | ███ |
| 3 | ███████████ | 0 | ███ |
| 3 | ██████████████ | 0 | ███ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000930

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

**POLICY NO: WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | NO SPECIFIC LOCATION — LA | 41 | ■ |
| 3 | ■ | 140 | ■ |
| 3 | NO SPECIFIC LOCATION — ME | 4 | ■ |
| 3 | ■ | 89 | ■ |
| 3 | ■ | 104 | ■ |
| 3 | ■ | 0 | ■ |
| 3 | ■ | 0 | ■ |
| 3 | NO SPECIFIC LOCATION — MO | 19 | ■ |
| 3 | NO SPECIFIC LOCATION — MS | 10 | ■ |
| 3 | NO SPECIFIC LOCATION — MT | 0 | ■ |
| 3 | NO SPECIFIC LOCATION — NC | 13 | ■ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000931

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: **11037**

**PO Box 277, So. Sioux City, NE 68776**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

**ITEM 1** of the INFORMATION PAGE includes the following workplaces:

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | NO SPECIFIC LOCATION — NE | 2 | ██ |
| 3 | ███████████ | 83 | ██ |
| 3 | NO SPECIFIC LOCATION — NM | 4 | ██ |
| 3 | NO SPECIFIC LOCATION — NV | 2 | ██ |
| 3 | ███████████ | 134 | ██ |
| 3 | NO SPECIFIC LOCATION — OK | 17 | ██ |
| 3 | NO SPECIFIC LOCATION — OR | 13 | ██ |
| 3 | ███████████ | 0 | ██ |
| 3 | ███████████ | 369 | ██ |
| 3 | ███████████ | 0 | ██ |
| 3 | ███████████ | 0 | ██ |

WC 00 08 08 89

Page 1 of 1

*Confidential*

GWCC000932

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

DATE ISSUED: OCTOBER 25 2018

POLICY NO: WC26278F
NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | ███████████ | 0 | ███ |
| 3 | ███████████ | 0 | ███ |
| 3 | NO SPECIFIC LOCATION — RI | 3 | ███ |
| 3 | NO SPECIFIC LOCATION — SC | 17 | ███ |
| 3 | ███████ | 0 | ███ |
| 3 | ███████████ | 0 | ███ |
| 3 | NO SPECIFIC LOCATION — TN | 53 | ███ |
| 3 | ███████████ | 0 | ███ |
| 3 | ████████ | 0 | ███ |
| 3 | █████████ | 0 | ███ |
| 3 | ████████ | 0 | ███ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000933

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
(WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

POLICY NO: **WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

| The Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | ████████████████ | 0 | ███ |
| 3 | ████████████████████ | 0 | ███ |
| 3 | ████████████████ | 0 | ███ |
| 3 | ████████ | 288 | ███ |
| 3 | ████████████ | 0 | ███ |
| 3 | ████████████████████ | 0 | ███ |
| 3 | ████████████ | 0 | ███ |
| 3 | ████████████████ | 0 | ███ |
| 3 | NO SPECIFIC LOCATION — UT | 5 | ███ |
| 3 | ████████████ | 59 | ███ |
| 3 | NO SPECIFIC LOCATION — VT | 1 | ███ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000934

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF WORKPLACES
### (WC 99 06 08)

**DATE ISSUED: OCTOBER 25 2018**

**POLICY NO: WC26278F**
NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
|---|---|

**ITEM 1 of the INFORMATION PAGE includes the following workplaces:**

| LOCATION NO. | ADDRESS | # OF EMPL | SIC CODE |
|---|---|---|---|
| 3 | ███████████ | 0 | ███ |
| 3 | NO SPECIFIC LOCATION — WV | 30 | ███ |

WC 00 08 08 89

*Confidential*

Page 1 of 1

GWCC000935

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Co. No.: **11037**                      **DATE ISSUED: OCTOBER 25 2018**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NAMED INSURED
(WC 99 06 09)

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
|  | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)    6069**

The INSURED shown on the Information Page shall include:

| INSURED NUMBER | NAME OF INSURED |
|---|---|
| 1 | **FEDERAL ID NO:** ███████ |
| 2 | **FEDERAL ID NO:** ███████ |
| 3 | **FEDERAL ID NO:** ███████ |

WC 00 09 09 10

*Confidential*

Page 1 of 2

**GWCC000936**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

WC 00 09 09 10

*Confidential*

GWCC000937

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINNESOTA POLICY INFORMATION PAGE ENDORSEMENT
## INSURED'S NAME

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)    6069**

Policy Effective Date:
Policy Expiration Date:
Premium (If Any):

The Insured's Name is changed to read:

The INSURED shown on the Information Page shall include:

| | INSURED NAME | FEIN NUMBER | UI NUMBER |
|---|---|---|---|
| 1 | FEDERAL ID NO:  | | |
| 2 | FEDERAL ID NO:  | | |
| 3 | FEDERAL ID NO:  | | |

WC 22 06 02          Copyright 2002 Minnesota Workers' Compensation Insurers Association, Inc.          Page 1 of 2

*Confidential*

GWCC000938

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

All other terms and conditions of this policy remain unchanged.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**GREAT WEST CASUALTY COMPANY**

**POLICY NUMBER: WC26278F**

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows.

## GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who Is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE – WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G. Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

    a. benefits payable by this insurance;

    b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO – EMPLOYERS LIABILITY INSURANCE

**A. How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last

---

*Confidential*

GWCC000941

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B. We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**C. Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D. We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

*Confidential*                                                                     GWCC000942

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

**1.** Reasonable expenses incurred at our request, but not loss of earnings;

**2.** Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

**3.** Litigation costs taxed against you;

**4.** Interest on a judgment as required by law until we offer the amount due under this insurance; and

**5.** Expenses we incur.

**F. Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G. Limits of Liability**

Our Liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

**1.** Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

**2.** Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**3.** We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H. Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I. Actions Against Us**

There will be no right of action against us under this insurance unless:

**1.** You have complied with all the terms of this policy; and

**2.** The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE – OTHER STATES INSURANCE

**A. How This Insurance Applies**

**1.** This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

**2.** If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such

work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

**3.** We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

*Confidential*                                                                                                  GWCC000943

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B. Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE – PREMIUM

**A. Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B. Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C. Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If

you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise.

WC 00 00 00 C      Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 5 of 6

*Confidential*

GWCC000944

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

**F. Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX – CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

*G G R*    Secretary

*Steven J. Olson*    President

WC 00 00 00 C    Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.    Page 6 of 6

*Confidential*    GWCC000945

FILED DATE: 9/6/2023 1:54 PM 2023CH07977



# GREAT WEST CASUALTY COMPANY

*The Difference is Service*®

## WORKERS' COMPENSATION – PREMIUM AUDITS

### Frequently Asked Questions

When a workers' compensation policy is issued, estimated payrolls for the policy term are used to calculate an estimated annual premium which is stated on the policy's Information Page. Pursuant to the terms of the policy, the final premium is determined after the policy expires or is cancelled by using actual payrolls, and records of other remuneration (compensation) received by employees. Then the proper classifications and rates applicable to the business and work covered by the policy are applied to determine the final premium. If the final premium is greater than the estimated premium, you must pay the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

When the policy expires or cancels, a premium audit will be conducted to determine the total amount of remuneration paid to employees. Great West contracts with a third party vendor to conduct premium audits. Current practice is for the third party vendor to perform phone audits on all accounts which have expiring estimated annual premium of less than $10,000. If the estimated annual premium is $10,000 or exceeds $10,000, a physical audit will be scheduled.

1) How will I be contacted for a premium audit?

   > Our audit vendor has been directed to contact you by mail or phone within 30 days of the policy expiration date to schedule either a phone or physical audit.

2) What kind of documents do I need to provide to the auditor?

   > You are required to keep records we need to compute premium and provide the originals or copies of those records to us when requested. Documents we will review include, but are not limited to, Federal 941 reports, State UC reports, General Journal, Individual Earnings, Cash Disbursements, 1099's, Sales Journal, Financial Statements, Check Register, General Ledger, Certificates of Insurance, Payroll Register, contracts, and programs for storing and retrieving data.

3) What happens if Great West is unable to conduct and complete a premium audit?

   > After three attempts to schedule an audit appointment, our audit vendor will contact your agent to assist with scheduling and completion of the audit. If the auditor is still unable to schedule and complete the audit, the audit order will be returned as unproductive. Unproductive audits will most likely result in a final premium substantially more (sometimes up to 50% or more) the estimated premium given the fact that we will be forced to unilaterally determine the amount of the payroll and all other remuneration paid or payable during the policy period.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

4) What period of time will the audit cover?

> The audit period will correspond with the policy term. There may be up to a 20-day variance if your policy does not expire on the first of the month.

5) I pay my drivers a Per Diem. Will the Per Diem be included in the audit?

> If the Per Diem is excluded from the employee's gross income, is not reported in Box 1 of their W-2 form, and is not reported on your 941 reports, Great West will include only those Per Diems' in excess of $0.075/mile or $38/day ($52/day or $0.10 per mile for WI & MS) as part of the total remuneration received by employees. (Note: The above-stated Per Diem's are those currently in effect and are subject to change.)

> If a Per Diem is reported as wages in Box 1 of an employee's W-2 form, and is reported on your 941 reports, the Per Diem must be included in the payroll and will be included as remuneration paid to your employee(s).

6) I use owner/operators; will I be charged work comp premium for them?

> This is a question that you should ask your agent, as the answer will vary by state and the terms of the contract between you and the owner/operators you use. Great West follows applicable state laws, and if a driver can be classified as an independent contractor, your agent will advise you of the necessary documentation that must be provided to Great West.

7) How does Great West determine which state to assign my drivers' payroll?

> Normally, Great West classifies drivers to the motor carrier's domicile state or terminal state, which is usually the dispatch state. When multi-state terminals exist, drivers may be assigned to the state in which they are hired, orientated, and dispatched.

> When a motor carrier does not utilize a base terminal, we use the NCCI Extra-Territorial Classification Guidelines to determine where the exposure lies.

When using the extra-territorial guidelines we consider the following:

> If it can be established that the trucker spends a majority of driving time in a specific state, the trucker's payroll shall be assigned to that state.

> If a base terminal or state of majority driving time cannot be established, and the trucker is traveling from their state of residence, payroll shall be assigned to the trucker's state of residence.

**Please see "Part Five – Premium" in your Workers Compensation and Employers Liability Insurance Policy, or contact your Agent for additional information on Final Premium and Audit.**

HO 01 87 03 08

*Confidential*

GWCC000947

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

---

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **SEE BELOW** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit any one not named in the Schedule.

### Schedule

**ANY PERSON OR ORGANIZATION FOR WHICH THE EMPLOYER HAS AGREED BY WRITTEN CONTRACT, EXECUTED PRIOR TO LOSS, MAY EXECUTE A WAIVER OF SUBROGATION. HOWEVER, FOR PURPOSES OF WORK PERFORMED BY THE EMPLOYER IN MISSOURI, THIS WAIVER OF SUBROGATION DOES NOT APPLY TO ANY CONSTRUCTION GROUP OF CLASSIFICATIONS AS DESIGNATED BY THE WAIVER OF RIGHT TO RECOVER FROM OTHERS (SUBROGATION) RULE IN OUR MANUAL.**

**ALL WRITTEN CONTRACTS REQUIRING A WAIVER OF**          **11/01/2018**
**SUBROGATION ENDORSEMENT BUT ONLY TO THE EXTENT**
**THAT THE INSUREDS RIGHTS ARE WAIVED IN THE**
**CONTRACT**

---

WC 00 03 13          Copyright 1983 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

*Confidential*          **GWCC000948**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000949

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor, if any, shown on the Information Page is an estimate. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

WC 00 04 03      Copyright 1983, 1994 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 1

*Confidential*      GWCC000950

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000951

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

WC 00 04 14          Copyright 1990 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

*Confidential*          GWCC000952

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PREMIUM DUE DATE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

Section D of Part Five of the policy is replaced by this provision:

### PART FIVE –PREMIUM

**D.** Premium is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

WC 00 04 19      Copyright 2000 National Council on Compensation Insurance, Inc.  All Rights Reserved.      Page 1 of 1

*Confidential*      GWCC000954

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement is added to Part Five - Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

     Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

*Confidential*                    GWCC000956

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MICHIGAN TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

   **a.**   The act is an act of terrorism.

   **b.**   The act is violent or dangerous to human life, property or infrastructure.

   **c.**   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   **d.**   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year, and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

  Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

*Confidential*

GWCC000958

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e. $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f. $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate per $100 of Remuneration |
|-------|-------------------------------|
|       |                               |

*Confidential*

GWCC000959

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MONTANA AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Montana is shown in Item 3.A. of the Information Page.

Part Five § Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we will apply an Audit Noncompliance Charge equal to one times the estimated annual premium.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5 § Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000961

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PENNSYLVANIA AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

Part Five § Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge (ANC).

The charge is determined by applying the ANC Multiplier to the ANC Basis shown in the table below:

| ANC Basis | ANC Multiplier |
|---|---|
| Estimated Annual Premium | ██████ |

If you allow us to examine and audit all of your records after we have applied an ANC, we will remove the ANC and revise your premium in accordance with our manuals and Part 5 § Premium, E. (Final Premium) of this policy.

The application of the ANC is subject to the following conditions:

a) Carriers must comply with all applicable state laws and/or regulations related to audits of workers compensation insurance policies.

b) The Audit Noncompliance Charge Endorsement is optional. When used, the Audit Noncompliance Charge Endorsement and/or applicable state-specific endorsement must be attached to the policy at inception of the policy term being audited.

c) The carrier must make two attempts to obtain the audit information and/or complete the audit. At each attempt, the carrier must notify the employer regarding the specific required records and the amount of the ANC to be applied if the employer continues to refuse to comply with the audit.

d) The carrier must adequately document the audit file regarding the above attempts to obtain the required audit information.

These ANC conditions apply to mail/email, telephone, computer (remote access), and physical audits, unless otherwise provided by state law.

WC 37 04 01          Copyright 2016 Pennsylvania Compensation Rating Bureau          Page 1 of 2

*Confidential*          GWCC000962

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

The scenarios listed below may occur and are treated as follows:

| If an ANC is applied and the employer. . . | Then the carrier. . . |
|---|---|
| Pays the ANC and later allows the audit | - Performs the final audit and determines the final policy premium based on the results of the audit; and<br><br>- Refunds the ANC to the employer, or applies the ANC amount to any outstanding balance on the policy<br><br>Submits a unit statistical correction report to remove the ANC from the previously reported Unit Statistical data. |
| Does not pay the ANC but later allows the audit | Performs the final audit and determines the final policy premium based on the results of the audit |
| Pays the ANC but does not later allow the audit | Does not change the previously reported:<br>- Unit Statistical data<br>- Noncompliance transactions |
| Does not pay the ANC and does not later allow the audit. | |

*Confidential*

GWCC000963

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

**a.** It is an act that is violent or dangerous to human life, property, or infrastructure;

**b.** The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

**c.** It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

WC 00 04 21 D       Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.       Page 1 of 2

*Confidential*

GWCC000964

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## Schedule

| State | Rate | Premium | | State | Rate | Premium |
|-------|------|---------|--|-------|------|---------|
| | | | | | | |

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

Catastrophe (other than Certified Acts of Terrorism):  Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

Earthquake:  The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

Noncertified Act of Terrorism:  An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

    **a.**   It is an act that is violent or dangerous to human life, property, or infrastructure;

    **b.**   The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

    **c.**   It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Catastrophic Industrial Accident:  A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

---

WC 00 04 21 D        **Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.**        Page 1 of 2

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**Schedule**

| State | Rate | Premium | | State | Rate | Premium |
|-------|------|---------|---|-------|------|---------|
| | | | | | | |

*Confidential*

GWCC000967

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

   **a.** The act is an act of terrorism.

   **b.** The act is violent or dangerous to human life, property or infrastructure.

   **c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   **d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

---

WC 00 04 22 B       Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.       Page 1 of 2

*Confidential*

GWCC000968

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

   a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

   b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

   c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

   d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

   e. $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

   f. $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

WC 00 04 22 B          Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 2 of 2

*Confidential*                                              GWCC000969

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

    **a.**    The act is an act of terrorism.

    **b.**    The act is violent or dangerous to human life, property or infrastructure.

    **c.**    The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    **d.**    The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

*Confidential*

GWCC000970

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**Limitation of Liability**

The Act limits our liability to you under this policy.  If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government.  If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

<div align="center">

**Schedule**

</div>

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

WC 00 04 22 B          Copyright 2015 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 2 of 2

<div align="center">

*Confidential*

</div>

GWCC000971

Hearing Date: 1/4/2024 9:15 AM
Location: Court Room 2508
Judge: Gamrath, Celia G

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

DATE ISSUED: **OCTOBER 25, 2018**

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

Part Five § Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge.  The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5 § Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

Note:

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| NV | ESTIMATED ANNUAL |  |
| NC | ESTIMATED ANNUAL PREMIUM | |
| KS,OK | ESTIMATED ANNUAL PREMIUM | |
| AL,AR,CO,CT,DC,DE, GA,IA,ID,IL,IN,KY, LA,MD,ME,MI,MN,MS, NE,NM,OR,RI,SC,TN, UT,VA,VT,WV | ESTIMATED ANNUAL PREMIUM | |

Copyright 2015 National Council on Compensation Insurance, Inc.  All Rights Reserved.

*Confidential*

GWCC000972

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                                                            **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ARKANSAS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

   WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies because Arkansas is shown in item 3.A. of the Information Page.

**Part Two –Employers Liability Insurance**, Section C. (Exclusions), Item 2 of the policy is replaced by the following:

   **2.**   Punitive or exemplary damages because of bodily injury to an employee employed in violation of law; punitive or exemplary damages are defined by Arkansas Bulletin No. 4-82 as those damages which are imposed to punish a wrongdoer and to deter others from similar conduct;

**Part Six –Conditions**, Section D. (Cancellation) of the policy is replaced by the following:

**D.   Cancellation**

   **1.**   You may cancel this policy.  You must mail or deliver at least 30 days' advance written notice of cancellation to us. Cancellation is effective at 12:01 a.m. 30 days after we receive notice unless you specify a later date for cancellation.

      You may cancel coverage effective less than 30 dayskafter written notice has been received by us if you have obtained other coverage or become a self-insurer.

   **2.**   We may cancel this policy.  If we cancel because you fail to pay all premium when due, we will mail or deliver to you and to the Arkansas Workers Compensation Commission not less than 10 days advance written notice stating when the cancellation is to take effect.  If we cancel for any other reason, we will mail or deliver to you and to the Arkansas Workers Compensation Commission not less than 30 dayskadvance written notice stating when the cancellation is to take effect.  Mailing notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient notice.

   **3.**   The policy period will end on the day and hour stated in the cancellation notice.

WC 03 06 01 B       Copyright 2017 National Council on Compensation Insurance, Inc.  All Right Reserved.       Page 1 of 1

*Confidential*                                                                                                    GWCC000974

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000975

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**★ GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

**DATE ISSUED: OCTOBER 25 2018**

Policy Number: **WC26278F**

## POLICYHOLDER NOTICE

## CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

**Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.**

**California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.**

**This notice does not change the policy to which it is attached.**

HO 01 30 09 08

*Confidential*

GWCC000976

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



# GREAT WEST CASUALTY COMPANY

*The Difference is Service®*

**DATE ISSUED: OCTOBER 25 2018**

Policy Number: **WC26278F**

## TO:  CALIFORNIA EMPLOYERS/INSUREDS

## PLEASE READ CAREFULLY!

**We have sent you the State of California's posting notice titled "Notice to Employees – Injuries Caused by Work", DWC 7, which California Department of Labor Code Section 3550 requires you to post in a "conspicuous location frequented by employees and where the Notice may be easily read by employees during the hours of the workday." The Notice must be posted in both English and Spanish if you have Spanish speaking employees. We have sent you both the English and Spanish versions of the Notice.**

**Please be advised that failure by you to keep the Notice to Employees conspicuously posted shall constitute a misdemeanor under California law and shall be prima facie evidence of noninsurance.  Additionally, failure by you to post this Notice shall automatically permit an injured employee to be treated by his or her personal physician with respect to any injury occurring during the time that you have failed to post this Notice.**

HO 01 68 09 08

*Confidential*

Page 1 of 1

GWCC000978

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000979

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CALIFORNIA CANCELLATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the information page.

The cancellation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Failure to comply with Federal or State safety orders;

   h. Failure to comply with written recommendations of our designated loss control representatives;

   i. The occurrence of a material change in the ownership of your business;

   j. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   k. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

   l. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in Items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancellation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. The policy period will end on the day and hour stated in the cancellation notice.

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OPTIONAL PREMIUM INCREASE ENDORSEMENT – CALIFORNIA

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after you receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

WC 04 04 21

Copyright 2008 by the Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved

Page 1 of 1

*Confidential*

GWCC000982

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY AMENDATORY ENDORSEMENT –CALIFORNIA

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed –Not Insured.**

   This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages –Uninsurable.**

   This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.**

   You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.**

   Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.**

   The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

Copyright 2018 by the Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved.

*Confidential*

GWCC000984

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

6. **Long Term Policy.**

If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.**

Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part Five, "Premium", E, "Final Premium", is amended to read as follows:

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the case of your legal incapacity and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

a. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

b. If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancellation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

WC 04 03 01 D

Copyright 2018 by the Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved.

*Confidential*

GWCC000985

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICYHOLDER NOTICE
## YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

**I.    Information Available to You**

    **A.    Information Available from Us – Great West Casualty Company**

        **(1)**  General questions regarding your policy should be directed to:

<div align="center">

**Great West Casualty Company**



Telephone:
Fax:
www.gwccnet.com

</div>

        **(2)**  **Dividend Calculation.**  If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation.  The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

        **(3)**  **Claims Information.**  Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium.  Copies of documents will be supplied at your expense during reasonable business hours.

            For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective.  The cost of any settled claims will also be reported at that time.  At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim.  The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    **B.    Information Available from the Workers' Compensation Insurance Rating Bureau of California**

        **(1)**  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent.  As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan–1995* (USRP) and the *California Workers' Compensation Experience Rating Plan–1995* (ERP).  Contact information for the WCIRB is: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service.

---

PN 04 99 01 F               **Includes copyrighted material of WCIRB, with its permission.**               Page 1 of 3
                            **Copyright, 2015 Workers' Compensation Insurance Rating Bureau of California**

*Confidential*                                                                          GWCC000986

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirb.com. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

**(2) Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

**(3) Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form free of charge by completing a Policyholder Rate Sheet Request Form on the WCIRB's website at http://www.wcirb.com/ratesheet. The Experience Rating Form will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

## II. Dispute Process

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

### A. Our Dispute Resolution Process.

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to: **Great West Casualty Company, c/o Kevin J. Gray, 655 Montgomery Street, Suite 1100, San Francisco, CA 94111, Telephone number (415) 288-6600, Fax number (415) 288-6618.**

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

### B. Disputing the Actions of the WCIRB.
If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

Includes copyrighted material of WCIRB, with its permission.
Copyright, 2015 Workers' Compensation Insurance Rating Bureau of California

*Confidential*

GWCC000987

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

C.  **California Department of Insurance – Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

III.  **Resources Available to You in Obtaining Information and Pursuing Disputes**

A.  **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, Broadway, Suite 900, Oakland, CA 94612, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-778-7159 and by fax at 415-371-5288.

B.  **California Department of Insurance – Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

Includes copyrighted material of WCIRB, with its permission.
Copyright, 2015 Workers' Compensation Insurance Rating Bureau of California

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000989

POLICY NUMBER **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

# POLICYHOLDER NOTICE

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

**CALIFORNIA WORKERS COMPENSATION
INSURANCE RATING LAWS**

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers compensation rating laws.

1.  We establish our own rates for workers compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2.  The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3.  Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4.  We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5.  A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6.  Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7.  We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

PN 04 99 02 B

Copyright 2002 by the Workers' Compensation Insurance
Rating Bureau of California. All Rights Reserved.

Page 1 of 2

*Confidential*

GWCC000990

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## CALIFORNIA WORKERS COMPENSATION INSURANCE
## NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.  Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.  The policy was extended for 90 days or less and the required notice was given prior to the extension.

3.  You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.  You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.  We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    A.  If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    B.  For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

PN 04 99 02 B

Copyright 2002 by the Workers' Compensation Insurance
Rating Bureau of California. All Rights Reserved.

*Confidential*

GWCC000991

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## EXTENSION OF INFORMATION PAGE

**DATE ISSUED: OCTOBER 25 2018**

**POLICY NO: WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*

**1100 West 29th Street, So. Sioux City, NE 68776**

| Named Insured | Effective Date |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

### SCHEDULE OF FORMS
Item 3D

| Form Numbers | | | | Applicable States |
|---|---|---|---|---|
| HO 00 98 09 08 | HO 01 07 09 15 | HO 01 22 09 08 | HO 01 30 09 08 | HO 01 68 09 08 |
| HO 01 87 03 08 | PN 04 99 01 F | PN 04 99 02 B | WC 00 00 00 C | WC 00 00 01 A |
| WC 00 02 08 89 | WC 00 04 21 D | WC 00 04 22 B | WC 00 04 25 | WC 00 06 09 10 |
| WC 00 08 08 89 | WC 00 09 09 10 | WC 04 00 04 | WC 04 03 01 D | WC 04 04 21 |
| WC 04 06 01 A | WC 60 41 08 09 | | | |

WC 04 00 04

Copyright 1998 by the Workers' Compensation Insurance
Rating Bureau of California. All Rights Reserved.

Page 1 of 1

*Confidential*

GWCC000992

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC000993

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# IMPORTANT NOTICE TO POLICYHOLDER

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

#### WORKERS COMPENSATION DISCLOSURE NOTICE

**1.   Notice Of Change In Rate By Classification**

If you desire information whenever there is a change in your workers compensation insurance rate by classification, you must request such information from your insurer.  This request for information must be in writing.

**2.   Notice Of Policyholder's Right To Appeal Classification**

Your insurers can charge and collect any additional amount of money not included in the initial premium charged as a result of job misclassification.

If you have any questions regarding the employee classification assigned to calculate your workers compensation insurance premium, you need to direct your questions to your insurer or the insurer's authorized representative within thirty (30) days after the anniversary date of the policy or the date of receipt by you of notice of a change in job classification.  Your insurer or the insurer's authorized representative must explain to you why a particular employee classification was used to eliminate any possible confusions within thirty (30) days after receipt of your request for information.

If you disagree with your insurer or the insurer's authorized representative on the employee classification assignment, you may appeal to the Workers Compensation Classification Appeal Board by filing written notice with said board within thirty (30) days after you have exhausted all appeal review procedures provided by the

insurer.  Your request should be sent to the Secretary of the Colorado Workers Compensation Classification Appeals Board, %National Council on Compensation Insurance, INC. (NCCI), 7220 West Jefferson Avenue, Suite 310, Lakewood, CO 80235.  Written instructions for your appearance before the Colorado Workers Compensation Classification Appeals Board will be furnished by the Secretary of the board.  The board will render a decision as to whether a misclassification has occurred.

A decision by the board is final and not subject to appeal unless you, the insurer or Pinnacol Assurance provides written notice of appeal within thirty (30) days after the board's decision to the office of the Commissioner of Insurance, 1560 Broadway, Suite 850, Denver, CO 80202. The Commissioner shall review any decision of the board properly appealed.

**3.   Notice Of Availability Of Medical Case Management Services**

Medical Case Management Services are available.  Please contact Great West Casualty Company at 1-800-228-8602 for more information.

WC 05 01 09 10

Page 1 of 1

*Confidential*

GWCC000994

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COLORADO CANCELLATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies only to the insurance provided by the policy because Colorado is shown in Item 3.A. of the Information Page.

The cancellation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect if we cancel for the following reasons:

   **a.** Nonpayment of premium; or

   **b.** Fraud or material misrepresentation.

If we cancel for any other reason, we will mail or deliver to you not less than 30 days advance written notice stating when the cancellation is to take effect.

Mailing the notice to you at your mailing address shown in Item 1 of the Information Page by certified mail will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

WC 05 03 09 10

Page 1 of 1

*Confidential*

GWCC000996

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONNECTICUT APPLICATION OF
# WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in item 3.A. of the Information Page.

Section A, "How This Insurance Applies," of Part One, "Workers Compensation Insurance," is amended to read as follows:

This workers compensation insurance applies to injury by accident or injury by disease.   Injury includes resulting death.

**1)**   Injury by accident must occur during the policy period.

**2)**   Injury by disease must be caused or aggravated by exposure during the policy period to conditions of your employment.

WC 06 03 01       Copyright 1984 National Council on Compensation Insurance, Inc.  All Rights Reserved.       Page 1 of 1

*Confidential*                                                                                    GWCC000998

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**
　　　　　　　　　　　　　　**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONNECTICUT WORKERS COMPENSATION FUNDS ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)　6069**

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

The amount shown on the Information Page for the Connecticut workers compensation fund assessment is required of you under Section 31-345 of the Connecticut General Statutes. We will pay these assessments to the Connecticut State Treasurer. The purpose of the assessment is to finance the expenses of administering the workers compensation laws.

THE AMOUNT SHOWN ON THE INFORMATION PAGE FOR THE CONNECTICUT SECOND INJURY FUND SURCHARGE IS REQUIRED OF YOU UNDER CONNECTICUT REGULATIONS TO FINANCE THE CONNECTICUT SECOND INJURY FUND. WE WILL PAY THIS SURCHARGE TO THE CONNECTICUT STATE TREASURER.

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

*Confidential*　　　　　　　　　　　　GWCC001000

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONNECTICUT NONRENEWAL AND RENEWAL ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Connecticut is shown in Item 3.A. of the Information Page.

Part Six - Conditions, of the policy is revised by adding the following:

**F.  Nonrenewal**

We may elect not to renew the policy.  Unless otherwise provided by Connecticut General Statutes Annotated Section 38a-323, we will provide you at least 60 days' advance notice of our intention not to renew.  Advance notice will be provided to you by one of the following methods:

**1.**  Registered mail

**2.**  Certified mail

**3.**  Mail evidenced by a certificate of mailing

**4.**  Delivered to the named insured at the address shown in the policy

Mailing such notice to you at your address, shown in Item 1., of the Information Page, will be deemed sufficient notice under this section.

The notice of intent not to renew will state or be accompanied by a statement specifying the reason for such nonrenewal.

**G.  Renewal**

We may elect to renew the policy.  In accordance with Connecticut General Statutes Annotated Section 38a-323, we will provide you at least 60 days' advance notice of our intent to renew if, compared to this policy, the terms or conditions of the renewal policy include any reduction in coverage limits, coverage provisions added or revised that reduce coverage or increases in deductibles.

This conditional renewal notice will be provided to you by one of the following methods:

**1.**  Registered mail

**2.**  Certified mail

**3.**  Mail evidenced by a certificate of mailing

**4.**  Delivered to the named insured at the address shown in the policy

Mailing such notice to you at your address, shown in Item 1., of the Information Page, will be deemed sufficient notice under this section.

This conditional renewal notice will include or be accompanied by a statement clearly identifying any reduction in coverage limits, coverage provisions added or revised that reduce coverage or increases in deductibles, under the renewal policy.

WC 06 06 01 A   Copyright 2017 National Council on Compensation Insurance, Inc.  All Rights Reserved.   Page 1 of 1

*Confidential*

GWCC001002

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DELAWARE NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

We may elect not to renew the policy.  By certified mail we will mail to you, not less than 60 days advance written notice, when the nonrenewal will take effect.  Mailing that notice to you at your mailing address, shown in Item 1 of the Information Page, will be sufficient to prove notice.

WC 07 06 01          Copyright 1988 Delaware Compensation Rating Bureau, Inc.  All Rights Reserved.          Page 1 of 1

*Confidential*                                                              GWCC001004

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001005

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DISTRICT OF COLUMBIA CANCELLATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because District of Columbia is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**D.  Cancellation**

    **1.**  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancellation is to take effect.

**2.**  We may cancel this policy. We must mail or deliver to you and the Mayor not less than 30 days advance written notice stating when the cancellation is to take effect. Mailing this notice to you at your mailing address last known to us will be sufficient to prove notice.

**3.**  The policy period will end of the day and hour stated in the cancellation notice.

WC 08 06 01      Copyright 1984, 2005 National Council on Compensation Insurance. All Rights Reserved.      Page 1 of 1

*Confidential*

GWCC001006

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001007

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FLORIDA CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us. Cancellation will be effective on the date we send cancellation notice to you.

2. We may cancel this policy. Unless the reason for cancellation is nonpayment of premium, we will mail or deliver to you not less than 30 days advance written notice stating when the cancellation is to take effect. If we cancel for nonpayment of premium, we will mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. If this policy has been in effect for less than 90 days, we may cancel for any reason.

4. If this policy has been in effect for 90 days or more, we may cancel only for one or more of the following reasons:

   a. Material misstatement;

   b. Nonpayment of premium;

   c. Failure to comply with underwriting requirements that we establish, within 90 days of effective date of coverage;

   d. A substantial change in the risk covered by the policy has occurred, or

   e. We cancel for all insureds under such policies for a given class of insureds.

5. The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 45 days advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 09 01 09 10

Page 1 of 1

*Confidential*

GWCC001008

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001009

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law. By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality. We will limit use of the information to verifying compliance with the terms of the policy.

*Confidential*

GWCC001010

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

This endorsement adds the following provisions to Part Five § Premium, G. Audit, of the policy:

We are required to complete the premium audit process no later than 90 days after policy termination. If you fail to return voluntary audit requests or refuse to cooperate in completing a final physical audit, you must pay a premium to us not to exceed three times the most recent estimated annual premium on this policy subject to the following conditions:

1. We make two good faith efforts to obtain the voluntary audit report or complete the physical audit.

2. We document the audit file regarding the above attempts to obtain the required audit information.

3. After the two good faith attempts to obtain records, we send a letter by certified mail to you advising you of the specific records that are required and the premium that will be charged if you continue to refuse access to the records.

If you do not provide all of the specific records required and if we satisfy the conditions above on or before 90 days from the date of policy termination, we may continue to try and conduct the audit and/or re-open the audit for up to three years from the date of policy termination. Alternatively, we may immediately bill you for your final premium. If you provide all of the specific records required to complete the premium audit process within the three year period, we will determine your final premium in accordance with Part Five § Premium, E. Final Premium of the policy.

WC 09 04 07          Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

*Confidential*

GWCC001012

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1.  "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

2.  "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

    a.  The act is an act of terrorism.

    b.  The act is violent or dangerous to human life, property or infrastructure.

    c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    d.  The act has been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3.  "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

4.  "Insurer deductible" means, for the period beginning January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

### Limitation of Liability

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we may not be liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

*Confidential*

GWCC001014

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United State Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses the exceed our Insurer Deductible.

f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

**2.**  Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

**3.**  The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below:

**Schedule**

**Rate per $100 of Remuneration**

*Confidential*

GWCC001015

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA CANCELLATION, NONRENEWAL, AND CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
|  | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** |  |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Georgia is shown in Item 3.A. of the policy Information Page.

Part Six § Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D.   Cancellation, Nonrenewal, and Change**

1.   You may cancel this policy. You must mail or deliver advance notice to us in writing, or deliver advance notice orally or electronically, stating when the cancellation is to take effect. We may require that you provide written, electronic, or other recorded verification of the request before the cancellation takes effect. The cancellation is subject to the following:

   **a.**   If only your interest is affected, the effective date of cancellation will be the later of the date we receive notice from you or the date specified in the notice.

   **b.**   If by statute, regulation, or contract this policy may not be cancelled unless notice is given to a governmental agency or other third party, we will mail or deliver at least 10 days' notice to you and the third party as soon as practical after receiving your request for cancellation.

   Our notice will state the effective date of cancellation, which will be the later of the following:

   **(1)**   10 days from the date of mailing or delivering our notice, or

   **(2)**   The effective date of cancellation stated in your notice to us.

2.   We may cancel or nonrenew this policy. We must mail or deliver notice at least 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium. If this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium, or if we nonrenew this policy, we must send a notice of cancellation or nonrenewal by certified mail, return receipt requested, to you at your last address of record at least 75 days before the effective date of cancellation or nonrenewal.

3.   If we increase current policy premium by more than 15% (other than any increase in premium due to change in risk or exposure, including a change in experience rating modification or resulting from an audit of auditable coverages), we must deliver a notice of our action (including dollar amount of the increase in renewal premium more than 15%) to you, by first class mail, at your last address of record at least 45 days before the expiration date of this policy.

4.   If we reduce the policy coverage, we must provide you with written notice at least 45 days before the effective date of the reduction in coverage. The notice will be delivered to you in person or by first class mail to your last address of record. A reduction in coverage made by us includes elimination of coverage, a decrease in scope or less coverage, or the addition of an exclusion. Requests made by you to change, reduce, or eliminate coverage are not considered reductions in coverage.

WC 10 06 01 C        Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 2

*Confidential*

GWCC001016

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

5. If you fail to submit to, or allow an audit for, the current or most recently expired policy term, we may, after two documented efforts to notify you and your agent of potential cancellation, send via certified mail or statutory overnight delivery, return receipt requested, written notice to you at least 10 days before the effective date of cancellation in lieu of the number of days' notice otherwise required by state law. However, we must not mail a cancellation notice within 20 days of the first documented effort to notify you of potential cancellation.

6. The policy period will end on the day and hour stated in the cancellation notice except as provided for above.

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## IDAHO CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Idaho is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect if we cancel for the following reasons:

   a. Nonpayment of premium;

   b. Material misrepresentation by you;

   c. Substantial and unforeseen changes in the risk assumed; or

   d. Substantial breach of contractual duties, conditions or warranties.

   If we cancel for any other reason, we will mail or deliver to you not less than 60 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page by certified mail will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page by certified mail will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 11 01 09 10

Page 1 of 1

*Confidential*

GWCC001018

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001019



FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## POLICYHOLDER DISCLOSURE

## ILLINOIS WORKERS COMPENSATION COMMISSION OPERATIONS FUND SURCHARGE

Your policy has been surcharged as a result of the Illinois Workers Compensation Commission Operations Fund Surcharge effective June 20, 2003. The establishment of this Fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employer's liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01% of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

Please refer to the Schedule of Operations for the portion of your annual premium that is attributable to this surcharge.

HO 01 18 09 08

*Confidential*

GWCC001020

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001021

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |
| GREAT WEST CASUALTY COMPANY | Endorsement Number |

JOE MORTEN & SON INC (IL)   6069

**C.**  Change Part Two -- C. Exclusions 1. as follows:

This insurance does not cover

**1.**  liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act.  This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

WC 12 03 06 A      Copyright 2010 National Council on Compensation Insurance, Inc.  All Rights Reserved.      Page 1 of 1

*Confidential*

GWCC001022

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001023

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS AMENDATORY ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Two § Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five § Premium, Section G. (Audit) of the policy is replaced by the following:

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six § Conditions, Section A. (Inspection) of the policy is replaced by the following:

**A. Inspection**

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to

be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six § Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.

3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:

*Confidential*     GWCC001024

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

    **a.** At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;

    **b.** At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.

**4.** If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:

    **a.** Nonpayment of premium;

    **b.** The policy was issued because of a material misrepresentation;

    **c.** You violated any of the terms and conditions of the policy;

    **d.** The risk originally accepted has measurably increased;

    **e.** The Director has determined that we no longer have adequate reinsurance to meet our needs; or

    **f.** The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

**5.** Our notice of cancellation will state our reasons for cancelling.

**6.** The policy period will end on the day and hour stated in the cancellation notice.

Part Six § Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E.** **Sole Representative**

    The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

Part Six § Conditions of the policy is changed by adding the following:

**F.** **Nonrenewal**

**1.** We may elect not to renew the policy. If we fail to give at least 60 days notice prior to the expiration date of the current policy, the policy will automatically be extended for one year. We will mail to each named insured the nonrenewal notice at the last known mailing address. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.

**2.** Our notice of nonrenewal will state our reasons for not renewing.

**3.** If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

    **a.** You notify us or the producer who procured this policy that you do not want the policy renewed; or

    **b.** You fail to pay all premiums when due; or

    **c.** You obtain other insurance as a replacement of the policy.

*Confidential*

GWCC001025

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## INDIANA CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Indiana is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. If this policy has been in effect for 90 days or less we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

   b. 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

   b. 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

   c. 45 days before the effective date of cancellation if:

      (1) There has been a substantial change in the scale of risk covered by this policy;

      (2) Reinsurance of the risk associated with this policy has been cancelled; or

      (3) You have failed to comply with reasonable safety recommendations.

4. The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 45 days from the anniversary or expiration date of the policy, advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 13 01 09 10

**Page 1 of 1**

*Confidential*

GWCC001026

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## IOWA CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Iowa is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If the policy has been in effect for less than 60 days, we may cancel for any reason. If the policy has been in effect for 60 days or more, we may cancel for any one of these reasons:

   a. Non payment of premium;

   b. Misrepresentation or fraud;

   c. Action by you which substantially change or increase the risk insured;

   d. Determination by the commissioner that the continuation of the policy will jeopardize our insurers solvency or will constitute a violation of the law of this or any state;

   e. You have acted in a manner that you knew or should have known was in violation or breach of a policy or contract term or condition; or

   f. Loss of reinsurance and a determination by the commissioner that cancellation is justified.

We must mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. If we cancel for loss of reinsurance, we will mail or deliver not less than 30 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 45 days advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 14 01 09 10

Page 1 of 1

*Confidential*

GWCC001028

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KANSAS CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these two Conditions:

### Cancellation

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than 30 days advance written notice stating when the cancellation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3. If this policy has been in effect for 90 days or more, we may cancel only for one of the following reasons:

   a. nonpayment of premium;

   b. the policy was issued because of a material misrepresentation;

   c. you violated any of the material terms and conditions of the policy;

   d. there are unfavorable underwriting factors, specific to you, that were not present when the policy took effect;

   e. the Commissioner has determined that our continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or

   f. the Commissioner has determined that we no longer have adequate reinsurance to meet our needs.

4. Our notice of cancellation will state our reasons for cancelling.

5. The policy period will end on the day and hour stated in the cancellation notice.

### Nonrenewal

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 15 06 01 A        Copyright 1986 National Council on Compensation Insurance, Inc. All Right Reserved.        Page 1 of 1

*Confidential*

GWCC001030

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## KANSAS FINAL PREMIUM ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement changes how the final premium is determined. The change applies only to the premium charged because Kansas is shown in item 3.A. of the Information Page.

- Kansas final premium will not be less than the highest minimum premium for the classifications covered by this policy unless there are two or more classifications covered and the highest rated classification has less than $500 payroll.

- When this occurs, the final premium will not be less than one-half of the sum of the two highest minimum premiums for any classification covered by the policy other than Clerical Office and Salespersons.

- When the highest rated classification has less than $500 payroll and Standard Exception classifications are the only classifications showing payrolls, the final premium will not be less than the minimum premium for the classification showing the highest payroll.

- Final premium for a multiple state policy will be that of the state with the single highest minimum premium, even if that state is on an "if any" basis. If two or more states have the same highest minimum premium, the minimum premium is determined by the state with the largest amount of standard premium.

- Minimum premium is subject to final adjustment at audit and will be determined only on the basis of the classifications developing premium.

- If the final earned premium is less than the minimum premium determined at audit, then that final premium must be charged.

- If no classification develops premium, the final premium shall be a flat charge of $200.

---

WC 15 04 01 A        Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 1

*Confidential*

GWCC001032

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KENTUCKY NOTICE OF APPEAL RIGHTS ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

### NOTICE OF YOUR RIGHTS

If you believe that the rates or the rating system under this policy have been incorrectly or improperly applied, you may request a review of the manner in which the rate or rating system has been applied. You must make your request in writing to us or the National Council on Compensation Insurance, Inc. (NCCI). We or NCCI has thirty (30) days to grant or reject your request for a review and to notify you in writing whether your request has been granted or rejected. If your request is granted, we or NCCI shall conduct the review within ninety (90) days of receiving your request. If your request is rejected or if you are dissatisfied with the results of the review, you may appeal to the commissioner for further review. You must make your appeal within thirty (30) days of receipt of the rejection or of the results of your review. Your appeal is to be sent to:

Legal Division

Department of Insurance

P. O. Box 517

Frankfort, KY 40602

Your request for an appeal should include a statement of the facts and how the rates or rating system were incorrectly or improperly applied. Also, enclose copies of the results of the review and any other correspondence from us or NCCI. If your appeal shows good cause, the commissioner shall hold a hearing. The commissioner may, after the hearing, issue a final order affirming, modifying or reversing our or NCCI's action.

WC 16 06 02      Copyright 1999 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 1

*Confidential*

GWCC001034

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## KENTUCKY PART ONE WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL) 6069**

This endorsement modifies the insurance policy to which it is attached and applies to the insurance provided by this policy because Kentucky is shown in Item 3.A. of the Information Page.

F.3. of Part One, Workers Compensation Insurance of the policy is replaced by the following:

**F.   Payments You Must Make**

   **3.**   you fail to comply with a health or safety law or regulation; provided that, however, we are responsible for payment of any amounts in excess of the benefits regularly provided under the workers compensation law of this state if an accident is caused in any degree by the intentional failure of the employer to comply with any specific statute or lawful administrative regulation made thereunder, communicated to the employer and relative to the installation or maintenance of safety appliances or methods as provided in KRS 342.165(1); or

Except for any payments for which we are responsible as provided in Section F.3. above, if we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

WC 16 03 05        Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 1

*Confidential*

GWCC001036

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001037

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## KENTUCKY CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by the following:

**Cancellation**

1. You may cancel this policy. You will deliver or mail advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will deliver or mail to you not less than 75 days advance written notice stating when the cancellation is to take effect and our reason or reasons for cancellation. If we cancel for nonpayment of premium or within 60 days of the date of issuance of the policy, we will deliver or mail this notice not less than 14 days prior to the effective date of cancellation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. After coverage has been in effect more than 60 days or after the effective date of a renewal policy, we may not cancel the policy unless cancellation is based on one or more of the following reasons:

   a. nonpayment of premium;

   b. discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or presenting a claim under the policy;

   c. discovery of willful or reckless acts or omissions on your part increasing any hazard originally insured;

d. changes in conditions after the effective date of the policy or any renewal substantially increasing any hazard originally insured;

e. a violation of any local fire, health, safety, building, or construction regulation or ordinance at any of your covered workplaces substantially increasing any hazard originally insured;

f. our involuntary loss of reinsurance for the policy;

g. a determination by the commissioner that the continuation of the policy would place us in violation of Kentucky insurance laws.

**Nonrenewal**

1. We may elect not to renew the policy. We will deliver or mail to you not less than 75 days advance written notice stating our intention not to renew and our reason or reasons for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. If we fail to provide the notice of nonrenewal as required, the policy will be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium, and coverage will continue until you have accepted replacement coverage with another insurer, until you have agreed to the nonrenewal, or until the policy is cancelled.

WC 16 06 01      Copyright 1997 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 2

*Confidential*

GWCC001038

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

3. If we have delivered or mailed to you a renewal notice, bill, certificate, or policy not less than 30 days before the end of the current policy period clearly stating the amount and due date of the renewal premium charge, then the policy will terminate on the due date without further notice unless the renewal premium is received by us or our agent on or before the due date. If the policy terminates in this manner, we will deliver or mail to you within 15 days of termination at your mailing address shown in Item 1 of the Information Page a notice that the policy was not renewed and the date on which coverage ceased to exist. Proof of mailing of the renewal premium to us or our agent on or before the due date will constitute a presumption of receipt on or before the due date.

4. If we offer to renew the policy for a premium amount more the 25% greater than the premium amount for the current policy term for like coverage and like risks, we will deliver or mail to you and to your agent not less than 75 days advance written notice of the renewal premium amount. We may at our option, in order to comply with this requirement, extend the period of coverage of the current policy at the expiring premium.

*Confidential*

GWCC001039

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA COST CONTAINMENT ACT ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A. of the Information Page.

You may be eligible for a two (2) percent reduction in your premium if you attend a cost containment meeting conducted by the Occupational, Safety and Health Administration (OSHA) Section of the Office of Workers Compensation Administration. In order for you to receive the reduction, you must submit to us a certificate of attendance from the OSHA Section. The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date you attended the cost containment meeting.

You may also be eligible for an additional five (5) percent reduction in your premium if you have attended a cost containment meeting and have subsequently satisfactorily implemented an occupational safety and health program prescribed by the OSHA Section. In order for you to receive the reduction, you must submit to us a Certificate of Satisfactory Implementation of Occupational, Safety and Health Program from the OSHA Section. The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date of your certification.

*Confidential*                                                                    GWCC001040

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA DUTY TO DEFEND ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A. of the Information Page.

The duty to defend provision of the policy is replaced by this provision.

Part Two § Employer's Liability

**D.   We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance.  We have the right to investigate and settle these claims, proceedings and suits.

Our duty to defend ends when the limit of liability has been exhausted by the payment of a judgement or settlement.

WC 17 03 03        Copyright 2000 National Council on Compensation Insurance, Inc.  All Rights Reserved.        Page 1 of 1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001043

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Louisiana is shown in Item 3.A. of the Information Page.

Part Two § Employers Liability Insurance, Section I. (Actions Against Us) of the policy is replaced by the following:

**I.   Actions Against Us**

You may not bring an action against us under this insurance unless:

1.   You have complied with all the terms of this policy; and

2.   The amount you owe has been determined with our consent or by actual trial and final judgment.

The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

Part Five § Premium, Section E. (Final Premium) of the policy is replaced by the following:

**E.   Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way, unless our manuals provide otherwise:

1.   If we cancel, final premium will be calculated pro rata based on the time that this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2.   If you cancel, final premium will be calculated using one of the following methods as listed in the Schedule of this endorsement:

a.   Pro rata based on the time that this policy was in force. Final premium will not be less than the pro rata share of the minimum premium, or

b.   More than pro rata; it will be based on the time that this policy was in force, and increased by our short-rate cancellation procedure that has been filed with and approved by the commissioner. Final premium will not be less than the minimum premium.

Part Five § Premium, Section G. (Audit) of the policy is revised by adding the following:

**G.   Audit**

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge equal to a maximum of up to two times the estimated annual premium. The method for determining the Audit Noncompliance Charge, and the maximum dollar amount, is shown in the Schedule of this endorsement.

WC 17 06 01 J        Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 3

*Confidential*

GWCC001044

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part Five § Premium, Section E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

Part Six § Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation**

1. If coverage has not been in effect for 60 days and the policy is not a renewal, cancellation will be effected by mailing or delivering a written or electronic (in accordance with the Louisiana Uniform Electronic Transactions Act) notice to you at the mailing address shown on the policy or your last address of record at least 60 days before the cancellation effective date, except in cases where cancellation is based on nonpayment of premium. Notice of cancellation based on nonpayment of premium will be mailed or delivered at least 10 days before the effective date of cancellation. After coverage has been in effect for more than 60 days or after the effective date of a renewal policy, we will not cancel the policy unless the cancellation is based on at least one of the following reasons:

    a. Nonpayment of premium

    b. Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy

    c. Activities or omissions on your part that change or increase any hazard insured against, including a failure to comply with loss control recommendations

    d. Change in the risk that increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decision

    e. Determination by the commissioner of insurance that continuing the policy would jeopardize your solvency or would place us in violation of the insurance laws of this state or any other state

    f. Violation or breach by the insured of any policy terms or conditions

    g. Such other reasons that are approved by the commissioner of insurance

2. The insurer is required to provide notification of cancellation as follows:

    a. A notice of cancellation of insurance coverage by us will be in writing or by electronic means and will be mailed or delivered to you at the mailing address shown on the policy or your last address of record. Notices of cancellation based on conditions 1.b. through 1.g. of Section D-1 will be mailed or delivered at least 30 days before the effective date of the cancellation; notices of cancellations based on condition 1.a. of Section D-1 will be mailed or delivered at least 10 days before the effective date of cancellation. The notice will state the effective date of the cancellation.

    b. We will provide you with a written or electronic statement specifying the reason for the cancellation when you request such a statement in writing. Your written or electronic request must state that you hold us harmless from liability for any communication:

        (1) Giving notice of or specifying the reasons for a cancellation, or

        (2) For any statement made in connection with an attempt to discover or verify the existence of conditions that would be a reason for cancellation under this endorsement

3. We will provide a notice of cancellation or a statement of reasons for cancellation where cancellation for nonpayment of premium is effected by a premium finance company or other entity pursuant to a power of attorney or other agreement executed by or on behalf of you.

4. We may decide not to renew your policy. If we decide not to renew your policy, we will mail or deliver written or electronic notice to you at the mailing address shown on the policy or your last address of record. Such notice of nonrenewal will be mailed or delivered at least 60 days before the policy expiration date. Such notice to you will include your loss-run information for the period the policy has been in force within, but not to exceed, the last three years of coverage. If the notice is mailed or delivered less than 60 days before expiration,

*Confidential*

GWCC001045

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

coverage will remain in effect under the same terms and conditions until 60 days after notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the policy expiration date will be considered pro rata based on the previous year's rate. For purposes of this endorsement, the transfer of a policyholder between companies within the same insurance group will not be a refusal to renew. In addition, changes in the deductible, changes in rate, changes in the amount of insurance, or reductions in policy limits or coverage will not be refusals to renew.

5. Notice of nonrenewal will not be required if we or a company within the same insurance group has offered to issue a renewal policy, or where you have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

6. If we provide the notice described in paragraph 4 above and thereafter we extend the policy for 90 days or less, an additional notice of nonrenewal is not required with respect to the extension.

7. We must mail or deliver to you at the mailing address shown on the policy or your last address of record, written or electronic notice of any rate increase, change in deductible, or reduction in limits or coverage at least 30 days before the expiration date of the policy. If we fail to provide such 30-day notice, the coverage provided to you at the expiring policy's rate, terms, and conditions will remain in effect until notice is given or until the effective date of replacement coverage obtained by you, whichever occurs first. For the purposes of this paragraph, notice is considered given 30 days following the date

of mailing or delivery of the notice. If you elect not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the current or previous year's rate. If you accept the renewal, the premium increase, if any, and other changes will be effective the day following the prior policy's expiration date.

8. Paragraph 7 does not apply to changes:

    **a.** In a rate or plan filed with the commissioner of insurance and applicable to an entire class of business

    **b.** Based on the altered nature or extent of the risk insured

    **c.** In policy forms filed and approved with the commissioner and applicable to an entire class of business

    **d.** Requested by the insured

9. Proof of mailing or delivery of notice of cancellation, or of nonrenewal, or of premium or coverage changes, to the named insured at the mailing address shown in the policy or the last address of record, will be sufficient proof of notice.

Part Six § Conditions of the policy is revised by adding the following provision:

**F.** **Your Right to Remove Agent**

    We will not change or remove the agent of record who wrote this policy before the termination or renewal of this policy unless you request the change or removal. If you request the change or removal of the agent, we will notify the agent in writing 10 calendar days before the change or removal.

## SCHEDULE

1. If you cancel, final premium for this policy will be calculated:

    __**X**__ pro rata, or    _____ more than pro rata

2. **Basis of Audit Noncompliance Charge**      **ESTIMATED ANNUAL PREMIUM**

    **Maximum Audit Noncompliance Charge Multiplier**      **UP TO TWO TIMES**

    **Maximum Audit Noncompliance Charge $ Amount**      **$**▮▮▮▮▮

*Confidential*      **GWCC001046**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MAINE CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

**Cancellation**

1.  You may cancel this policy.  You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy.  We must mail or deliver to you and to the Workers Compensation Board not less than 30 days advance written notice stating when the cancellation is to take effect.  Mailing notice to you at your last known address will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancellation notice.  If you have obtained a workers compensation and employers liability insurance policy from another insurance company, or have otherwise secured your obligation to provide compensation, and such insurance or other security becomes effective prior to the expiration of the notice period, the policy period will end on the effective date of such other insurance or security.

4.  If this policy has been renewed or has been in effect for 60 days or more, we may cancel only for one of the following reasons:

    a.  Nonpayment of premium;

    b.  Fraud or a material misrepresentation was made in obtaining the policy, continuing the policy or presenting a claim under the policy;

    c.  The risk accepted when the policy was issued has substantially increased;

    d.  Your failure to comply with reasonable loss control recommendations;

    e.  A substantial breach of contractual duties, conditions or warranties under the policy;

    f.  The Superintendent has determined that continuation of the policy could jeopardize our solvency or place us in violation of the law.

**Nonrenewal**

We may elect not to renew the policy.  We will mail or deliver to you not less than 30 days advance written notice.  A post office certificate of mailing to you at your last known address will be conclusive proof of receipt of that notice on the third calendar day after mailing.

*Confidential*

GWCC001048

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001049

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MAINE NOTICE OF FILING OF FIRST REPORTS OF INJURY WITHIN SEVEN DAYS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by this policy because Maine is shown in Item 3.A. of the Information Page.

Employer's First Report of Occupational Injury or Disease, form WCB-1, required to be filed for injuries arising out of and in the course of an employee's employment that has caused the employee to lose a day's work shall be reported to and received by the Workers' Compensation Board within seven (7) days after the employer receives notice or knowledge of the injury, as provided by 39-A M.R.S.A. sec. 303. First Reports of Injury can be mailed, electronically submitted, or faxed to the Workers' Compensation Board at 207-287-5895.

Contact us immediately if an injury occurs that may be required to be reported to the Workers' Compensation Board.

*Confidential*

GWCC001050

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001051

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                  **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MAINE FINAL PREMIUM AUDIT ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Part Five (Premium), Condition E, Final Premium, and Condition G, Audit, are changed by adding these conditions:

**E. Final Premium**

We are required by Maine regulation to complete our final premium audit not later than 120 days after the policy period ends.

If we are unable to examine and audit your records because of your failure to cooperate, we will mail advance written notice to you stating the reasons for our inability to establish the final premium. Your final premium will be established no later than 120 days from the time we are able to complete the examination and audit of your records.

If we have not established the final premium within the 120-day time limitation, we may not bill or collect any additional premium that exceeds the latest billed annual premium.

**G. Audit**

You may request a final premium audit to determine whether you are entitled to a refund, if we have not established the final premium within the 120-day time limit. You will mail or deliver written notice to us requesting the audit.

WC 18 06 04       Copyright 1991 National Council on Compensation Insurance, Inc. All Rights Reserved.       Page 1 of 1

*Confidential*                                                              GWCC001052

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MAINE INSPECTION IMMUNITY ENDORSEMENT
# (TITLE 14 MAINE REVISED STATUTES ANNOTATED SECTION 167)

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

#### THE FOLLOWING LIMITS OUR LIABILITY

We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.

This exemption from liability does not apply:

**A.**  If the injury, loss or death occurred during the actual performance of inspection services and was proximately caused by our negligence or by the negligence of our agents, employees or service contractors.

**B.**  To any inspection services required to be performed under the provisions of a written service contract or defined loss prevention program;

**C.**  In any action against us, our agents, employees, or service contractors for damages proximately caused by our acts or omissions which are determined to constitute a crime, actual malice or gross negligence; or

**D.**  If we fail to provide this written notice to the insured whenever a policy is issued or when new policy forms are issued upon renewal.

*Confidential*                                                                                    GWCC001054

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001055

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MAINE SUPPLEMENTAL BENEFITS FUND ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Title 39-A of Maine Revised Statute Annotated, sections 355A through section 356 establishes the Maine Supplemental Benefits Fund to reimburse insurers and self-insurers for their payments of compensation to employees made pursuant to 39-A M.R.S.A. § 213(3),(4).

We are authorized pursuant to 39-A M.R.S.A. § 356 to collect a surcharge from you to pay the assessments required pursuant to 39-A M.R.S.A. § 154(3). Your surcharge will be calculated in accordance with 39-A M.R.S.A. § 154(3)(B-1).

### Schedule

Surcharge:   **0.0**

WC 18 06 07 A    Copyright 2009 National Council on Compensation Insurance, inc. All Rights Reserved.    Page 1 of 1

*Confidential*

GWCC001056

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**　　　　　　　　**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MARYLAND CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)　6069**

This endorsement applies because Maryland is shown in Item 3.A. of the Information Page.

Part Six § Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D.　Cancellation and Nonrenewal**

　1.　You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

　2.　We may cancel or nonrenew this policy as follows:

　　a.　If the policy is cancelled for nonpayment of premium, we will file with the Maryland Workers Compensation Commission's designee, and serve you by certificate of mailing, not less than 10 days advance written notice stating when the cancellation will take effect.

　　b.　If the policy is cancelled for reasons other than nonpayment of premium or if the policy is nonrenewed, we will file with the Maryland Workers Compensation Commission's designee, and serve by certified mail or personal service to you, not less than 45 days advance written notice stating when the cancellation or nonrenewal will take effect.

　　Mailing this notice by certified mail to you at your mailing address last known to us creates a presumption of actual delivery of notice. You may be able to rebut this presumption by providing evidence that the notice was not delivered.

　3.　The effective dates of the cancellation or nonrenewal are determined as follows:

　　a.　Except for cancellation for nonpayment of premium, the policy period will end on the day and hour stated in the cancellation or nonrenewal notice, or 45 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

　　b.　For cancellation for nonpayment of premium, the policy period will end on the day and hour stated in the cancellation notice, or 10 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

　4.　The provisions in D-2 and D-3 do not apply to the cancellation of a policy or binder during the 45-day underwriting period in accordance with Section 12-106 of Maryland Code, Insurance. Refer to Section 12-106 of Maryland Code, Insurance for the cancellation provisions that apply during the 45-day underwriting period.

*Confidential*　　　　　　　　GWCC001058

FILED DATE: 9/6/2023 1:54 PM　2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MARYLAND NOTIFICATION OF 45-DAY UNDERWRITING PERIOD ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Maryland is shown in Item 3.A. of the Information Page.

1. Your policy is subject to a 45-day underwriting period beginning on the effective date of coverage. In accordance with Md. Code Ann. Ins. §12-106, if we discover a material risk factor during the underwriting period, we may:

   a. Cancel this policy during the underwriting period if you do not meet our underwriting standards; or

   b. Recalculate your premium from the effective date of the policy if you meet our underwriting standards.

   A material risk factor means a risk factor that:

   - Was incorrectly recorded or not disclosed by the insured in an application for insurance;

   - Was in existence on the date of the application; and

   - Modifies estimated annual premium charged on the policy in accordance with the rates and supplementary rating information filed by the carrier

   A material risk factor does not include:

   - Information that constitutes a material misrepresentation; or

   - A change initiated by an insured, including any request by the insured that results in a change in coverage, change in deductible, or other change to a policy.

2. If we recalculate your premium because we discovered a material risk factor during the underwriting period, we will provide to you, by certificate of mailing or by delivery of electronic means in accordance with Md. Code Ann. Ins. §27-601.2, written notice of the following information by no later than the end of the underwriting period:

   a. The amount of the recalculated premium;

   b. The reason for the increase or reduction in the premium; and

   c. Your right to cancel this policy and receive a pro rata refund of any premium paid by notifying us of the cancellation.

3. If you cancel this policy following receipt of a notice of recalculated premium, you will receive a pro rata refund of any premium paid, regardless of whether your policy is a retrospectively rated policy.

4. Nothing in this endorsement prohibits us from conducting an audit in accordance with the provisions of your policy or charging and collecting the final premium based on the results of the audit.

5. This endorsement does not apply if your policy is a renewal policy.

*Confidential*

GWCC001060

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001061

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MICHIGAN CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you and the Bureau of Workers' Disability Compensation not less than 20 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 20 days advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 21 01 09 10

**Page 1 of 1**

*Confidential*

GWCC001062

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MICHIGAN NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Michigan is shown in item 3.A. of the Information Page.

1. **Rates and Premium**

   The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact us or your agent.

   You may obtain pertinent rating information by submitting a written request to us at our address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

   You may also submit a written request for a review of the method by which your rates and premiums were determined. If you are not satisfied with the results of the review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2. **Payroll Audits**

   You may request a payroll audit once each calendar year. Your request must be in writing, sent to our address shown in this endorsement. You must state that you believe your payroll expenditures have changed by 20% or more,

and you must state the reasons for that belief. We will complete the audit within 120 days of receipt of your request if you provide us with all information we need to perform the audit.

3. **Reserves or Redemption**

   You may request reserve and redemption information that relates to the premium for this policy. Your request must be in writing sent to our address shown in this endorsement. We will provide you with that information within thirty (30) days of receipt of your request.

   If you believe that the policy premiums are excessive because we set unreasonable reserves or because of the unreasonable redemption of a claim, you may request a meeting with our management representative. Your request must be in writing sent to our address shown in this endorsement. If you are not satisfied with the results of the meeting, you may appeal to the Insurance Commissioner at the address shown in this endorsement.

Addresses

Commissioner of Insurance
Michigan Insurance Bureau
P. O. Box 30220
Lansing, MI 48909

Company Address:
Great West Casualty Company
1100 West 29th Street
South Sioux City, NE 68776

WC 21 03 03 A   Copyright 1997 National Council on Compensation Insurance, Inc. All Rights Reserved.   Page 1 of 1

*Confidential*

GWCC001064

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001065

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MICHIGAN LAW ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Michigan is shown in item 3.A. of the Information Page.

Michigan law requires that we attach this paragraph to your policy in the language specified by the statute. To help you understand the paragraph, the following definitions are added:

**(1)** We are "the insurer issuing this policy"

**(2)** You are "the insured employer"

**(3)** "Michigan workmen's compensation act" means the Workers' Disability Compensation Act of 1969

**(4)** "Workmen's compensation" means workers' compensation

**(5)** "The bureau of workmen's compensation" means the Bureau of Workers' Disability Compensation

"Notwithstanding any language elsewhere contained in this contract or policy of insurance, the accident fund of the insurer issuing this policy hereby contracts and agrees with the insured employer:

**Compensation**

**(a)** That it will pay to the persons that may become entitled thereto all workmen's compensation for which the insured employer may become liable under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Medical services:**

**(b)** That it will furnish or cause to be furnished to all employees of the employer all reasonable medical, surgical, and hospital services and medicines when they are needed which the employer may be obligated to furnish or cause to be furnished to his employees under the provisions of the Michigan workmen's compensation act and that it will pay to the persons entitled thereto for all such services and medicines when they are needed for all compensable injuries or compensable occupational disease happening to his employees during the life of this contract or policy;

**Rehabilitation services:**

**(c)** That it will furnish or cause to be furnished such rehabilitation services for which the insured employer may become liable to furnish or cause to be furnished under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational disease happening to his employees during the life of this contract or policy;

**Funeral expenses:**

**(d)** That it will pay or cause to be paid the reasonable expense of the last sickness and burial of all employees whose deaths are caused by compensable injuries or compensable occupational diseases happening during the life of this contract or policy and arising out of and in the course of their employment with the employer, which the employer may be obligated to pay under the provisions of the Michigan workmen's compensation act;

WC 21 03 04      Copyright 1984 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 2

*Confidential*

GWCC001066

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**Scope of contract:**

(e)   That this insurance contract or policy shall for all purposes be held and deemed to cover all the businesses the said employer is engaged in at the time of the issuance of this contract or policy and all other businesses, if any, the employer may engage in during the life thereof, and all employees the employer may employ in any of his businesses during the period covered by this policy;

**Obligations assumed:**

(f)   That it hereby assumes all obligations imposed upon the employer by his acceptance of the Michigan workmen's compensation act, as far as the payment of compensation, death benefits, medical, surgical, hospital care or medicine and rehabilitation services is concerned;

**Termination notice:**

(g)   That it will file with the bureau of workmen's compensation at Lansing, Michigan, at least 20 days before the taking effect of any termination or cancellation of this contract or policy, a notice giving the date at which it is proposed to terminate or cancel this contract or policy; and that any termination of this policy shall not be effective as far as the employees of the insured employer are concerned until 20 days after notice of proposed termination or cancellation is received by the bureau of workmen's compensation.

**Conflicting provisions:**

(h)   That all the provisions of this contract, if any, which are not in harmony with this paragraph are to be construed as modified hereby, and all conditions and limitations in the policy, if any, conflicting herewith are hereby made null and void."

*Confidential*

GWCC001067

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINNESOTA AMENDATORY ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the Information Page.

### PART TWO – EMPLOYERS LIABILITY INSURANCE

**E.   We Will Also Pay** is amended to read:

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1.   Reasonable expenses incurred at our request, but not loss of earnings;

2.   Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3.   Litigation costs taxed against you;

4.   Your share of pre- or post-judgment interest assuming that the principal amount of that judgment is within the applicable policy limits under this insurance; and

5.   Expenses we incur.

**H.   Recovery From Others** is amended to read:

Our ability to exercise your rights to recover our payment from anyone liable for an injury covered by this insurance does not apply if that other person is insured for the same loss by us.  This limitation applies only if the loss was caused by the non-intentional acts of the person against whom subrogation is sought.

### PART FIVE – PREMIUM

**G.   Audit** is amended to read:

You will let us examine and audit all your records that relate to this policy.  These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.

We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends, except as it pertains to Part Two § Employer's Liability Insurance which shall be one year.  Information developed by audit will be used to determine final premium.  Insurance rate service organizations have the same rights we have under this provision.

### DEFINITIONS

As used in this policy, "rate service organization" shall mean the Minnesota Workers' Compensation Insurers Association, Inc.

*Confidential*

GWCC001068

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINNESOTA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the information page.

**Cancellation of a New Policy**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving you notice at least 60 days before the effective date of cancellation.

**Cancellation of Other Policies**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel **for one or more** of the following reasons:

(1) Nonpayment of premium;

(2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

(3) An act or omission by you that substantially increases or changes the risk insured;

(4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

(5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing this policy;

(6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise you that you have 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

(7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

(8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to your obtaining or continuing this policy. This item shall not apply to persons who are retired at 62 years of age or older or who are disabled according to Social Security standards.

If we cancel your policy for any of the reasons listed in (2) through (8), we will give notice at least 60 days before the effective date of cancellation.

---

WC 22 06 01 D        Copyright 2006 Minnesota Workers' Compensation Insurers Association, Inc.        Page 1 of 2

*Confidential*

GWCC001070

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**Notice of Cancellation**

Any notice of cancellation under this endorsement shall be in writing and shall be sent by first class mail or delivered to you and any agent, to the last mailing addresses known to us. A cancellation notice for nonpayment of premium must be sent at least 30 days before the actual date of cancellation and shall state the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation in the notice. A cancellation notice for some other reason shall state the specific reason for cancellation and shall state the effective date of cancellation. The policy will end on that date.

**Refunds Due You**

If this policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**Nonrenewal of Your Policy**

Any notice of nonrenewal shall be in writing and shall be sent by first class mail, or delivered to you and any agent, to the last mailing addresses known to us, at least 60 days before the expiration date.

We need not mail or deliver this nonrenewal notice if you have:

1. Insured elsewhere;

2. Accepted replacement coverage; or

3. Requested or agreed not to renew this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

*Confidential*

GWCC001071

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MISSISSIPPI CANCELLATION, NONRENEWAL, AND RENEWAL ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Mississippi is shown in Item 3.A. of the Information Page.

Part Six - Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D.   Cancellation and Nonrenewal**

1.   You may cancel this policy on the day you either:

   **a.**   Return the policy to the agent

   **b.**   Sign and deliver a lost policy release to your agent

   If you cancel this policy before it becomes effective, you may submit written notice of cancellation to us or your agent without returning the policy or signing a lost policy release.

2.   We may cancel or nonrenew this policy. We will provide you and the Mississippi Workers' Compensation Commission (Commission) with at least 30 days' advance written notice stating when the cancellation or nonrenewal is to take effect. If you obtain other insurance coverage, the date of cancellation will be the effective date of the other coverage. We will provide cancellation and nonrenewal notice to:

   **a.**   You personally or by registered or certified mail

   **b.**   The Commission in the manner and on the form specified by the Commission

3.   The provisions in D-2 do not apply to the cancellation and nonrenewal of this policy when we issue a replacement policy providing the same or substantially similar coverage or when we transfer you to a licensed affiliate carrier providing the same or substantially similar coverage in a replacement policy. Provisions detailed in Part Six, Section F-2 apply.

4.   The policy period will end on the day and hour stated in the cancellation notice.

Add the following to Part Six - Conditions of the policy:

**F.   Renewal**

1.   We may elect to renew the policy. If we issue a renewal policy with the same or substantially similar coverage, we will notify you at least 30 days before the renewal policy's effective date, in writing, of any terms or conditions that are less favorable to you.

2.   We may elect to transfer this policy to a licensed affiliate carrier. The notification requirements for transferring this policy to a licensed affiliate carrier and for that carrier's issuance of a renewal policy are as follows:

   **a.**   At least 45 days before notifying you of the transfer, we must notify the Mississippi Insurance Department and the Commission of the transfer. The

WC 23 06 01         Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.         Page 1 of 2

*Confidential*

GWCC001072

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

notice will include our name (as the carrier transferring the policy) and the name and financial rating of the carrier receiving the transferred policy.

b.   We must notify you, in writing, of the transfer at least 30 days before the policy term expires. This notice will be provided with the notice of renewal premium that we are required to send to you. This notice will include the financial rating of the carrier receiving the transferred policy.

c.   If we transfer this policy to a licensed affiliate carrier to provide the same or substantially similar coverage, that carrier will notify you at least 30 days before the renewal policy's effective date, in writing, of any terms or conditions that are less favorable to you.

3.   The notices will be mailed or delivered to you personally.

4.   If a replacement policy is issued, the application and any related documents you signed for the initial policy apply and remain valid and enforceable.

*Confidential*                                                                    GWCC001073

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MISSOURI CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Missouri is shown in item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by the following:

**CANCELLATION**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will mail or deliver to you not less than 60 days advance written notice stating when the cancellation is to take effect and our reason for cancellation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The 60-day notice requirement does not apply where cancellation is based on one or more of the following reasons:

   a. nonpayment of premium;

   b. fraud or material misrepresentation affecting the policy or in the presentation of a claim under the policy;

   c. a violation of policy terms;

   d. changes in conditions after the effective date of the policy materially increasing the hazards originally insured;

   e. our insolvency;

   f. our involuntary loss of reinsurance for the policy.

4. The policy period will end on the day and hour stated in the cancellation notice.

**NONRENEWAL**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice stating when the nonrenewal will take effect and our reason for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice.

2. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a. we show you our willingness to renew the policy, but you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

   b. you fail to pay all premiums when due; or

   c. you obtain other insurance as a replacement of the policy.

WC 24 06 01 B    Copyright 1995 National Council on Compensation Insurance, Inc. All Rights Reserved.    Page 1 of 1

*Confidential*

GWCC001074

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MISSOURI DEDUCTIBLE OPTION NOTICE

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

NOTICE:   THIS WORKERS' COMPENSATION POLICY CONTAINS A DEDUCTIBLE OPTION, UNDER WHICH YOU, THE EMPLOYER, ARE REQUIRED TO REIMBURSE CERTAIN LOSSES.  PLEASE READ THIS POLICY CAREFULLY AND UNDERSTAND ITS CONDITIONS THOROUGHLY PRIOR TO PURCHASING COVERAGE.

WC 24 06 09 10

**Page 1 of 1**

*Confidential*

GWCC001076

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001077

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MISSOURI PROPERTY AND CASUALTY GUARANTY
## ASSOCIATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Missouri Property and Casualty Insurance Guaranty Association Coverage Limits:

1.  Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (Association), the Association will pay claims covered under the Act if we become insolvent.

2.  The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitation applies subject to all other provisions of the Act:

    a.  Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes an insolvent insurer; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

    b.  However, the association will not:

    (1) Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

    (2) Return to an insured any unearned premium in excess of $25,000.

    These limitations have no effect on the coverage we will provide under this policy.

---

WC 24 06 02 B    Copyright 2006 National Council on Compensation Insurance, Inc.  All Rights Reserved.    Page 1 of 1

*Confidential*

GWCC001078

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001079

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MISSOURI EMPLOYER-PAID MEDICAL ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Missouri is shown in Item 3.A. of the Information Page.

As a Missouri employer, you have the right, as provided by Section 287.957 of the Revised Statutes of Missouri, to have medical-only claims that do not exceed 20% of the current primary and excess loss split point amount, as shown in the Schedule below, excluded from your experience rating modification calculation.  This will only be allowed when you pay all of the employee's medical costs; there is no lost time from the employment, other than the first three days or less of disability; and no claim is filed.  The current primary and excess loss split point amount is provided in the rating values of NCCI's *Experience Rating Plan Manual*.  **You still must report all injuries, regardless of the dollar amount, to the Division of Workers' Compensation and to us.**

However, it should be noted that if, at any time, the medical expenses that are paid out of pocket due to a particular injury ever exceed 20% of the current primary and excess loss split point amount and/or the employee misses more than three days from work due to the injury, then this injury must be reported to us as a claim.  We will pay the full amount of the claim, which includes any reimbursements due to you for past medical expenses incurred by you for this particular claim.  As a result, the total amount of losses incurred by us due to this claim will be included in your experience rating modification calculation.

### Schedule

**20% of the Current Primary and Excess Loss Split Point Amount**                **$3,300**

*Confidential*

GWCC001080

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

DATE ISSUED: OCTOBER 25 2018

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI NOTIFICATION OF
# ADDITIONAL MESOTHELIOMA BENEFITS ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Section 287.200.4, subdivision (3), of the Missouri Revised Statutes provides additional benefits in the case of occupational diseases due to toxic exposure that are diagnosed to be mesothelioma and result in permanent total disability or death. Your policy provides insurance for these additional benefits.

If you reject liability for mesothelioma additional benefits provided under Section 287.200.4, subdivision (3), of the Missouri Revised Statutes, you must notify us of this election. Once you notify us, we will endorse this policy to exclude insurance for these additional benefits. If you reject liability for mesothelioma additional benefits, the exclusive remedy provisions under Missouri Revised Statutes Section 287.120 shall not apply to your liability for mesothelioma additional benefits.

*Confidential*

GWCC001082

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MISSOURI AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Missouri is shown in Item 3.A. of the Information Page.

Part Five § Premium, Section G. (Audit) of the policy is replaced by the following:

**G.  Audit**

You will let us examine and audit all your records that relate to this policy during regular business hours during and after the policy period ends. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.   Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Audits shall be completed, billed, and premiums returned within 120 days of policy expiration or cancellation.   This standard of 120 days shall not be applicable if:

1.   A delay is caused by your failure to respond to reasonable audit requests provided that the requests are timely and adequately documented; or

2.   A delay is by the mutual agreement of you and us provided that the agreement is adequately documented.

If you or we have any objection to the results of any audit, you or we shall have up to three years from the date of expiration or cancellation of this policy in which to send a written notice demanding a reconsideration of the audit.  The written notice shall be based upon sufficiently clear and specific facts as to why the audit should be reconsidered.

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as timely and reasonably requested, we may apply an Audit Noncompliance Charge.   The method for determining the Audit Noncompliance Charge is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5 § Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may also result in the cancellation of your insurance coverage, as specified under the policy and allowed under Missouri law.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

### Schedule

| Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|
| Estimated Annual Premium | Up to two times |

*Confidential*

GWCC001084

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001085

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MONTANA SAFETY ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the Policy because insurance is provided to you in Montana.

You must establish and administer an education-based safety program for all employees including temporary workers. The program shall consist of a safety training program which includes new employee general safety orientation, job- or task-specific safety training, and continuous refresher safety training encompassing periodic safety meetings. The education-based safety program will also include periodic hazard assessments, with corrective actions identified, and appropriate documentation of performance of the activities.

If you have more than five employees, then you must have a comprehensive and effective safety program which has a safety committee, established procedures for reporting and investigating all work-related incidents, accidents, injuries, and illnesses, and established procedures that assign specific safety responsibilities and safety performance accountability.

We must provide safety consultation services to you which include consideration of the hazard, experience, and the size of your operations. We will notify you of the type of safety consultation services available and the location where the safety consultation services may be requested. If we furnish or fail to furnish safety consultation services related to, in connection with, or incidental to providing workers compensation, we are not responsible for damages from any injury, loss, or death occurring as a result of any act or omission by us, our employees or our service contractors in the course of providing safety consultation services to you.

However, we may be responsible for any safety consultation services required to be performed under the provisions of a written service contract for which a specific charge is made and not incidental to a policy of insurance; for damages caused by our actions or omission to act in which it was judicially determined that the act or omission constituted a crime or involved actual malice; or if the injury, loss, or death occurred during the actual performance of safety consultation services and was directly and proximately caused by us.

     Copyright 1993 National Council on Compensation Insurance, Inc. All Rights Reserved.

*Confidential*

GWCC001086

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MONTANA INTENTIONAL INJURY EXCLUSION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)    6069

This endorsement applies only to the insurance provided by the policy because Montana is shown in Item 3.A. of the Information Page.

Exclusion 5. of Section C. Exclusions of Part Two (Employers Liability Insurance) of the policy is replaced by the following exclusion:

**C.    Exclusions**

This insurance does not cover:

5.    Bodily injury caused by your intentional, malicious or deliberate act, whether or not the act was intended to cause injury to the employee injured, or whether or not you had actual knowledge that an injury was certain to occur.

WC 25 03 05          Copyright 2002 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

*Confidential*

GWCC001088

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001089

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**WC 99 06 75**

## MONTANA CONFORMITY WITH STATE STATUTES ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
|  | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** |  |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Montana is shown in Item 3.A. of the Information Page.

The provisions of this policy conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this policy.

WC 25 05 01 15

Page 1 of 1

*Confidential*

GWCC001090

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MONTANA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL) 6069

This endorsement applies because Montana is shown in Item 3.A. of the Information Page.

General Section, Section C. (Workers Compensation Law) of the policy is changed by adding the following:

The provisions of this policy conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this policy.

Part Six § Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation**

**1.** You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

**2.** We may cancel this policy. We will provide you and the Montana Department of Labor and Industry not less than 20 days advance written notice stating when the cancellation is to take effect. We will provide the notice to you via mail or via electronic delivery in accordance with the Electronic Delivery of Insurance Notices or Documents law (MCA 33-15-601 et seq.). Mailing notice to you at your last known address or delivery via electronic means in compliance with the Electronic Delivery of Insurance Notices of Documents law will be sufficient to prove notice.

**3.** If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:

**a.** A nonpayment of premium;

**b.** A material misrepresentation;

**c.** A substantial change in the risk we assumed under the policy unless it was reasonable for us to foresee the change or contemplate the risk when we issued the policy;

**d.** A substantial breach of the duties, conditions or warranties under the policy;

**e.** The Commissioner has determined that continuation of the policy would place us in violation of the laws of Montana;

**f.** We are financially impaired; or

**g.** Any other reason that is approved by the Commissioner.

**4.** Our notice of cancellation will state our reasons for canceling.

Part Six § Conditions of the policy is changed by adding the following:

**F. Nonrenewal**

**1.** We may elect not to renew. We will provide you and your agent not less than 45 days advance written notice stating our intention not to renew this policy. We will provide the notice to you via mail or via electronic delivery in accordance with the Electronic Delivery of Insurance Notices or Documents law. Mailing notice to you at your last known address or delivery via electronic means in compliance with the Electronic Delivery of Insurance Notices or Documents law will be sufficient to prove notice.

WC 25 06 01 B    Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.    Page 1 of 2

*Confidential*

GWCC001092

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

2. We do not have to renew the policy if you are insured elsewhere, accept replacement insurance, or request or agree to nonrenewal, or if the policy is expressly designated as being nonrenewable.

3. Our notice of nonrenewal will state our reasons for not renewing.

*Confidential*

GWCC001093

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEBRASKA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Nebraska is shown in Item 3.A. of the Information Page.

1. You may cancel this policy within the policy period by giving notice to us, fixing the date on which the cancellation is to be effective.

2. The notice, from you, is to be sent by certified mail.

3. We are required by Nebraska Law to give notice of your intent to cancel a policy to the Nebraska Workers Compensation Court.

4. The cancellation shall not be effective until ten (10) days after we give notice to the Nebraska Workers Compensation Court that the policy is being cancelled. However, if you have secured insurance with another insurer, the cancellation will be effective as of the effective date of such other notice of coverage.

5. We may cancel or nonrenew this policy within the policy period by giving notice to you and to the Nebraska Workers Compensation Court, fixing the date on which the cancellation or nonrenewal is to be effective.

6. The notice from us will contain a brief statement of the reasons for cancellation or nonrenewal and will be sent to you by certified mail.

7. The nonrenewal shall not be effective until thirty (30) days after the giving of notice to you and to the Nebraska Workers Compensation Court.

8. The cancellation shall not be effective until thirty (30) days after the giving of notice to you and to the Nebraska Workers Compensation Court, except the cancellation shall be effective ten (10) days after the giving of the notice if the cancellation is based on:

   a. nonpayment of premiums;

   b. failure of the insured to reimburse deductible losses as required under the policy; or

   c. failure of the insured, if covered pursuant to the Assigned Risk Plan, to comply with workplace safety laws found in Nebraska statutes.

9. All notices shall be provided in writing and shall be deemed given upon mailing by certified mail, except that we may give notice to the Nebraska Workers Compensation Court by approved electronic means. Notice provided to the Nebraska Workers Compensation Court by approved electronic means shall be deemed given upon receipt.

WC 26 06 01 C      Copyright 1996 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 1

*Confidential*

GWCC001094

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001095

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEBRASKA EXPERIENCE RATING MODIFICATION
## FACTOR REVISION ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies because Nebraska is shown in Item 3.A. of the Information Page.

**A.** If multiple states are shown in Item 3.A. of the Information Page, this endorsement does not apply if the premiums attributable to Nebraska (calculated using prior experience rating modifications) are less than 50% of the total premium for the risk. If more than 50% of your premium is derived from Nebraska, the application of this endorsement applies only to the Nebraska premium.

**B.** The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

**C.** If the ultimately determined experience rating modification factor applying to this policy is a decrease from that shown on the Information Page, it will be applied retroactively to the policy effective date or to the rating effective date if the rating effective date is later than the policy effective date.

**D.** If the experience rating modification factor is an increase from that shown on the Information Page, it will apply as follows:

1. Retroactively to the policy effective date, or to the rating effective date if the rating effective date is later than the policy effective date, if the adjustment is within 30 days after the policy effective date.

2. Only to premiums earned after the date that you or your agent is first notified of the revised experience rating modification factor if the change occurred more than 30 days after the policy effective date.

3. Sections D.1. and D.2. of this endorsement notwithstanding, retroactively to the policy effective date, or to the rating effective date if the rating effective date is later than the policy effective date when:

   **a.** The change in the experience rating modification factor is the result of a revision in your classifications or an appeals board or other appropriate administrative process or judicial decision.

   **b.** The delay in the calculation of the experience rating modification factor is due to your failure to make available all your records for examination and audit for us or for a previous carrier.

**E.** An increase or decrease in the experience rating modification factor due to a change in ownership or combinability status is applied as of the date of the change in accordance with our manuals.

*Confidential*

GWCC001096

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977



## GREAT WEST CASUALTY COMPANY

*The Difference is Service®*

**DATE ISSUED: OCTOBER 25 2018**

**BLACK HORSE CARRIERS INC**
**455 KEHOE BLVD SUITE 105**
**CAROL STREAM IL 60188**

POLICY NUMBER: **WC26278F**

Policy Period: From **11/01/2018**        to  **11/01/2019**

# NOTICE TO INSURED

Under Nevada law, we, the insurer, are required to pay a general premium tax.   You, the insured, are hereby informed that a portion of the premium for which you, the insured, are being charged, is attributable to this tax.

HO 01 55 09 08

*Confidential*

GWCC001098

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies to the insurance provided by this policy, because Nevada is shown in Item 3.A. of the Information Page.

Part Six § Conditions, D. Cancellation of the policy is replaced by the following:

**A. Midterm Cancellation**

1. You may cancel this policy by mailing or delivering advance written notice to us stating when the cancellation is to take effect.

2. We will provide you not less than 10 days notice if this policy is cancelled because you failed to pay a premium or remit an amount due because of an endorsement for a deductible when due.

3. We will provide you not less than 30 days notice for any other cancellation reason permitted under Nevada law, including failure to pay additional premium charged due to an audit of any payroll under the terms of the current or previous policy.

4. No policy of industrial insurance that has been in effect for at least 70 days or that has been renewed may be cancelled, except on any one of the following grounds:

   a. A failure by the policyholder to pay a premium for the policy of industrial insurance when due, including the failure of the policyholder to remit an amount due because of an endorsement for a deductible;

   b. A failure by the policyholder to:

      (1) Report any payroll;

      (2) Allow the insurer to audit any payroll in accordance with the terms of the policy or any previous policy issued by the insurer; or

      (3) Pay any additional premium charged because of an audit of any payroll as required by the terms of the policy or any previous policy issued by the insurer;

   c. A material failure by the policyholder to comply with any federal or state order concerning safety or any written recommendation of the insurer's designated representative for loss prevention;

   d. A material change in ownership of the policyholder or any change in the policyholder's business or operations that:

      (1) Materially increases the hazard for frequency or severity of loss;

      (2) Requires additional or different classifications for the calculation of premiums; or

      (3) Contemplates an activity that is excluded by any reinsurance treaty of the insurer;

   e. A material misrepresentation made by the policyholder; or

*Confidential*

GWCC001100

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**f.** A failure by the policyholder to cooperate with the insurer in conducting an investigation of a claim.

**5.** We cannot cancel the policy when the referenced reasons are corrected by you within the time specified in the written notice of cancellation.

**B. Nonrenewal**

**1.** We may elect not to renew the policy. We will provide to you a written notice of our intention not to renew at least 60 days before the expiration date.

**2.** We need not provide notice of our intention not to renew if you have accepted replacement coverage, if you have requested or agreed to nonrenewal, or if the policy is expressly designated as nonrenewable.

**C. Information About Claims Paid**

**1.** If you request information for the renewal of the policy, we will provide you with information regarding claims paid on your behalf.

**2.** We will provide the information within 30 working days after we receive your written request. We may charge a reasonable fee for providing the information.

**D. Notices**

**1.** We will provide advance written notice of cancellation or nonrenewal as provided in A and B above. This notice must be served personally on or sent by first-class mail or electronic transmission to the employer.

**2.** Notices will state the effective date of the cancellation or nonrenewal and will be accompanied by a written explanation of the specific reasons for the cancellation or nonrenewal.

**3.** A written notice of cancellation is not required if we mutually agree with you to cancel the policy and reissue a new policy based upon a material change in the ownership or operation of your business.

**E. Compliance with Law**

**1.** Any of these provisions that conflict with a law that controls the cancellation or renewal or nonrenewal of the insurance in this policy is changed by this statement to comply with the law.

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEW JERSEY PART TWO EMPLOYERS LIABILITY ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**  Endorsement No. | Premium: |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New Jersey is shown in Item 3.A. of the Information Page.

1. With respect to Exclusion C.5., this insurance does not cover any and all intentional wrongs within the exception allowed by N.J.S.A. 34:15-8 including but not limited to, bodily injury caused or aggravated by an intentional wrong committed by you or your employees, or bodily injury resulting from an act or omission by you or your employees, which is substantially certain to result in injury.

2. With respect to Exclusion C.7., we will defend any claim, proceeding or suit for damages where bodily injury is alleged. We have the right to investigate and settle. We will not defend or continue to defend after the applicable limits of insurance have been paid. Such policy limits include any legal costs assessed against you on behalf of your employee(s).

3. We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to an infant under the age of 18 years in a proceeding made pursuant to Article 2 as provided in N.J.S.A. 34:15-10.

4. This insurance does not provide for the payment of any common law negligence damages or other damages when the provision of Article 2 of the New Jersey Workers Compensation Law have been rejected by you and your employee(s) as provided in N.J.S.A. 34:15-9.

5. With respect to paragraph F., the "Other Insurance" provision is replaced with the following:

   **F.   Other Insurance**

   We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

   This insurance, however, is excess over any other applicable insurance with respect to claims for bodily injury arising out of employer practices, policies, acts or omissions enumerated in C.7. above, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise.

WC 29 03 06 B
Effective July 1, 2007

Copyright, Compensation Rating and Inspection Bureau

Page 1 of 1

*Confidential*

GWCC001102

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001103

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

NCCI Ins. Co. Number: **11037**　　　　　　**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PREMIUM DUE DATE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**　　Endorsement No. | Premium: |

**JOE MORTEN & SON INC (IL)　6069**

Section D of Part Five of the policy is replaced by this provision:

**PART FIVE –PREMIUM**

**D.　Premium** is amended to read:

　　You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

.

WC 00 04 19　　　　　**Copyright, 2000 National Council on Compensation Insurance**　　　　　Page 1 of 1
**Effective July 1, 2001**

*Confidential*　　　　　　　　GWCC001104

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001105

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**          Endorsement No. | Premium: |

### JOE MORTEN & SON INC (IL)   6069

Part Five § Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge.   The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5 § Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| NJ | Estimated Annual Premium | Up to two times |

*Confidential*

GWCC001106

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001107

NCCI Ins. Co. Number: **11037**        **DATE ISSUED: OCTOBER 25 2018**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Countersigned by |
| **GREAT WEST CASUALTY COMPANY** | |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**    Endorsement No. | Premium: |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement is added to Part Five - Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

WC 00 04 25      Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 1
**Effective May 1, 2017**

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

NCCI Ins. Co. Number: **11037**                              **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NEW JERSEY LARGE RISK –LARGE DEDUCTIBLE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**     Endorsement No. | Premium: |

### JOE MORTEN & SON INC (IL)   6069

1. This endorsement applies to the insurance provided by:

   Part One (Workers Compensation Insurance)
   Part Two (Employers Liability Insurance) and
   Part Three (Other States Insurance)

2. This endorsement applies between you and us. It does not affect the rights of others under the policy.  Nor does it change our obligations under Part One, Part Two or Part Three of the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expense which arises out of any claim or suit we defend, where you elect to include such expense.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts.  The contract of insurance shall be fully enforceable by your employees or their dependents against us in accordance with NJSA 34:15-83.

**Deductible –Each Occurrence/Each Claim**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expense if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible –Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expenses if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   a. If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   b. If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   c. If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

   d. If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect on Deductible on Limits of Liability**

7. The applicable limits of liability as respects Part Two (Employers Liability Insurance) are subject to reduction by the application of the loss reimbursement amount(s) applicable to any claim for accident or disease covered by this policy.  In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the

WC 29 06 01 A
Effective January 1, 1994          Copyright, Compensation Rating and Inspection Bureau                    Page 1 of 2

*Confidential*                                                                                    GWCC001110

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

application of the specific loss reimbursement amount. The payment of a loss adjustment expense, where such expense is elected by you, will not affect the limits of liability.

**Allocated Loss Adjustment Expense**

8.  Allocated loss adjustment expense, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expense shall not include cost of investigation or the salaries and traveling expenses of our employees other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery From Others**

9.  If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

    a.  First, to any payments made by us in excess of the deductible amount; and

    b.  Then the remainder, if any, will be applied to reduce the deductible amount reimbursable by you.

**Cancellation**

10. If you fail to reimburse us for any amounts as required by this endorsement, we may cancel this policy for nonpayment in accordance with the provisions of statute. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

**Sole Representation**

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    a.  Changes to this endorsement

    b.  Obligations to receive premiums

    c.  Giving or receiving notice of cancellation

**Your Duties and Understandings**

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

**Other Rights and Duties**

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    a.  Our right and duty to defend any claim, proceeding or suit against you and

    b.  Your duties if injury occurs.

**Additional Charges**

14. The surcharges for the Second Injury Fund and Uninsured Employers Fund and the premium charge for the expense constant are not part of the Large Risk - Large Deductible Program but are included in the total cost of the coverage provided by the policy to which this endorsement is attached.

## Schedule

| Coverage | Deductible Amount Basis | |
|---|---|---|
| Bodily Injury by Accident | $  **100,000** | each accident |
| Bodily Injury by Disease | $  **100,000** | each employee |
| All Covered Bodily Injury | $          **NIL** (Dollar Amount or "None") | aggregate |

*Confidential*

GWCC001111

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

NCCI Ins. Co. Number: **11037**    **DATE ISSUED: OCTOBER 25 2018**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**    Endorsement No. | Premium: |

### JOE MORTEN & SON INC (IL)    6069

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

   **a.**   The act is an act of terrorism.

   **b.**   The act is violent or dangerous to human life, property or infrastructure.

   **c.**   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   **d.**   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

WC 00 04 22 B    Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.    Page 1 of 3
Effective January 1, 2015

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy.  If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government.  If the aggregate industry Insured Losses exceed:

   a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

   b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

   c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

   d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

   e. $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

   f. $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## Schedule

| State | Rate | Premium | | State | Rate | Premium |
|-------|------|---------|---|-------|------|---------|
| NJ | ▉ | | | | | |

*Confidential*                                                                 GWCC001114

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001115

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

NCCI Ins. Co. Number: **11037**              **DATE ISSUED: OCTOBER 25 2018**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |
| (Insurance Company) | (Authorized Representative) |
| Policy No: **WC26278F**   Endorsement No. | Premium: |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below.  Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism).  This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

Catastrophe (other than Certified Acts of Terrorism):   Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

Earthquake:  The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

Noncertified Act of Terrorism:  An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  **a.**   It is an act that is violent or dangerous to human life, property, or infrastructure;

  **b.**   The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  **c.**   It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Catastrophic Industrial Accident:  A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

WC 00 04 21 D      Copyright 2015 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 1 of 2
Effective January 1, 2015

*Confidential*                                                                              GWCC001116

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## Schedule

| State | Rate | Premium | | State | Rate | Premium |
|-------|------|---------|---|-------|------|---------|
| | | | | | | |

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEW MEXICO CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies to the insurance provided by the policy because New Mexico is shown in Item 3.A. of the Information Page.

Part Six § Conditions, Section D. Cancellation of the policy is replaced by the following:

**D. Cancellation**

1. You may cancel this policy by giving us advance written notice stating when the cancellation is to take effect.

2. At any time during the policy period, regardless of the number of days the policy has been in effect, we may cancel this policy for nonpayment of premium when due. We must give written notice to you at least 10 days prior to the effective date of the cancellation.

3. If the policy has been in effect less than 60 days and is not a renewal policy, we may cancel this policy without cause by giving written notice to you at least 10 days prior to the effective date of the cancellation. The cancellation effective date must fall within this period of less than 60 days.

4. Subject to Subsection 2 above, if the policy has been in effect for 60 days or more or is a renewal, we may cancel this policy only for one or more of the following reasons:

   a. The policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us. We must give written notice to you at least 15 days prior to the effective date of cancellation.

   b. Willful and negligent acts or omissions by you have substantially increased the hazards insured against. We must give written notice to you at least 15 days prior to the effective date of cancellation.

   c. You presented a claim based on fraud or material misrepresentation. We must give written notice to you at least 15 days prior to the effective date of cancellation.

   d. There has been a substantial change in the risk assumed by us since the policy was issued. We must give written notice to you at least 30 days prior to the effective date of cancellation.

   e. Revocation or suspension of driver's license of the named insured or other operator who either resides in the same household or customarily operates the vehicle. We must give written notice to you at least 15 days prior to the effective date of cancellation.

5. We will give the required Notice of Cancellation stating the reason(s) for cancellation before the cancellation is effective. The notice will state the time that the cancellation is to take effect. The written notice of cancellation will be sent to your last address of record with us.

WC 30 06 01 A        Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 2

*Confidential*

GWCC001118

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

Part Six § Conditions of the policy is changed by adding the following:

**F.   Nonrenewal**

    **1.**  If we decide not to renew this policy, we must give you written notice of our intention at least 30 days prior to the expiration of the policy.  The written notice of nonrenewal will be sent to your last address of record with us.

    **2.**  This nonrenewal section does not apply to any policy of insurance issued to an insured that has its principal place of business outside the state of New Mexico.

*Confidential*

GWCC001119

FILED DATE: 9/6/2023 1:54 PM   2023CH07977



**GREAT WEST CASUALTY COMPANY**

*The Difference is Service®*

**DATE ISSUED: OCTOBER 25 2018**

Policy Number: **WC26278F**

## POLICYHOLDER DISCLOSURE

## NEW YORK WORKERS COMPENSATION SECURITY FUND SURCHARGE

Companies writing workers' compensation insurance business in New York are required to participate in the New York Workers' Compensation Security Fund. If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share. New York law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged 'NY surcharge,' an amount will be displayed on your premium notice.

HO 01 31 09 08

Page 1 of 1

*Confidential*

GWCC001120

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001121

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEW YORK CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)    6069**

This endorsement applies only to the insurance provided by the policy because New York is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**CANCELLATION**

1. You may cancel this policy. You must mail or deliver advice written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy if you fail to pay premium when due. We must mail or deliver to you and file with the Office of the Chair, not less than 10 days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we will mail or deliver to you and file with the Office of the Chair, not less than 30 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

**NONRENEWAL**

1. We may elect not to renew the policy. We will mail to you not less than 30 days advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

WC 31 01 09 10

**Page 1 of 1**

*Confidential*

**GWCC001122**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL) 6069

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers Compensation Law of New York.

WC 31 03 08        Copyright 1987 New York Compensation Insurance Rating Board        Page 1 of 1

*Confidential*

GWCC001124

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NEW YORK WORKERS COMPENSATION
# POLICYHOLDER NOTICE OF RIGHT TO APPEAL

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

**Policyholder Disputes**

Policyholders are entitled to inquire, challenge and dispute issues relating to classification, ownership, premium auditing, and/or other New York Compensation Insurance Rating Board (NYCIRB) rulings or decisions pertaining to this policy. Please refer to the Employer's Appeal Process noted below.

Inquiries may also be directed to the New York State Department of Financial Services (DFS) at:

>  http://www.dfs.ny.gov/about/contactus.htm#consumer

or by calling the Consumer Hotline at 800-342-3736 (Monday through Friday, 8:30 AM to 4:30 PM).

**Policyholder Right to Appeal**

An insured, or its representative, (hereafter referred to as "insured"), may appeal the application of a rule or procedure contained in the NY Workers Compensation & Employers Liability Manual. Rules or procedures are defined as those determinations, either by a carrier or the Rating Board, which define the variables which makeup the policy conditions. Examples include: classification codes, ownership information, premium audits, and any other determination which may affect the policy.

To be considered for review, a written request explaining the reason(s) for the appeal must be submitted to the Rating Board. Upon receipt of the request for review, the following actions will be taken:

1.  A staff member will review the request and respond to the insured within sixty (60) days, in writing, acknowledging receipt of the request, granting the insured its request or sustaining its original ruling.

2.  The insured, if not satisfied with the outcome in 1. above, may then request, in writing, a conference with members of the Rating Board staff. The request must state the nature of the complaint and contain any supporting documents. The appropriate Department Vice President or his or her designated representative, if appropriate, will preside at the conference.

3.  If the dispute is not resolved at the conference, the insured may then appeal to the Underwriting Committee of the Rating Board for a hearing to consider the staff ruling. This appeal must be in writing and must specify the reason(s) for the appeal and the nature of the complaint.

    Following, receipt of the appeal, the insured will be notified regarding the time and place for the hearing. The appeal will be heard at the next Underwriting Committee meeting for which appropriate time can be given for this matter. Subsequent to the hearing, the insured will be advised, in writing, of the Underwriting Committee decision regarding its complaint.

4.  If the Underwriting Committee ruling is not satisfactory to the insured, the insured may then request a hearing at the New York State Department of Financial Services to consider the decision of the Rating Board's Underwriting Committee.

5.  The New York State Department of Financial Services decision may be appealed to a higher court, by either the insured or the Rating Board.

*Confidential*

GWCC001126

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM EXPLANATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $23.24 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/16 thru 3/31/17 | 2015 |
| 4/1/17 thru 3/31/18 | 2016 |
| 4/1/18 thru 3/31/19 | 2017 |
| 4/1/19 thru 3/31/20 | 2018 |
| 4/1/20 thru 3/31/21 | 2019 |
| 4/1/21 thru 3/31/22 | 2020 |

WC 31 03 19 I

*Confidential*

GWCC001128

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately four months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to: http://www.nycirb.org/cpap

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NORTH CAROLINA AMENDED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because North Carolina is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

**D.   Cancellation and Nonrenewal**

1.   You may cancel this policy.

   If you cancel this policy, you must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.   We may cancel this policy.

   **a.**   If this policy has been in effect for fewer than 60 days and is not a renewal policy, we may cancel this policy for any reason by giving you at least 30 days prior written notice of cancellation and the reasons for cancellation by registered or certified mail, return receipt requested.

   **b.**   If this policy has been in effect for at least 60 days or is a renewal policy, we may not cancel this policy without your prior written consent, except for any one of the following reasons:

   **(1)**   Nonpayment of premium in accordance with the policy terms.

   **(2)**   An act or omission by you or your representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining the policy, continuing the policy, or presenting a claim under the policy.

**(3)**   Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by you and us at the time of assumption of the risk.

**(4)**   Substantial breach of contractual duties, conditions, or warranties that materially affects the insurability of the risk.

**(5)**   A fraudulent act against us by you or your representative that materially affects the insurability of the risk.

**(6)**   Willful failure by you or your representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us.

**(7)**   Loss of facultative reinsurance or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-41-30.

**(8)**   Your conviction of a crime arising out of acts that materially affect the insurability of the risk.

**(9)**   A determination by the Commissioner that the continuation of this policy would place us in violation of the laws of North Carolina.

WC 32 03 01 D

Copyright 2018 North Carolina Rate Bureau. Contains the copyrighted material of the National Council on Compensation Insurance, Inc.  All Rights Reserved.

Page 1 of 2

*Confidential*

GWCC001130

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**(10)** You fail to meet the requirements contained in our corporate charter, articles of incorporation, or bylaws, when we are a company organized for the sole purpose of providing members of an organization with insurance coverage in North Carolina.

**c.** If we cancel for any of the reasons listed in paragraph b, we must provide you with at least 15 days prior written notice of cancellation stating the precise reason for cancellation. We may provide this notice by registered or certified mail, return receipt requested, to you and any other person designated in the policy to receive notice of cancellation at the addresses shown in the policy or, if not indicated in the policy, at the last known addresses. Whenever notice of cancellation is given by registered or certified mail, cancellation will not be effective unless and until that method is employed and completed. Notice of intent to cancel given by registered or certified mail shall be conclusively presumed completed three days after the notice is sent if, on the same day that notice is sent by registered or certified mail, the insurer also provides notice by first-class mail and by electronic means if available as defined in G.S. 58-2-255(a) to the insured and any other person designated in the policy to receive notice. Any such supplemental notice given by electronic means shall be effective for the limited purpose of establishing this conclusive presumption. Notice of cancellation may also be given by any method permitted for service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure. Failure to send notice as provided in this paragraph to any other person designated in the policy to receive notice of cancellation invalidates the cancellation only as to that other person's interest.

**d.** Cancellation for nonpayment of premium is not effective if the amount due is paid before the effective date stated in the notice of cancellation.

**3.** We may refuse to renew this policy:

**a.** If this policy is for a term of one year or less, we must provide you with notice of nonrenewal at least 45 days prior to the expiration date of the policy.

**b.** If this policy is for a term of more than one year or for an indefinite term, then to nonrenew the policy at the policy anniversary date we must provide you with notice of nonrenewal at least 45 days prior to the anniversary date of the policy.

**c.** The notice of nonrenewal must state the precise reason for nonrenewal. Failure to send this notice, as provided in paragraphs 3 and 5, to any other person designated in the policy to receive this notice invalidates the nonrenewal only as to that other person's interest.

**d.** Any nonrenewal attempted or made that is not in compliance with paragraphs a, b and c is not effective. Paragraphs a, b and c do not apply if you have obtained insurance elsewhere, have accepted replacement coverage, or have requested or agreed to nonrenewal.

**4.** Whenever we lower coverage limits, raise deductibles, or raise premium rates for reasons within our exclusive control and other than at your request, we will mail you written notice of the change at least 30 days in advance of the effective date of the change. As used in this paragraph, the phrase, "reasons within our exclusive control" does not mean experience modification changes, exposure changes, or loss cost rate changes.

**5.** We must provide the notice required by paragraphs 3 and 4 by mail to you and any other person designated in the policy to receive this notice at the addresses shown in the policy or, if not indicated in the policy, at the last known addresses. Mailing copies of the notice by regular first-class mail satisfies the notice requirements of paragraphs 3, 4 and 5.

**6.** We will also send copies of the notice required by this endorsement to the agent or broker of record, though failure to send copies of the notice to the agent or broker of record will not invalidate a cancellation or nonrenewal. Mailing copies of the notice by regular first-class mail to the agent or broker of record satisfies the requirements of this paragraph. Notice of nonrenewal may also be given by any method permitted for service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

Copyright 2018 North Carolina Rate Bureau. Contains the copyrighted material of the National Council on Compensation Insurance, Inc. All Rights Reserved.

*Confidential*

GWCC001131

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OKLAHOMA FRAUD WARNING ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the Policy because Oklahoma is shown in Item 3.A. of the Information Page.

**WARNING: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY**

*Confidential*

GWCC001132

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**                      **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OKLAHOMA EMPLOYERS LIABILITY INTENTIONAL TORT EXCLUSION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

Part Two § Employers Liability Insurance, C § Exclusions, 5. is replaced by the following:

This insurance does not cover:

   **5.**   bodily injury intentionally caused or aggravated by you, or bodily injury that you knew or should have known was substantially certain to occur from an act caused, committed, or aggravated by you;

WC 35 03 03          Copyright 2011 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 1 of 1

*Confidential*

GWCC001134

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001135

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OKLAHOMA CANCELLATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies to the insurance provided by the policy because Oklahoma is shown in Item 3.A. of the Information Page.

The Cancellation Condition in Part Six (Conditions) of the policy is replaced by the following condition:

**D. Cancellation**

1. You may cancel this policy. You must mail or deliver to us not less than 30 days advance written notice stating when the cancellation is to take effect. Cancellation of coverage will be effective at 12:01 a.m. thirty (30) days after the date the cancellation notice is received by us, unless a later date is specified in the notice to us. You may cancel this policy effective less than 30 days after written notice is received by us where you have obtained other coverage or have become a self-insurer.

2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. At any time during the policy period, we may cancel for nonpayment of premium. If we cancel for nonpayment of premium, we will mail notice of cancellation to you and to the Workers Compensation Commission at least 10 days before the cancellation is to take effect.

   b. If we cancel this policy for a reason other than nonpayment of premium, we will mail notice of cancellation to you and to the Workers Compensation Commission at least 30 days before the cancellation is to take effect.

   c. If this policy has been in effect for more than 45 business days or is a renewal policy, we may cancel for only one or more of the following reasons:

(1) Nonpayment of premium;

(2) Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

(3) Discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

(4) The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

(6) A determination by the Insurance Commissioner that the continuation of the policy would place the insurer in violation of the insurance laws of this state;

(7) Conviction of the named insured of a crime having as one of its necessary elements an act increasing any hazard insured against; or

(8) Loss of or substantial changes in applicable reinsurance.

WC 35 06 01 F       Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.       Page 1 of 2

GWCC001136

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

3. Mailing notice of cancellation to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

4. The policy period will end on the day and hour stated in the cancellation notice.

5. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

Part Six (Conditions) of the policy is amended by adding the following provisions:

**F. Nonrenewal**

1. If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to you at least 45 days before:

   a. The expiration date of this policy; or

   b. An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

2. Any notice of nonrenewal will be mailed or delivered to you at the mailing address shown in Item 1 of the Information Page. If notice is mailed:

   a. It will be considered to have been given to you on the day it is mailed.

   b. Proof of mailing will be sufficient proof of notice.

3. If notice of nonrenewal is not mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

4. We will not provide notice of nonrenewal if:

   a. We, or another company within the same insurance group, have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

5. If we have provided the required notice of nonrenewal as described above, and thereafter extend the policy for a period of 90 days or less, we will not provide an additional nonrenewal notice with respect to the period of extension.

**G. Notice of Premium or Coverage Changes Upon Renewal**

1. If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to you, at the mailing address shown in Item 1 of the Information Page.

2. Any such notice will be mailed or delivered to you at least 45 days before:

   a. The expiration date of this policy; or

   b. An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

3. If notice is mailed:

   a. It will be considered to have been given to you on the day it is mailed.

   b. Proof of mailing will be sufficient proof of notice.

4. If you accept the renewal, the premium increase or deductible, limits or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

5. If notice is not mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until the earlier of:

   a. 45 days after notice is given; or

   b. The effective date of replacement coverage obtained by you.

6. If you then elect not to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

7. We will not provide notice of the following:

   a. Changes in a rate or plan filed with or approved by the Insurance Commissioner or filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act and applicable to an entire class of business; or

   b. Changes based upon the altered nature of extent of the risk insured; or

   c. Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

WC 35 06 01 F     Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

*Confidential*

GWCC001137

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OREGON CANCELLATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)  6069**

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

**D.  Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us, stating when the cancellation is to take effect. If you provide for other insurance or self-insurance, your cancellation of coverage will take effect upon the effective date of that insurance.

2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. If we cancel based on our decision not to offer insurance to all employers within your premium category, we will mail the notice of cancellation at least 90 days before the cancellation is to take effect.

   b. If we cancel for other reasons, we will mail the notice of cancellation at least 45 days before the cancellation is to take effect.

   c. If we cancel for nonpayment, we will mail notice of cancellation at least 10 days before the cancellation is to take effect.

3. Mailing notice to you at your last known mailing address will be sufficient to prove notice.

4. The policy period will end at 12 midnight on the day stated in the cancellation notice.

5. When coverage is placed with another carrier as of the policy expiration date, a rejected renewal policy shall be withdrawn without charge, provided notice of nonrenewal is mailed and postmarked on or before the expiration date and is received from the insured by the insurer no later than 10 calendar days after said expiration date.

WC 36 06 01 E        Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 1

*Confidential*        GWCC001138

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OREGON PREMIUM DUE DATE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

Section D of Part Five of the policy is replaced by this provision:

### PART FIVE –PREMIUM

**D.   Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date specified in the billing invoice for the policy.**

*Confidential*

GWCC001140

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## OREGON CONFIDENTIALITY ENDORSEMENT

---

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

We may furnish you with certain documentation that includes confidential information. As used in this endorsement, "confidential information" means any and all medical and vocational claim records and information about an injured worker. We make this information available to you for the sole purpose of assisting us to manage, defend, or adjust claims.

1.  You agree to hold all information provided by us in trust and confidence.

2.  You and your employees must not disclose confidential information about an injured worker to anyone except us unless required to do so by law or with written consent of the injured worker. You will take steps necessary to protect the confidentiality of information about injured workers, including obtaining specific contractual promises from your employees and agents not to disclose any confidential information except as provided in this endorsement. You must not use confidential information for purposes other than those necessary to directly further the purposes of this endorsement.

3.  You must not use confidential information in such a manner that is likely to allow other persons to know the name or identity of an injured worker, or allow other persons to know any other particulars of a workers' injury claim, except for those matters over which you as an employer have the ability and the right to direct and control. In no case can you use confidential information either singly or in concert to discriminate unlawfully against any injured worker.

---

WC 36 06 02      Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 1

*Confidential*

GWCC001142

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001143

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OREGON AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies because Oregon is shown in Item 3.A. of the Information Page.

Part Two § Employers Liability Insurance, Section C. (Exclusions), Item 5. of the policy is replaced by the following:

5. Any bodily injury intentionally caused or aggravated by you, or that is the result of your engaging in conduct equivalent to an intentional tort, however defined, including as described by ORS 656.156, or other tortious conduct, or conduct or activity as described by ORS 656.018(3), such that you lose your immunity from civil liability under the workers compensation laws of Oregon;

Part Two § Employers Liability Insurance, Section C. (Exclusions) of the policy is revised by adding the following:

13. Any cause of action or remedy arising out of or under ORS 656.019 or ORS 654.305 through ORS 654.336.

WC 36 06 04       Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.       Page 1 of 1

*Confidential*

GWCC001144

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001145

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL PENNSYLVANIA ENDORSEMENT –INSPECTION OF MANUALS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

The manuals of rules, rating plans, and classifications are approved pursuant to the provisions of Section 654 of the Insurance Company Law of May 17, 1921, P.L. 682, as amended, and are on file with Insurance Commissioner of the Commonwealth of Pennsylvania.

WC 37 06 01 | Copyright 1984 Pennsylvania Compensation Rating Bureau | Page 1 of 1

*Confidential*

GWCC001146

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001147

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PENNSYLVANIA ACT 86-1986 ENDORSEMENT
## NONRENEWAL, NOTICE OF INCREASE OF PREMIUM,
## and RETURN OF UNEARNED PREMIUM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Pennsylvania is shown in Item 3.A. of the Information Page.

The policy conditions are amended by adding the following regarding nonrenewal, notice of increase in premium, and return of unearned premium.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to each named insured, by first class mail, not less than 60 days advance notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address last known to us will be sufficient to prove notice.

2. Our notice of nonrenewal will state our specific reasons for not renewing.

3. If we have indicated our willingness to renew, we will not send you a notice of nonrenewal. However, the policy will still terminate on its expiration date if:

   a. you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

   b. you fail to pay all premiums when due; or

   c. you obtain other insurance as a replacement of the policy.

**Notice of Increase in Premium**

1. We will provide you with not less than 30 days advance notice of an increase in renewal premium of this policy, if it is our intent to offer such renewal.

2. The above notification requirement will be satisfied if we have issued a renewal policy more than 30 days prior to its effective date.

3. If a policy has been written or is to be written on a retrospective rating plan basis, the notice of increase in premium provision of this endorsement does not apply.

**Return of Unearned Premium**

1. If this policy is cancelled and there is unearned premium due you:

   a. If the Company cancels, the unearned premium will be returned to you within 10 business days after the effective date of cancellation.

   b. If you cancel, the unearned premium will be returned within 30 days after the effective date of cancellation.

2. Because this policy was written on the basis of an estimated premium and is subject to a premium audit, the unearned premium specified in 1a. and 1b. above, if any, shall be returned on an estimated basis. Upon our completion of computation of the exact premium, an additional return premium or charge will be made to you within 15 days of the final computation.

3. These return of unearned premium provisions shall not apply if this policy is written on a retrospective rating plan basis.

---

WC 37 06 03 A    **Copyright 1995 Pennsylvania Compensation Rating Bureau**    Page 1 of 1

*Confidential*    GWCC001148

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001149

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PENNSYLVANIA NOTICE

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |

| | Endorsement Number |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)    6069

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. surveys;

2. consultation or advice; or

3. inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2. to consultation services required to be performed under a written service contract not related to a policy of insurance; or

3. if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

WC 37 06 02          **Copyright 1984 Pennsylvania Compensation Rating Bureau**          Page 1 of 1

*Confidential*

GWCC001150

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001151

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PENNSYLVANIA EMPLOYER ASSESSMENT ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

Act 57 of 1997 requires that "..the assessments for the maintenance of the Subsequent Injury Fund, the Workmen's Compensation supersedes Fund and the Workmen's Compensation Administration Fund under sections 306.2, 443 and 446 of the act of June 2, 1915 (P.L. 736, No. 338), known as the "Workers' Compensation Act, shall be imposed, collected and remitted through insurers in accordance with regulations promulgated by the Department of Labor and Industry."

### EMPLOYER ASSESSMENT FORMULA:

| **Employer Assessment** | = | Act of 1997 Employer Assessment Factor | X | Employer Assessment Premium Base |
|---|---|---|---|---|

**Act 57 of 1997 Employer Assessment Factor**

A factor expressed to four decimal places proposed by the Pennsylvania Compensation Rating Bureau and approved by the Pennsylvania Insurance Commissioner.

**Employer Assessment Premium Base**

Calculation of Employer Assessment Premium Base proceeds by adding back to the total policy premium the amount of any Small Deductible Premium Credit or Large Deductible Premium Credit.

### CODE 0938

**EMPLOYER ASSESSMENT FACTOR**                    **EMPLOYER ASSESSMENT**

▮▮▮▮▮_____                    $ ▮▮▮▮▮_____

*Confidential*                                                                                     GWCC001152

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## RHODE ISLAND CANCELLATION & NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because Rhode Island is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy. If we cancel for nonpayment of premium, we will mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. If we cancel for the reasons of (1) fraud or material misrepresentation affecting this policy and you; or (2) a substantial increase in the hazard insured against, we will mail or deliver to you not less than 30 days advance written notice stating when the cancellation will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1.  We may elect not to renew the policy. We will mail to you not less than 30 days advance written notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.  Our notice of nonrenewal will state our reasons for not renewing.

WC 38 01 09 10

Page 1 of 1

*Confidential*

GWCC001154

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001155

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## RHODE ISLAND DIRECT LIABILITY STATUTE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Rhode Island is shown in Item 3.A. of the Information Page.

1. Your employee, or the persons entitled to sue you for damages in the event of the death of the employee, may add us as a defendant in a suit against you to recover damages because of bodily injury or death to your employee.

2. We are directly liable to pay to your injured employee, or to the persons entitled to sue you for damages in the event of the death of your employee, the damages for which you are liable.

The endorsement is subject to all provisions of Part Two (Employers Liability Insurance) that do not conflict with the direct liability statute (Section 28.36.11) of the Rhode Island workers compensation law.

WC 38 06 01          Copyright 1983 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 1 of 1

*Confidential*

GWCC001156

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001157

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## RHODE ISLAND SAFETY INSPECTION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)  6069

This endorsement applies only to the insurance provided by the policy because Rhode Island is shown in Item 3.A. of the Information Page.

If you pay annual premium of more than twenty-five thousand dollars ($25,000) for workers compensation insurance, you may request that we inspect your site or sites of employment. You must make this request in writing. Inspection will be made within sixty days following receipt of your request. We will make a written report to you for your use in enhancing the safety and health of your employees on the site or sites inspected.

If your workers compensation premiums are less than fifty thousand dollars ($50,000) or your experience modification is less than 1.5, you may request one (1) inspection per calendar year. You may be entitled to two (2) such inspections in one (1) calendar year.

WC 38 06 02          Copyright 1993 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

*Confidential*

GWCC001158

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SOUTH CAROLINA CANCELLATION & NONRENEWAL ENDORSEMENT

---

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because South Carolina is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by these Conditions:

**Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect if we cancel for nonpayment of premium.

   We must mail or deliver to you not less than 30 days advance written notice stating when the cancellation is to take effect if we cancel for one of the following reasons:

   a. Material misrepresentation by you;

   b. Substantial and unforeseen changes in the risk assumed;

   c. Substantial breach of contractual duties, conditions or warranties; or

   d. Loss of reinsurance.

   Mailing that notice to you at your mailing address shown in Item 1 of the Information Page by certified mail will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 30 days advance written notice stating when the nonrenewal will take effect.

   Mailing that notice to you at your mailing address shown in Item 1 of the Information Page by certified mail will be sufficient to prove notice.

2. Our notice of nonrenewal will state the reason for nonrenewal.

---

WC 39 01 09 10

Page 1 of 1

*Confidential*

GWCC001160

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS – AUDIT PREMIUM AND RETROSPECTIVE PREMIUM ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

**JOE MORTEN & SON INC (IL)   6069**

Section D of Part Five of the policy is replaced by the following provision:

### PART FIVE –PREMIUM

**D.   Premium Payments**

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

---

WC 42 04 07      Copyright 2014 National Council on Compensation Insurance, Inc.  All Rights Reserved.      Page 1 of 1

*Confidential*

GWCC001162

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001163

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## TEXAS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)    6069

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

### GENERAL SECTION

**B.** **Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

**D.** **State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

### PART ONE – WORKERS COMPENSATION INSURANCE

**E.** **Other Insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

**F.** **Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

**H.** **Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

### PART TWO – EMPLOYERS LIABILITY INSURANCE

**C.** **Exclusions**

Section 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

**6.** bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

**D.** **We Will Defend**

This section is amended by deleting the last sentence.

WC 42 03 01 I        Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.        Page 1 of 3

*Confidential*

GWCC001164

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:

6.   Texas law allows you to make weekly payments to an injured employee in certain instances.  Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE – PREMIUM

A.   **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C.   **Remuneration**

Number 2 is amended to read:

2.   All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy.  This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E.   **Final Premium**

Number 2 is amended to read:

2.   If you cancel, final premium will be calculated pro rata based on the time this policy was in force.  Final premium will not be less than the pro rata share of the minimum premium.

## PART SIX – CONDITIONS

A.   **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be cancelled by us.

C.   **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent.  If you die, coverage will be provided for your surviving spouse or your legal representative.  This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D.   **Cancellation** is amended to read:

1.   You may cancel this policy.  You must mail or deliver advance notice to us stating when the cancellation is to take effect.

2.   We may cancel this policy.   We may also decline to renew it.  We must give you written notice of cancellation or nonrenewal.  That notice will be sent certified mail or delivered to you in person.  A copy of the written notice will be sent to the Texas Department of Insurance - Division of Workers' Compensation.

3.   Notice of cancellation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancellation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancellation or nonrenewal becomes effective if we cancel or do not renew because of:

a.   Fraud in obtaining coverage;

b.   Misrepresentation of the amount of payroll for purposes of premium calculation;

c.   Failure to pay a premium when payment was due;

d.   An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

e.   A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4.   If another insurance company notifies the Texas Department of Insurance - Division of Workers' Compensation that it is insuring you as an employer, such notice must be a cancellation of this policy effective when the other policy starts.

---

WC 42 03 01 I          Copyright 2016 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 2 of 3

*Confidential*

GWCC001165

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

Add the following to the policy:

---

## PART SEVEN –OUR DUTY TO YOU FOR CLAIM NOTIFICATION

---

**A.   Claims Notification**

We are required to notify you of any claim that is filed against your policy.  Thereafter we must notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Department of Insurance - Division of Workers' Compensation.  You may, in writing, elect to waive this notification requirement.

We must, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates.  We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request.  The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:**

**THE DISPUTE RESOLUTION PROCESS**

**THIS DISPUTE RESOLUTION PROCESS DOES NOT APPLY TO WORKERS COMPENSATION CLAIMS.**

Proceed as follows if you have a dispute about your policy related to:
-   Rates,
-   The application or interpretation of rules contained in the various National Council on Compensation Insurance, Inc. (NCCI) manuals (including, but not limited to, classification codes and experience rating),
-   Rating programs,
-   Endorsements, or
-   Forms.

First, contact the carrier that issued the policy and attempt to resolve the dispute directly.  If the dispute is not directly resolved with the carrier, then contact NCCI, to ask for assistance through the dispute resolution process described in NCCI's *Basic Manual*.  You may obtain dispute resolution services only after you have made a reasonable attempt to first resolve the dispute directly with the carrier and have paid undisputed premium that may be due to the carrier.

Send your request for assistance by mail to NCCI, Dispute Resolution Services, 901 Peninsula Corporate Circle, Boca Raton, FL 33487-1362; or by fax to 561-893-5043; or by email to regulatoryassurance@ncci.com.

NCCI will first work with you and the carrier to try to resolve the dispute.  If you are unable to resolve the dispute to your satisfaction with NCCI's help, then you may ask NCCI to refer the dispute to the Texas Appeals Board (Board). NCCI is the Administrator to the Texas Appeals Board, and a staff member from TDI, appointed by the Commissioner, serves as the chair of the Board.

Within 30 calendar days of the date that the Appeals Board issues a decision, the policyholder may appeal the decision to the Texas Department of Insurance.  To appeal a decision of the Appeals Board, contact the Texas Department of Insurance, Office of the Chief Clerk, Mail Code 113-2A, P.O. Box 149104, Austin, TX 78714-9104; or by fax to 512-490-1064; or by email to chiefclerk@tdi.texas.gov.

**THIS NOTICE OF THE DISPUTE RESOLUTION PROCESS IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART, TERM, OR CONDITION OF THIS POLICY.**

**CLAIM COMPLAINT:**

If there is a workers compensation claim complaint involving one of your employees, then contact the Texas Department of Insurance-Division of Workers' Compensation, System Monitoring and Oversight, 7551 Metro Center Drive, Suite 100, MS-8, Austin, TX 78742; or by fax to 512-490-1030; or by e-mail to DWC-ComplaintResolution@tdi.texas.gov.

**THIS NOTICE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART, TERM, OR CONDITION OF THIS POLICY.**

WC 42 03 01 I          Copyright 2016 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 3 of 3

*Confidential*

GWCC001166

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UTAH CANCELLATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the insurance provided by the policy because Utah is shown in Item 3.A. of the Information Page.

Cancellation Section (D) of Part Six § Conditions is replaced by the following:

**A.   Cancellation**

1.   You may cancel this policy.  You must mail or deliver advance notice to us stating when the cancellation is to take effect.

2.   If this policy has been previously renewed or has been in effect for at least 60 days, the provisions of this paragraph 2 apply. We may cancel this policy for one of the following reasons:

   **a.**   You fail to pay all premiums when due;

   **b.**   A material misrepresentation;

   **c.**   A substantial change in the risk assumed, unless we should reasonably have foreseen the change or contemplated the risk when entering into the contract.

   **d.**   Substantial breaches of contractual duties, conditions or warranties.

   We will mail or deliver to you not less than 30 days advance written notice stating when the cancellation is to take effect, except in the event you fail to pay your premiums when due, in which case we will mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. Should we cancel for non-payment of premiums, we must state this as the reason for the cancellation on our notice of cancellation.  Should we cancel for any of the other reasons above, we must either state the facts on which our decision is based or notify you of your right to make a written request for that information.  Mailing a cancellation notice via first class mail to you at your mailing address last known to us will be sufficient to prove notice.

3.   If this policy has not previously been renewed and has been in effect less than 60 days, we may cancel the policy for any reason and without a statement of reasons.  We will deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect.

4.   The policy period will end on the day and hour stated in the cancellation notice.

**B.   Renewal/Nonrenewal**

1.   You have the right to have the insurance renewed unless:

   **a.**   The policy has been cancelled;

   **b.**   The policy is expressly designated as nonrenewable;

   **c.**   You fail to pay the renewal premium by the due date.  We will mail the renewal notice to you not more than 45 days nor less than 14 days prior to the renewal effective date.  The

WC 43 06 02          Copyright 2002 National Council on Compensation Insurance, Inc.  All Rights Reserved.          Page 1 of 2

*Confidential*

GWCC001168

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

renewal notice will include the estimated renewal premium, how it may be paid, and state that failure to pay the renewal premium by the due date extinguishes your right to the renewal; or

d. We give you 30 days notice of nonrenewal prior to the expiration or the anniversary date. We must deliver or send the notice by first class mail to your last known mailing address.

2. If we offer to renew the policy but on less favorable terms or at higher rates, the new terms or rates will take effect on the renewal date if we delivered or sent by first class mail to you notice of the new terms or rates at least 30 days prior of the expiration date of the prior policy. The prior notice requirement does not apply if the only change is a rate increase generally applicable to your class of business, a rate increase resulting from a classification change, or a policy form change made to make the form consistent with Utah law.

*Confidential*

GWCC001169

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# VERMONT LAW ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)    6069

The endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Vermont is shown in Item 3.A. of the Information Page.

1.   We may not limit our liability to pay damages if a judgment for damages is entered against you and we continue the suit or other action without your consent.

2.   No action will lie against us to recover for a loss under this insurance unless it is brought within one year after the amount of loss is made certain either by agreement between the parties with our consent or by actual trial and final judgment. If you are bankrupt or insolvent, anyone who obtains such a judgment or agreement has a right of action against us to recover under the policy to the extent that insurance is provided for the damages or loss.

3.   If you pay a judicial judgment or claim for any of our liability under this insurance, that will not bar you from an action or right of action against us.

*Confidential*

GWCC001170

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001171

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## VERMONT CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

### JOE MORTEN & SON INC (IL)   6069

The endorsement applies only to the insurance provided by the policy because Vermont is shown in Item 3.A. of the Information Page.

Part Six § Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D.  Cancellation and Nonrenewal**

1.  You may cancel this policy.  You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy.  We must mail by certified mail to you and to the Commissioner of Labor (Commissioner) not less than 45 days' advance written notice stating when the cancellation is to take effect.  Mailing notice by certified mail to you at your mailing address last known to us will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancellation notice.

4.  We may elect not to renew the policy.  We must mail by certified mail to you and to the Commissioner 45 days' advance written notice stating when the nonrenewal is to take effect.  If we do not give 45 days' notice, the policy will automatically be extended for 45 days from the date the notice is received by you and the Commissioner.

5.  If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

    a.  We offer to continue the insurance by delivery of a renewal contract to you, or

    b.  You notify us in writing that you do not want to renew the policy, or

    c.  You obtain other insurance or a guarantee contract, or you establish and maintain, to the satisfaction of the Commissioner, security for compensation.

WC 44 06 02 B     **Copyright 2014 National Council on Compensation Insurance, Inc.  All Rights Reserved.**     **Page 1 of 1**

*Confidential*                                                                                        **GWCC001172**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001173

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## VIRGINIA AMENDATORY ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| | Endorsement Number |
| **GREAT WEST CASUALTY COMPANY** | |

### JOE MORTEN & SON INC (IL)   6069

This endorsement applies only to the Virginia insurance provided by the policy because Virginia is shown in Item 3.A. of the Information Page.

For Virginia insurance, Part Six D. (Conditions - Cancellation) is replaced by:

1.  You may cancel this policy. You must mail or deliver advance written notice to us. You must provide written notice of your cancellation, including the date of and reasons for the cancellation, to the Workers Compensation Commission.

2.  We may cancel this policy. We will provide you with 30 days notice of cancellation. We will provide the Workers Compensation Commission with immediate notice of such cancellation. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

3.  In the event of cancellation by you or us, you must provide 30 days written notice of the cancellation to your covered employees.

4.  We may nonrenew your policy. We will provide 30 days notice to you and to the Workers Compensation Commission of our decision to nonrenew. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

5.  If you fail to pay the premium due on this policy, we may cancel the policy by providing 10 days notice to you and to the Workers Compensation Commission.

WC 45 06 02          Copyright 1993 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

*Confidential*

GWCC001174

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WEST VIRGINIA EMPLOYERS LIABILITY INSURANCE INTENTIONAL ACT EXCLUSION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

Part Two - Employers Liability Insurance, C. - Exclusions, 5. is replaced by the following:

This insurance does not cover:

**5.**   bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, including by your deliberate intention as that term is defined by W. Va. Code § 23-4-2(d)(2).

---

WC 47 03 01 A      Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.      Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001177

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WEST VIRGINIA WORKERS COMPENSATION INSURANCE RECOVERY FROM OTHERS ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement Effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)  6069**

Part One - Workers Compensation Insurance, G. - Recovery From Others, is replaced by the following:

We have your rights to recover our payments from anyone liable for the injury.  You will do everything necessary to protect those rights for us and to help us enforce them.

WC 47 03 02       Copyright 2006 National Council on Compensation Insurance, Inc.  All Rights Reserved.       Page 1 of 1

*Confidential*

GWCC001178

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001179

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WEST VIRGINIA CANCELLATION ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>**BLACK HORSE CARRIERS INC** | Endorsement Effective<br>**11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Endorsement Number |

**JOE MORTEN & SON INC (IL)   6069**

This endorsement applies only to the insurance provided by the policy because West Virginia is shown in Item 3.A. of the Information Page.

Part Six, D (Conditions-Cancellation) is replaced by:

**D.   Cancellation**

   1.   You may cancel this policy.  You must mail or deliver advance written notice to us by stating when the cancellation is to take effect.

   2.   We may cancel this policy at any time by providing you thirty (30) days advance written notice.

   3.   Not withstanding paragraph 2. above, if you fail to pay any premium due or refuse to comply with a premium audit under this policy, we may cancel the policy by providing you ten (10) days advance written notice.

   4.   We may also choose not to renew this policy by providing sixty (60) days advance written notice.

   5.   Our mailing of the Notice of Cancellation or Non-Renewal to your mailing address as listed in Item 1 of the information page will be sufficient notice of our intent to cancel.  We will also provide notice of the cancellation or non-renewal of the policy to the West Virginia Insurance Commissioner at least ten (10) days prior to the effective date of the termination, within ten (10) days of receipt of your request for cancellation, as applicable.

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

WC 47 06 01        Copyright 2008 National Council on Compensation Insurance, Inc.  All Rights Reserved.        Page 1 of 1

*Confidential*

GWCC001180

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## DEDUCTIBLE ENDORSEMENT A

(WC 99 06 02 B)

**THIS ENDORSEMENT IS APPLICABLE IN STATES OF AL, CO, CT, DE, DC, GA, ID, IN, IA, KS, LA, ME, MD, MI, MS, MO, MT, NE, NV, NM, NC, PA, RI, SC, TN, UT, VA AND ANY OTHER STATES ADDED TO THE POLICY THIS FORM IS**

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ 100,000 | each "accident" |
| Bodily Injury By "Disease" | $ 100,000 | each "claim" |
| All Covered Bodily Injury | NIL | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** This endorsement is issued for a term of less than (1) year, or

**b.** The policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

WC 60 02 08 09

*Confidential*

**Page 1 of 3**

GWCC001182

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

1. For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

1. "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

2. "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to,

attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. "**Claim**" means a written demand you receive for:

   a. Benefits required of you by the workers compensation law; or

   b. Damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D. CONDITIONS

1. **Recovery From Others**

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

WC 60 02 08 09

**Page 2 of 3**

*Confidential*

**GWCC001183**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

3. **Your Duties**

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

   b. Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

   All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 02 08 09

**Page 3 of 3**

*Confidential*

**GWCC001184**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001185

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
# OKLAHOMA LARGE DEDUCTIBLE ENDORSEMENT
### (WC 99 06 12 B)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ **100,000** | each "claim" |
| All Covered Bodily Injury | **NIL** | aggregate |

### A.   HOW THIS DEDUCTIBLE APPLIES

**1.   Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.**   All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.**   all sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.**   all "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2.   Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.**   this endorsement is issued for a term of less than one (1) year, or

**b.**   the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

The amount of the aggregate will change at the time of the final audit, when there is an increase of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll. The aggregate will never be less than that shown in the SCHEDULE on this endorsement.

**3.**   The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

### B.   EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

**1.**   For Employers Liability Insurance provided by this policy, each limit of liability is reduced by the applicable deductible shown in the SCHEDULE on this endorsement. "Allocated loss adjustment expense" will only apply within the deductible limit and will not reduce the limit of liability for Employers Liability Insurance.

**2.**   All damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

WC 60 12 08 09

Page 1 of 2

*Confidential*

GWCC001186

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## C.  DEFINITIONS

As used in this endorsement:

1.  **"Accident"** means a single accident which results in bodily injury to one or more of your employees.

2.  **"Act of Terrorism"** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    a.  The act is an act of terrorism.

    b.  The act is violent or dangerous to human life, property or infrastructure.

    c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3.  **"Allocated loss adjustment expense"** means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4.  **"Claim"** means a written demand you receive for:

    a.  benefits required of you by the workers compensation law; or

    b.  damages covered by this policy;

    including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D.  CONDITIONS

1.  **Recovery From Others**

    We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

    If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.  **Cancellation**

    You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

    If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

3.  **Your Duties**

    a.  The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

    b.  Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4.  **Other Rights and Duties (Ours and Yours)**

    All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: 11037

**DATE ISSUED: OCTOBER 25 2018**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## ILLINOIS DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 18 B)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ _____ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ _____ **100,000** | each "claim" |
| All Covered Bodily Injury | _____ **NIL** | aggregate |

**A.  HOW THIS DEDUCTIBLE APPLIES**

**1.  Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.**  All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.**  all sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.**  all "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2.  Policy Period Aggregate**

If an amount is shown above as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.**  this endorsement is issued for a term of less than (1) year, or

**b.**  the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.**  The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

**B.  EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY**

**1.**  For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

WC 60 18 08 09

Page 1 of 2

*Confidential*

GWCC001188

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

1. **"Accident"** means a single accident which results in bodily injury to one or more of your employees.

2. **"Act of Terrorism"** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. **"Allocated loss adjustment expense"** means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. **"Claim"** means a written demand you receive for:

   a. benefits required of you by the workers compensation law; or

   b. damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D. CONDITIONS

1. **Recovery From Others**

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

   If you fail to do so, we may cancel this policy, according to PART SIX - CONDITIONS, paragraph D., Cancellation.

3. **Your Duties**

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

   b. Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

   All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 18 08 09

*Confidential*

GWCC001189

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
# TEXAS DEDUCTIBLE ENDORSEMENT A
(WC 99 06 25 A)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ **100,000** | each "claim" |
| All Covered Bodily Injury | **NIL** | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** This endorsement is issued for a term of less than (1) year, or

**b.** The policy or this endorsement is cancelled for any reason by you before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

WC 60 25 08 09

Page 1 of 3

*Confidential*

GWCC001190

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**B.  EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY**

1. For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

**C.  DEFINITIONS**

As used in this endorsement:

1. **"Accident"** means a single accident which results in bodily injury to one or more of your employees.

2. **"Act of Terrorism"** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. **"Allocated loss adjustment expense"** means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific

items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. **"Claim"** means a written demand you receive for:

   a. Benefits required of you by the workers compensation law; or

   b. Damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

**D.  CONDITIONS**

1. **Recovery From Others**

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

WC 60 25 08 09

*Confidential*

GWCC001191

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

3. **Your Duties**

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

   b. Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

   All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 25 08 09

Page 3 of 3

*Confidential*

GWCC001192

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

THIS PAGE INTENTIONALLY LEFT BLANK

GWCC001193

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## NEW YORK DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 39 B)

---

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ 100,000 | each "accident" |
| Bodily Injury By "Disease" | $ 100,000 | each "claim" |
| All Covered Bodily Injury | NIL | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** all sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** all "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** this endorsement is issued for a term of less than (1) year, or

**b.** the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

**B. DEFINITIONS**

As used in this endorsement:

**1.** "Accident" means a single accident which results in bodily injury to one or more of your employees.

**2.** "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

**a.** The act is an act of terrorism.

**b.** The act is violent or dangerous to human life, property or infrastructure.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. **"Allocated loss adjustment expense"** means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. **"Claim"** means a written demand you receive for:

a. benefits required of you by the workers compensation law; or

b. damages covered by this policy;

including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## C. CONDITIONS

1. **Recovery From Others**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted, the policy premium will be changed and the New York Compensation Insurance Rating Bureau will be notified.

3. **Your Duties**

a. The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

b. Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 39 08 09

*Confidential*

GWCC001195

POLICY NUMBER: **WC26278F**

NCCI Ins. Co. Number: **11037**

DATE ISSUED: OCTOBER 25 2018

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## CALIFORNIA DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 41 A)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ **100,000** | each "claim" |
| All Covered Bodily Injury | **NIL** | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

Notwithstanding the deductible, we shall pay all of your obligations for benefits under the policy for injuries occurring during the policy period. We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** This endorsement is issued for a term of less than (1) year, or

**b.** The policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

**B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY**

**1.** For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other

WC 60 41 08 09

**Page 1 of 3**

GWCC001196

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

1. **"Accident"** means a single accident which results in bodily injury to one or more of your employees.

2. **"Act of Terrorism"** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. **"Allocated loss adjustment expense"** means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses,

and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. **"Claim"** means a written demand you receive for:

   a. Benefits required of you by the workers compensation law; or

   b. Damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D. CONDITIONS

1. **Recovery From Others**

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

   If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

WC 60 41 08 09

*Confidential*

GWCC001197

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

Nonpayment of the deductible amounts due by you shall not relieve us from the payment of compensation for injuries sustained by the employee during the period of time the endorsed policy was in effect. The coverage provided under this endorsement shall not be terminated retroactively for the nonpayment of deductible amounts.

The nonpayment of the deductible amounts by you, or the failure to comply with any security-related terms of the policy, shall be treated in the same manner as the nonpayment of premium.

3.  **Your Duties**

    a.  The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

    b.  Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4.  **Other Rights and Duties (Ours and Yours)**

    All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 41 08 09

**Page 3 of 3**

*Confidential*

GWCC001198

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
# ARKANSAS DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 45 C)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ **100,000** | each "claim" |
| All Covered Bodily Injury | **NIL** | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** all sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** all "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us for any amount(s) we have paid within 30 days from receipt of billing.

**2. Policy Period Aggregate**

If an amount is shown above as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** this endorsement is issued for a term of less than (1) year, or

**b.** the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

WC 60 45 05 13

*Confidential*

GWCC001200

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**b.** **<u>Workers Compensation Coverage</u>**

Great West issued annual workers compensation coverage ("WC Policies"), starting with Policy No. WC26278A and continuing through Policy WC26278G. The "A" Policy incepted on November 1, 2013. The "H" Policy coverage terminated by cancellation on April 1, 2021. Each WC Policy had substantially the same terms and conditions, unless specifically noted below. A true and correct copy of WC Policy "F" is attached hereto as **<u>Exhibit 2</u>**.

**c.** **<u>Commercial Auto Coverage</u>**

Great West issued annual commercial auto policies ("CA Policies") starting with Policy No. MCP07064A and continuing through MCP07064H. The "A" Policy incepted on November 1, 2013. The "H" Policy coverage terminated by cancellation on April 1, 2021. Each CA Policy had substantially the same terms and conditions, unless specifically noted below. A true and correct copy of CA Policy "F" is attached hereto as **<u>Exhibit 3</u>**.

CA Policy "A" was a "Package Policy" in that it included a CGL coverage form and coverage grant in addition to the CA coverage. That CGL form is addressed herein as part of the analysis of CGL coverage. Similarly, CA Policies "G" and "H" policies were Package Policies and include CGL coverage forms, which are addressed herein as part of the analysis of CGL coverage.

2. In this action, Great West seeks a declaration that it does not have a duty to defend or indemnify Black Horse under any of the Policies in connection with the underlying putative

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

class action suit titled *Jorome Tims v. Black Horse Carriers, Inc.*, in the Circuit Court of Cook County, Illinois.

<h3 align="center">PARTIES, JURISDICTION & VENUE</h3>

3.      Plaintiff, Great West is a corporation organized under the laws of the State of Nebraska, with its principal place of business in South Sioux City, Nebraska, and is licensed to issue insurance policies in Illinois.

4.      Defendant, Black Horse, is a corporation organized under the laws of the State of Illinois, with its principal place of business in Carol Stream, DuPage County, Illinois.  Black Horse conducts business in Cook County.

5.      Defendants, Jorome Tims, and Isaac Watson are citizens of the State of Illinois. Tims and Watson are joined in this suit as nominal party defendants.

6.      The Tims Lawsuit for which Black Horse seeks a defense and indemnity is a putative class action for events that allegedly occurred in Illinois, where damages are sought.

7.      Venue and jurisdiction are proper in this Court.  735 ILCS 5/2-101; 5/2-102(a); and, 5/2-209.

<h3 align="center">FACTUAL BACKGROUND</h3>

*The Tims Lawsuit*

8.      On March 18, 2019, Jorome Tims filed a three-count putative class action on his own behalf and for others similarly situated against Black Horse titled *Jorome Tims v. Black Horse Carriers, Inc.*, Case No. 19-CH-3522, Cook County, Illinois (the "Tims Lawsuit" and "Tims Complaint"). A true and correct copy of the *Class Action Complaint* in the Tims Lawsuit is attached hereto as **Exhibit 4**.  On September 25, 2019, Tims and Isaac Watson filed a *First Amended Class Action Complaint*, attached hereto as **Exhibit 5**.

128363597.1

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

9.      In the Class Action Complaint, Tims alleges that he worked for Black Horse as a supervisor from June 2017 until January 2018.  In his employment he was required to scan his fingerprint for use in tracking his work time.[1]  He scanned and Black Horse "stored [his] fingerprint data in their employee database." *See*, **Ex. 4**, *Complaint*, ¶42. Thereafter, he clocked-in and out via fingerprint scanner.

10.     Tims claims that Black Horse never informed Tims of the specific limited purposes of the use of the scans, the length of time for which Black Horse collected, stored, used and/or how Black Horse disseminated his biometric data.  Tims was never given and did not sign a written release allowing Black Horse to collect, store, use or disseminate his material.  He would not have provided his biometric data to Black Horse if he had known that Black Horse would retain it without a time limit and without his consent.  He claims that Black Horse violated his rights under the Illinois Biometric Information Privacy Act ("BIPA", or "the Act"), 740 ILCS 14/1 et seq.

11.     The Class Action Complaint alleges that Black Horse disclosed and disseminated employees' fingerprint data and biometric information to unknown third-party vendors which "host the biometric data in their data centers; fail[ed] to inform employees of the purposes and duration for which they collect" the information and failed to obtain written releases from employees prior to collecting the data.

12.     According to the Class Action Complaint, Tims "suffered an invasion of a legally protected interest when [Black Horse] secured his personal and private biometric data at a time when they had no right to do so."  He further characterizes this as "a gross invasion of his right to

---

[1]Great West acknowledges that there is no current settlement, verdict or judgment or any indemnity obligation.  Therefore, there is no current or ripe controversy on the application of limits of insurance and the coordination of limits provisions of the GWCC Policies. Great West reserves its rights to raise those issues if implicated and at an appropriate time. In addition, Great West does not imply or suggest that the allegations in the Tims Lawsuit have merit.

128363597.1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

privacy." *See*, **Ex. 4**, *Complaint*, ¶49. Tims claims that Black Horse violated BIPA by not providing him with certain information prior to securing biometric data and not informing him of the specific purpose and length of time for which the material would be collected. He was not asked to sign a release and was not given a retention policy, notwithstanding the requirements of Illinois law.

13. Specifically, in Count I of the Class Action Complaint, Tims alleges violation of Section 15(a) of BIPA, regarding the maintenance and implementation of a BIPA policy. Count II alleges violation of Section 15(b) for failing to obtain proper, prior written consent of Tims and employees regarding the use of biometric data. Count III alleges violation of Section 15(d), for the improper disclosure or dissemination of biometric information.

14. The proposed class is described as "[a]ll individuals working for Black Horse in the State of Illinois who had their fingerprints collected, captured, received, obtained, maintained, stored, or disclosed by [Black Horse] during the applicable statutory period."

15. The Class Action Complaint seeks statutory damages of $5,000 for each reckless violation of BIPA or in the alternative statutory damages of $1,000 for each negligent violation of BIPA. 740 ILCS 14/20(1) and (2). Tims also seeks "reasonable attorneys' fees and costs and other litigation expenses" incurred in enforcing his rights. 740 ILCS 14/20(3). He seeks recovery of pre- and post-judgment interest for himself and the class members.

16. Black Horse received notice of the Tims Lawsuit on or about March 22, 2019.

17. Black Horse requested coverage from and under the Great West Policies for the Tims Lawsuit. Great West advised Black Horse that it did not find a basis for coverage under its Policies, after which Black Horse and Great West entered into a Letter Agreement dated June 24,

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

2019, in which the parties agreed to not engage in coverage litigation over the nature and scope of the parties' rights and obligations under the Great West Policies.

18.     On or about July 12, 2023, Great West withdrew from the letter agreement and informed Black Horse of its intent to seek declaratory relief. **Exhibit 6**.  Accordingly, an actual controversy exists between Great West and Black Horse.  735 ILCS 5/2-701.  This Court is invested with the power to declare the rights and liabilities of the parties hereto and to grant such relief as it deems necessary and proper. *Id.*

### COUNT I – DECLARATORY JUDGMENT AS TO CGL COVERAGE A
### (The Claim Does Not Fall within CGL Coverage Grant A)

19.     Plaintiff, Great West adopts and repeats the allegations of Paragraph 1 through 18 as and for Paragraph 19, as though the same were fully set forth herein.

20.     The CGL Policies each provide for certain Coverage designated as Coverage A. That coverage grant provides that Great West "…will pay all sums the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies…" when caused by an "occurrence" when the injury or damage occurs during the policy period. **Ex. 1**, CGL Policy "F", Form CG 10 12 08 17, p. 1 of 20.[2]

21.     The term "occurrence" means "an accident, including continuous or repeated exposure to substantially the same general harmful conditions." *Id.*, p. 19 of 20.[3]

---

[2]  For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 1 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 1 of 21. The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 1 of 21. For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 1 of 21.

[3]  For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 20 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 19 of 21. The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 20 of 21.  For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 20 of 21.

128363597.1

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

22.     The term "bodily injury" means "'bodily injury', sickness or disease sustained by a person including death resulting from any of these."  The term "property damage" means "damage to or loss of use of tangible property." *Id.*, p. 17-20 of 21.[4]

23.     The allegations in the Tims Complaint do not include claims for "bodily injury" or for "property damage" caused by an "occurrence."

24.     Coverage A of the CGL Policies, therefore, does not actually or potentially provide coverage for the Tims Lawsuit.

25.     Accordingly, Great West has no duty to defend and indemnify Black Horse in the Tims Lawsuit under Coverage A of the CGL Forms.

WHEREFORE, Great West respectfully requests that this Honorable Court declare that:

A.     The Tims Complaint does not allege claims that fall within the coverage grant under Coverage A of the CGL Forms;

B.     Great West has no duty to defend or indemnify Black Horse under Coverage A of the CGL Forms for any judgment, verdict or settlement in connection with the Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.     Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

### COUNT II – DECLARATORY JUDGMENT UNDER CGL COVERAGE B
**(The Claim Does Not Fall Within CGL Coverage Grant B)**

26.     Plaintiff, Great West adopts and repeats the allegations of Paragraph 1 through 25 as and for Paragraph 26, as though the same were fully set forth herein.

---

[4] For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 18-21 of 21.  For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 17-20 of 21.  The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 17-20 of 21.  For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 18-21 of 21.

128363597.1

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

27.     The CGL Forms' insuring agreement in Coverage B provides that Great West will pay for offence-based "personal and advertising injury."  **Ex. 1**, CGL Policy "F", Form CG 10 12 08 17, p 8 of 20.[5]

28.     The definitions of the CGL Forms provide that "personal and advertising injury"

> …means any injury, including consequential bodily injury arising out of one or more of the following offenses: …

*See*, **Ex. 1**, CGL Policy "F", Form CG 10 12 08 17, p. 19 of 20.[6]  None of the defined offenses apply as to fingerprinting employees.

29.     In particular, while offense "e" applies as to a limited set of violations of a person's right of privacy, it explicitly requires "[o]ral or written publication, in any manner, of material that violates a person's right of privacy." *Id.*

30.     The Tims Complaint is brought by employees of Black Horse and alleges that Black Horse violated its employees' privacy in their biometric information by requiring them to provide their biometric information but does not allege any enumerated offence.

31.     The Great West CGL Forms, therefore, do not actually or potentially provide coverage for the Tims Lawsuit.

32.     Accordingly, Great West has no duty to defend and indemnify Black Horse in the Tims Lawsuit.

---

[5]  For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 8 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 8 of 21. The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 8 of 21.  For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 8 of 21.

[6]  For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 20 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 19 of 21. The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 20 of 21. For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 20 of 21.

128363597.1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

WHEREFORE, Great West respectfully requests that this Honorable Court declare that:

A.     The Tims Complaint does not allege claims that fall within the coverage grant under the GCL Forms, Coverage B;

B.     Great West has no duty to defend or indemnify Black Horse under Coverage B of the CGL Forms for any judgment, verdict or settlement in connection with the Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.     Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

### COUNT III – DECLARATORY JUDGMENT UNDER CGL COVERAGE B
### (Exclusion for Employment Related Practices)

33.     Plaintiff, Great West adopts and repeats the allegations of Paragraph 1 through 32 as and for Paragraph 33, as though the same were fully set forth herein.

34.     As to personal and advertising injury claims, the Great West CGL Forms provide that this insurance does not apply to:

**p. EMPLOYMENT-RELATED PRACTICES**

"Personal and advertising injury" to:

(1)     A person arising out of any:

    (a)  Refusal to employ that person;

    (b)  Termination of that person's employment; or

    (c)  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2)     The spouse, child, parent, brother or sister of that person…

This exclusion applies:

(1)     Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2)     Whether the insured may be liable as an employer or in any other capacity; and

128363597.1

9

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

(3)     To any obligation to share damages with or repay someone else who must pay damages because of the injury.

*See*, **Ex. 1**, CGL Policy "F" Form CG 10 12 08 17, p. 10 of 20, bold in original.[7]

35.     The Tims Lawsuit is brought by employees of Black Horse and alleges that Black Horse violated its employees' privacy in their biometric information by requiring them to provide their biometric information for timekeeping purposes and disclosing their biometric information in violation of BIPA.

36.     Any "personal and advertising injury" that is claimed arises out of employment-related practices, policies, acts or omissions such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution, and coverage is precluded under Coverage B of the Great West CGL Policies by reason of the Employment-Related Practices Liability Exclusion.

37.     Even if the claims of the Tims lawsuit were to fall within Coverage B, which they do not, the Great West CGL Policies exclude coverage for the Tims claims.

38.     Accordingly, Great West has no duty to defend and indemnify Black Horse for the Tims Lawsuit.

WHEREFORE, Great West respectfully requests that this Honorable Court declare that:

A.     The Tims Complaint does not allege claims that fall within Coverage B of the CGL Forms, but, pleading in the alternative, any such coverage would be excluded by application of the Employment-Related Practices exclusion;

B.     Great West has no duty to defend or indemnify Black Horse under Coverage B of the CGL Forms for any judgment, verdict or settlement in connection

---

[7] For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 9-10 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 9-10 of 21.  The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 10 of 21.  For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 10 of 21.

128363597.1

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

with the Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.  Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

### COUNT IV – DECLARATORY JUDGMENT UNDER CGL COVERAGE B
**(Exclusion for Recording & Distribution of Material in Violation of Law/Knowing Violation of Rights of Another)**

39.  Plaintiff, Great West adopts and repeats the allegations of Paragraph 1 through 38

as and for Paragraph 39, as though the same were fully set forth herein.

40.  The Great West CGL Forms exclude coverage for:

**t.  RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1)  The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2)  The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3)  The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4)  Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

*See*, **Ex. 1**, CG 10 12 08 17, Exclusion t., p. 10-11 of 20, bold in original.[8]

---

[8]  For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 10 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 10 of 21. The cited form is used in CGL Policies "E" and "F". For

128363597.1

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

41.     The Great West Policies also exclude coverage for Knowing Violation of Rights of Another for acts that would violate the rights of another. *Id.*, Exclusion a., p. 8 of 20.[9]

42.     The Tims Complaint alleges that Black Horse violated BIPA, a state statute, that addresses the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

43.     Thus, any "personal and advertising injury" arises directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA, FACTA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information and constitutes a knowing violation of the rights of Jorome Tims and others.

44.     Therefore, the Recording And Distribution Of Material Or Information In Violation Of Law Exclusion and the Knowing Violation of Rights of Another eliminate coverage for the Tims Lawsuit under Coverage B of the Great West CGL Forms.

45.     The Great West CGL Forms do not actually or potentially provide coverage for the Tims Lawsuit.

46.     Accordingly, as a result, Great West has no duty to defend or indemnify Black Horse against the Tims Lawsuit.

WHEREFORE, Great West respectfully request that this Honorable Court declare that:

---

the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 11 of 21. For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 11 of 21.

[9]  For CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A" the language is at form CG 10 12 04 13, p. 8 of 21. For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 8 of 21. The cited form is used in CGL Policies "E" and "F". For the CGL coverage form in CA Policy "G", the language is at CG 10 12 07 19, at p. 9 of 21.  For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 9 of 21.

128363597.1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

A.    The Tims Complaint does not allege claims that fall within the grant of coverage under Coverage B pf the CGL Forms, but, pleading in the alternative, any such coverage would be excluded by application of the exclusions for Recording And Distribution Of Material Or Information In Violation Of Law &/or Knowing Violation of the Rights of Another;

B.    Great West has no duty to indemnify Black Horse under Coverage B of the CGL Forms for any judgment, verdict or settlement in connection with the Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.    Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

### COUNT V – DECLARATORY JUDGMENT UNDER CGL COVERAGE B
**(Exclusion for Access or Disclosure of Confidential Information)**

47.    Plaintiffs adopt and repeat the allegations of Paragraph 1 through 46 as and for Paragraph 47, as though the same were fully set forth herein.

48.    Effective November 1, 2015 (the inception of CGL Policy "C"), Coverage B of the Great West CGL Forms excludes:

**u.    ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's organization's confidential or personal information.

*See*, **Ex. 1**, CG 10 12 08 17, Exclusion u., p. 11 of 20, bold in original.[10]

---

[10]  This exclusion does not apply for CGL Policies "A" and "B" and for the CGL coverage form included in CA Policy "A". For CGL Policies "C" and "D" the language is at form CG 10 12 01 15, p. 11 of 21. The cited form is used in CGL Policies "E" and "F". For the CGL coverage

128363597.1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

49.     The Tims Complaint alleges that Black Horse collected its employees' fingerprints and biometric information in violation of BIPA.

50.     Biometric information is personal and/or confidential information.

51.     Therefore, any "personal and advertising injury" arises out of access to or disclosure of any person's confidential or personal information, and coverage for the Tims Lawsuit is precluded under the Great West CGL Forms pursuant to the Access or Disclosure of Confidential or Personal Information Exclusion.

52.     The Great West CGL Forms consequently do not actually or potentially provide coverage for the Tims Lawsuit.

53.     Accordingly, Great West has no duty to defend or indemnify Black Horse for the Tims Lawsuit.

WHEREFORE, Great West respectfully requests that this Honorable Court declare that:

A.      The Tims Complaint does not allege claims that fall within CGL coverage grant B, but, pleading in the alternative, effective November 1, 2015, any such coverage would be excluded by application of the Exclusion for Access or Disclosure of Confidential or Personal Information.

B.      Great West has no duty to defend or indemnify Black Horse under Coverage B of the CGL Forms that were effective on or after November 1, 2015, for any claim, judgment, verdict or settlement in connection with the Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.      Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

---

form in CA Policy "G", the language is at CG 10 12 07 19, at p. 11 of 21. For the CGL coverage form in CA Policy "H", the language is at CG 10 12 05 20, at p. 11 of 21.

128363597.1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

### COUNT VI – DECLARATORY JUDGMENT, WORKERS COMPENSATION COVERAGE
### (The Loss Does Not Fall within the Coverage Grant)

54.     Plaintiffs adopt and repeat the allegations of Paragraph 1 through 53 as and for Paragraph 54, as though the same were fully set forth herein.

55.     The WC Policies cover benefits under the Workers Compensation law.  *See*, **Ex. 2**, WC 00 00 00 C, p. 1 of 6.[11] The provisions apply to "bodily injury by accident or bodily injury by disease…Bodily injury includes resulting death". *Id*.

56.     Under Illinois law,

> [n]o common law or statutory right to recover damages from the employer, his insurer, his broker, [or] any service organization […]for injury or death sustained by any employee while engaged in the line of his duty as such employee, other than the compensation herein provided, is available *to* any employee who is covered by the provisions of this Act.

820 ILCS 305/5, (Illinois Workers Compensation Act, herein the "Act").

57.     The WC Policies further provide Part B Coverage, which applies to "sums that [Black Horse] legally must pay as damages because of bodily injury to your employees…" The "bodily injury must arise out of and in the course of the injured employee's employment". *See*, **Ex. 2**, WC 00 00 00 C, p. 2-3 of 6.[12]

58.     The Tims complaint does not seek any Workers Compensation benefits or bodily injury covered under the WC Policies.

WHEREFORE, Great West respectfully requests that this Honorable Court declare that:

A.     The Tims Complaint does not allege claims that fall within the WC Policies.

B.     Great West has no duty to defend or indemnify Black Horse for under the WC Policies for any judgment, verdict or settlement in connection with the

---

[11]  This form is included in WC Policies "C" through "G".  The language quoted is found in WC Policies "A" and "B" at WC 00 00 06 12, at p. 1 of 6.

[12]  The language quoted is in WC Policies "A" and "B" at WC 00 00 06 12, at p. 3 of 6. The cited form is in WC Policies "C" through "G".

128363597.1

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.     Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

### COUNT VII – DECLARATORY JUDGMENT, COMMERCIAL AUTO COVERAGE
### (The Loss Does Not Fall within the CA Coverage Grant)

59.     Plaintiffs adopt and repeat the allegations of Paragraph 1 through 58 as and for Paragraph 59, as though the same were fully set forth herein.

60.     The CA coverage grant provides coverage for an "accident" "resulting from the ownership, maintenance or use of a covered 'auto.'" *See*, **Ex. 3**, CA 16 12 05 18, p. 3 of 16, ¶A.[13]

61.     The Tims Lawsuit does not allege any "accident," nor does it allege an accident "resulting from the ownership, maintenance or use of a covered 'auto'."

WHEREFORE, Great West respectfully requests that this Honorable Court declare that:

A.     The Tims Complaint does not allege claims that fall within the CA Policies.

B.     Great West has no duty to defend or indemnify Black Horse for any judgment, verdict or settlement in connection with the Tims Lawsuit, including for any award of pre-judgment, post-judgment interest or any liquidated damages, and;

C.     Granting any other relief that this Honorable Court deems just and equitable under the circumstances, including the award of costs.

Dated: September 6, 2023                 Respectfully submitted,

                                         GREAT WEST CASUALTY COMPANY


                                         By: */s/ Siobhán M. Murphy*
                                         One of Its Attorneys

---

[13]  The language quoted is in CA Policy "A" at CA 16 12 06 11, at p. 3 of 17. It is in CA Policy "B" at CA 16 12 12 13, at p. 3 of 17; CA Policies "C" and "D" at CA 16 12 01 15 at p. 3 of 17; CA Policy "E" at CA 16 12 01 17, at p. 3 of 16. The cited form is in CA Policies "F" and "G". The language quoted is in CA Policy "H" at CA 16 12 04 20, at p. 3 of 16.

128363597.1

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

Danny L. Worker
Siobhán M. Murphy
Vincent P. Tomkiewicz
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312-345-1718
312-345-1778 (fax)
dan.worker@lewisbrisbois.com
siobhan.murphy@lewisbrisbois.com
vincent.tomkiewicz@lewisbrisbois.com
Firm ID No. 41737
Attorneys for Great West Casualty Company

128363597.1

17

Hearing Date: 1/4/2024 9:15 AM
Location: Court Room 2508
Judge: Gamrath, Celia G

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED
9/6/2023 1:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH07977
Calendar, 6
24225257

**4. Third-Party Administrator**

If a third-party administrator (TPA), is adjusting claims under this endorsement, the following conditions shall apply:

**a.** The TPA is responsible to us for guidance and final authority in matters regarding whether an injury or illness constitutes a claim for purposes of the policy;

**b.** You may not pay claims directly or decline to report claims, regardless of the amount, to the TPA nor attempt to control or influence the TPA and the claims adjustment process, except as allowed by A.C.A. 23-63-112. You shall cooperate fully in furnishing all information to the TPA, that in the TPAs opinion, is relevant to a workers compensation claim; and

**c.** We or the TPA will handle all claims and we have the right to defend all claims within and above the deductible amount.

**B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY**

**1.** For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

**2.** For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

**C. DEFINITIONS**

As used in this endorsement:

**1.** "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

**2.** "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

**a.** The act is an act of terrorism.

**b.** The act is violent or dangerous to human life, property or infrastructure.

**c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

**d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

**4.** "**Claim**" means a written demand you receive for:

**a.** benefits required of you by the workers compensation law; or

**b.** damages covered by this policy;

including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

WC 60 45 05 13

Page 2 of 3

*Confidential*

GWCC001201

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**D.   CONDITIONS**

   **1.   Recovery From Others**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

   **2.   Cancellation**

You will pay us within 30 days (a) all amounts for which you are responsible under this endorsement, and (b) for any such amounts that we have paid, upon receipt of a billing from us.

If you fail to do so, we may cancel this policy, according to PART SIX - CONDITIONS, paragraph D., Cancellation.

   **3.   Your Duties**

     **a.**   The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

     **b.**   Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

   **4.   Other Rights and Duties (Ours and Yours)**

All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 45 05 13

*Confidential*

GWCC001202

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001203

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## VERMONT DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 48 B)

---

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ 100,000 | each "accident" |
| Bodily Injury By "Disease" | $ 100,000 | each "claim" |
| All Covered Bodily Injury | NIL | aggregate |

**A.  HOW THIS DEDUCTIBLE APPLIES**

**1.  Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** all sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** all "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2.  Policy Period Aggregate**

If an amount is shown above as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** this endorsement is issued for a term of less than (1) year, or

**b.** the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

**B.  EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY**

**1.** For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

WC 60 48 08 09

**Page 1 of 2**

*Confidential*

GWCC001204

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**2.** For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

**1.** "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

**2.** "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    **a.** The act is an act of terrorism.

    **b.** The act is violent or dangerous to human life, property or infrastructure.

    **c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    **d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

**4.** "**Claim**" means a written demand you receive for:

    **a.** benefits required of you by the workers compensation law; or

    **b.** damages covered by this policy;

including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D. CONDITIONS

**1. Recovery From Others**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

**2. Cancellation**

You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

If you fail to do so, we may cancel this endorsement, according to PART SIX - CONDITIONS, paragraph D., Cancellation.

**3. Your Duties**

    **a.** The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

    **b.** Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

**4. Other Rights and Duties (Ours and Yours)**

All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

*Confidential*

GWCC001205

**POLICY NUMBER: WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## FLORIDA DEDUCTIBLE ENDORSEMENT
WC 99 06 51 A

---

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By Accident | $ 100,000 | each accident |
| Bodily Injury By Disease | $ 100,000 | each employee |
| All Covered Bodily Injury | NIL | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

1. You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

   a. All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

   b. All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

   c. All "allocated loss adjustment expense" as part of any claim, proceeding or suit we defend;

   because of (1) bodily injury by accident to your employee; or (2) bodily injury by disease to your employee.

   Notwithstanding the deductible, we shall pay all of your obligations for benefits or damages under the policy for injuries occurring during the policy period. We will pay within the deductible, all amounts necessary to settle any claim, proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

2. **Policy Period Aggregate**

   If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by accident and bodily injury by disease for each annual policy period.

   The aggregate will not be reduced if:

   a. This endorsement is issued for a term of less than (1) year, or

   b. The policy is cancelled for any reason by you or by us before the end of the policy period.

   We will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll.

3. The deductible shown in the SCHEDULE on this endorsement shall not apply to any loss caused by an act of terrorism.

4. All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

WC 60 51 08 09

Page 1 of 2

*Confidential*

GWCC001206

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

1.  For Employers Liability Insurance provided by this policy, the applicable each employee, each accident, policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2.  For purposes of this paragraph B., all damages because of bodily injury by accident or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

"**Allocated loss adjustment expense**" means any adjustment expense directly allocated by us to a particular loss. Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries.

## D. CONDITIONS

1.  **Recovery From Others**

    We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

    If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any expense incurred in collecting the payment, then to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.  **Cancellation**

    You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

    If you fail to do so, we may cancel this policy.

    Nonpayment of the deductible amounts due by you shall not relieve us from the payment of compensation for injuries sustained by the employee during the period of time the endorsed policy was in effect. The coverage provided under this endorsement shall not be terminated retroactively for any reason.

    The nonpayment of the deductible amounts by you shall be treated in the same manner as the nonpayment of premium.

3.  **Your Duties**

    a.  The first Named Insured shown in the Information Page agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

    b.  Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4.  **Other Rights and Duties (Ours and Yours)**

    All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

5.  **Combination of Entities**

    Only entities that are combinable under the Experience Rating Plan can be combined under a large deductible.

WC 60 51 08 09

*Confidential*

GWCC001207

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER:** WC26278F

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
# KENTUCKY DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 53 B)

---

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ **100,000** | each "claim" |
| All Covered Bodily Injury | **NIL** | aggregate |

### A. HOW THIS DEDUCTIBLE APPLIES

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** This endorsement is issued for a term of less than (1) year, or

**b.** The policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

The amount of the aggregate will change at the time of the final audit, when there is an increase of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll. The aggregate will never be less than that shown in the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

---

WC 60 53 08 09

Page 1 of 3

*Confidential*

GWCC001208

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

1. For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

1. "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

2. "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to,

attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. "**Claim**" means a written demand you receive for:

   a. Benefits required of you by the workers compensation law; or

   b. Damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D. CONDITIONS

1. **Recovery From Others**

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

*Confidential*

GWCC001209

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

3. **Your Duties**

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

   b. Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

   All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

*Confidential*

GWCC001210

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001211

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:** WC26278F

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
# MINNESOTA LARGE DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 55 B)

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy.  You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ 100,000 | each "accident" |
| Bodily Injury By "Disease" | $ 100,000 | each "claim" |
| All Covered Bodily Injury | NIL | aggregate |

**A.   HOW THIS DEDUCTIBLE APPLIES**

**1.   Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.**   All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.**   All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.**   All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit.  You will reimburse us promptly for any amount(s) we have paid.

**2.   Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.**   This endorsement is issued for a term of less than one (1) year, or

**b.**   The policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy.  The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.**   The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

WC 60 55 08 09

**Page 1 of 3**

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

### B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

1. For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

### C. DEFINITIONS

As used in this endorsement:

1. "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

2. "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    a. The act is an act of terrorism.

    b. The act is violent or dangerous to human life, property or infrastructure.

    c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to,

attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. "**Claim**" means a written demand you receive for:

    a. Benefits required of you by the workers compensation law; or

    b. Damages covered by this policy;

    including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

    All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

### D. CONDITIONS

1. **Recovery From Others**

    We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

    If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

    You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

WC 60 55 08 09

*Confidential*

Page 2 of 3

GWCC001213

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

If you fail to do so, we may cancel this endorsement by giving you at least 10 days notice. In this event, the deductible credit will be deleted and the policy premium will be changed.

3. **Your Duties**

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

   b. Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

   All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

*Confidential*

GWCC001214

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

THIS PAGE INTENTIONALLY LEFT BLANK

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER:** **WC26278F**

NCCI Ins. Co. Number: **11037**

**DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## CONNECTICUT DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 61)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ 100,000 | each "accident" |
| Bodily Injury By "Disease" | $ 100,000 | each "claim" |
| All Covered Bodily Injury | NIL | aggregate |

### A. HOW THIS DEDUCTIBLE APPLIES

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits,

damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** This endorsement is issued for a term of less than one (1) year, or

**b.** The policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

### B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

**1.** For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

WC 60 57 08 09

Page 1 of 2

*Confidential*

GWCC001216

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**2.** For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

**C. DEFINITIONS**

As used in this endorsement:

**1.** "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

**2.** "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    **a.** The act is an act of terrorism.

    **b.** The act is violent or dangerous to human life, property or infrastructure.

    **c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    **d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

**4.** "**Claim**" means a written demand you receive for:

    **a.** Benefits required of you by the workers compensation law; or

    **b.** Damages covered by this policy;

including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages.

By your employee includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

**D. CONDITIONS**

**1. Recovery From Others**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

**2. Cancellation**

You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

**3. Your Duties**

    **a.** The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

    **b.** Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

**4. Other Rights and Duties (Ours and Yours)**

All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 57 08 09

*Confidential*

GWCC001217

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

POLICY NUMBER: **WC26278F**

NCCI Ins. Co. Number: **11037**

DATE ISSUED: OCTOBER 25 2018

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
## TENNESSEE DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 65)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay.

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ **100,000** | each "accident" |
| Bodily Injury By "Disease" | $ **100,000** | each "claim" |
| All Covered Bodily Injury | **NIL** | aggregate |

**A. HOW THIS DEDUCTIBLE APPLIES**

**1. Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2. Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

**B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY**

**1.** For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

WC 60 61 08 09

**Page 1 of 2**

*Confidential*

**GWCC001218**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

1. "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

2. "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   **a.** The act is an act of terrorism.

   **b.** The act is violent or dangerous to human life, property or infrastructure.

   **c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   **d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to, attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. "**Claim**" means a written demand you receive for:

   **a.** Benefits required of you by the workers compensation law; or

   **b.** Damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages.

By your employee includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

## D. CONDITIONS

1. **Recovery From Others**

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. **Cancellation**

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we have paid upon receipt of a billing from us.

   If you fail to do so, we may cancel this endorsement. In this event, the deductible credit will be deleted and the policy premium will be changed.

3. **Your Duties**

   **a.** The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

   **b.** Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**

   All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

WC 60 61 08 09

*Confidential*

GWCC001219

**POLICY NUMBER: WC26278F**
NCCI Ins. Co. Number: **11037**                                    **DATE ISSUED: OCTOBER 25 2018**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
# OREGON DEDUCTIBLE ENDORSEMENT A
### (WC 99 06 23)

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we pay or are required by law to pay. **You must report ALL claims to us.**

### SCHEDULE

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By "Accident" | $ 100,000 | each "accident" |
| Bodily Injury By "Disease" | $ 100,000 | each "claim" |
| All Covered Bodily Injury | NIL | aggregate |

### A.  HOW THIS DEDUCTIBLE APPLIES

**1.  Each Occurrence; Each Claim**

You agree to reimburse us the total of any amounts that we pay, up to the deductible amount shown in the SCHEDULE on this endorsement, for:

**a.** All benefits required of you by the workers compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

**b.** All sums you legally must pay as damages covered by Part Two - Employers Liability Insurance; plus

**c.** All "allocated loss adjustment expense" as part of any "claim", proceeding or suit we defend;

because of (1) bodily injury by "accident" to your employees arising out of any one occurrence; (2) bodily injury by disease to your employee arising out of any one "claim".

We will pay within the deductible, all amounts necessary to settle any "claim", proceeding or suit. You will reimburse us promptly for any amount(s) we have paid.

**2.  Policy Period Aggregate**

If an entry is shown in the SCHEDULE on this endorsement as aggregate, then it is the most you must pay for the sum of all benefits, damages and "allocated loss adjustment expense" because of bodily injury by "accident" and bodily injury by disease for each annual policy period.

The aggregate will not be reduced if:

**a.** This endorsement is issued for a term of less than (1) year, or

**b.** The policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

At our option, we will change the amount of the aggregate at the time of the final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this Policy. The amount of the change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the SCHEDULE on this endorsement.

**3.** The deductible shown in the SCHEDULE on this endorsement shall not apply to any "claim" caused by an "act of terrorism".

WC 60 64 01 11                                                                                    **Page 1 of 3**

*Confidential*                                          **GWCC001220**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## B. EFFECT OF DEDUCTIBLE ON LIMITS OF LIABILITY

1. For Employers Liability Insurance provided by this policy, the applicable each employee, each "accident", policy or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown in the SCHEDULE on this endorsement. Those limits are not in addition to the deductible amount. This provision applies whether the Employers Liability Insurance is provided by PART TWO or by an endorsement to this policy.

2. For purposes of this paragraph B., all damages because of bodily injury by "accident" or bodily injury by disease are deemed to have been paid or to be payable before "allocated loss adjustment expense" has been paid or is payable.

## C. DEFINITIONS

As used in this endorsement:

1. "**Accident**" means a single accident which results in bodily injury to one or more of your employees.

2. "**Act of Terrorism**" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "**Allocated loss adjustment expense**" means "claim" adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but is not limited to,

attorneys' fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. Allocated loss adjustment expense does not include salaries of our company's employees nor the salaries of your company's staff attorneys.

4. "**Claim**" means a written demand you receive for:

   a. Benefits required of you by the workers compensation law; or

   b. Damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. By your employee includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

5. "**Earned Premium**" for the purpose of Workers Compensation Division premium assessments or Workers Compensation Insurance Plan operating assessments shall be the amount reported to the Oregon Insurance Division on Page 14, Column 3, Line 16 of the Annual Statement, exclusive of Longshore and Harbor Workers', Federal Employers Liability, Jones Acts, Employer Liability premium and Excess Coverage premium and any premium reductions resulting from large deductible policies authorized pursuant to OAR Chapter 836, Divisions 42 and 54. These premiums:

   a. Exclude reinsurance accepted and are without deduction of reinsurance ceded;

   b. Are before application of any large deductible credits or modification; and

   c. Are after application of experience rating, premium discounts, retrospective rating, or other individual risk rating adjustments, and are exclusive of deposit premiums.

*Confidential*

GWCC001221

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

## D.  CONDITIONS

### 1.  Recovery From Others

We have your rights and the rights of persons entitled to the benefits of this insurance to recover our payments, including those within your deductible amount, from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

### 2.  Cancellation

**a.  You must report ALL claims to us.** We will cancel this endorsement effective not more than ten (10) days following discovery that you have on three occasions within the policy period known of but not reported a workers compensation insurance claim to us or have on any occasion within the policy period made direct payment of claim costs.

**b.  (1)** You must promptly pay all amounts for which you are responsible under this endorsement, and

**(2)** You must reimburse us for any such amounts that we have paid upon receipt of a billing from us.

If you fail to do so, we will cancel this endorsement.

In the event of cancellation, the deductible credit will be deleted and the policy premium will be changed.

### 3.  Your Duties

**a.** The first Named Insured shown in the Declarations agrees and is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any deductible amounts that we have paid.

**b.** Each Named Insured is jointly and severally liable to us for all deductible amounts under this policy.

### 4.  Other Rights and Duties (Ours and Yours)

All other terms of this policy, including those which govern (a) our right and duty to defend any "claim", proceeding or suit against you, and (b) your duties if injury occurs, apply regardless of application of this deductible endorsement.

## E.  Final Premium

The premium credit percentage and final deductible premium will be recalculated after final premium audit based on actual exposures and premium.

WC 60 64 01 11

*Confidential*

GWCC001222

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC001223

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1140

JOE MORTEN & SON INC (IL)   6069
535 PLAINFIELD RD STE F
WILLOWBROOK IL 60527

_____
(fold line)

_____
(fold line)

GREAT WEST CASUALTY COMPANY

HO 00 13 02 04

*Confidential*

GWCC001225

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC001226

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1140

BLACK HORSE CARRIERS INC
455 KEHOE BLVD SUITE 105
CAROL STREAM IL 60188

_____
(fold line)

_____
(fold line)

GREAT WEST CASUALTY COMPANY

HO 00 12 02 04

*Confidential*

GWCC001227

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:** WC26278F
**POLICY EFFECTIVE DATE:** 11/01/2018
NCCI Ins. Co. Number: 11037

DATE ISSUED: FEBRUARY 06 2019

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WC 89 06 00 A

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured<br>BLACK HORSE CARRIERS INC | Endorsement effective<br>01/01/2019 |
|---|---|
| GREAT WEST CASUALTY COMPANY | Countersigned by |

(Authorized Representative)

JOE MORTEN & SON INC (IL)   6069

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☐ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☒ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☐ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

ADJUSTMENT FACTOR ██ WITH CLASS CODE ██ IS DELETED FOR WV
ADJUSTMENT FACTOR ██ WITH CLASS CODE ██ IS ADDED FOR WV

\*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | |
|---|---|
| | Total Estimated Annual Premium $ |
| Minimum Premium $ | Deposit Premium $ |

All other terms and conditions of this policy remain unchanged.

WC 89 00 01 00        Includes copyrighted material of NCCI, Inc., with its permission        Page 1 of 1
                      1996, National Council on Compensation Insurance, Inc.

*Confidential*

GWCC001229

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:** WC26278F
**POLICY EFFECTIVE DATE:** 11/01/2018
NCCI Ins. Co. Number: 11037

**DATE ISSUED: FEBRUARY 06 2019**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WC 89 06 00 A

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |

(Authorized Representative)

**JOE MORTEN & SON INC (IL)  6069**

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☐ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☐ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☒ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

**THE ESTIMATED ANNUAL PREMIUM IS CHANGED TO $▮▮▮▮▮**
**THE MINIMUM PREMIUM IS $▮▮▮▮**

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

Total Estimated Annual Premium $

| Minimum Premium $ | Deposit Premium $ |
|---|---|

All other terms and conditions of this policy remain unchanged.

WC 89 00 01 00      Includes copyrighted material of NCCI, Inc., with its permission      Page 1 of 1
1996, National Council on Compensation Insurance, Inc.

*Confidential*

GWCC001230

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
POLICY EFFECTIVE DATE: 11/01/2018
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: FEBRUARY 06 2019**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WC 89 06 00 A

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured  **BLACK HORSE CARRIERS INC** | Endorsement effective  **01/01/2019** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |

(Authorized Representative)

**JOE MORTEN & SON INC (IL)  6069**

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☐ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☒ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☐ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

**EXPIRED WEST VIRGINIA DEFICIT REDUCTION SURCHARGE EFFECTIVE JANUARY 1 2019**

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | Total Estimated Annual Premium $ | |
|---|---|---|
| Minimum Premium $ | Deposit Premium $ | |

All other terms and conditions of this policy remain unchanged.

WC 89 00 01 00          Includes copyrighted material of NCCI, Inc., with its permission          Page 1 of 1
1996, National Council on Compensation Insurance, Inc.

*Confidential*

GWCC001231

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

THIS PAGE INTENTIONALLY LEFT BLANK

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium   STATE OF   ALABAMA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████ | ███ | ██████ | ████ | $████ |
| ██████████ | | | | $████ |
| ████████ | ███ | | ███ | $████ |
| ████████ | ███ | | ███ | $████ |
| ██████████ | ███ | | ███ | $██████ |
| ██████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001233

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium     STATE OF   ARKANSAS

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ████ | ██████ | ████ | $███ |
| ██████████ | ███ | ██████ | ████ | $██ |
| ████████ | | | | $██ |
| ██████████ | ███ | | ████ | $██ |
| ██████████ | ███ | | ████ | $███ |
| ████████ | ███ | | ████ | $████ |
| ██████ | ███ | | ████ | $█ |
| ██████████ | 9741 | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $██ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001234

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF CALIFORNIA | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| █████████████ | ███ | ████████ | ████ | $██████ |
| █████████ | ███ | █████ | ████ | $████ |
| █████████ | | | | $██████ |
| ██████████████ | ███ | | ████ | $████ ‒ |
| ████████████ | ███ | | ████ | $████ ‒ |
| █████ | ███ | | ████ | $█ |
| █████████████ | ███ | | ████ | $█ |
| ██████████ | ███ | | ████ | $███ |
| ███████████ | ███ | | ████ | $██ |

WC 00 02 08 89      Includes copyrighted material of the NCCI, used with its permission.      Page 1 of 1

*Confidential*

GWCC001235

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| **ITEM 4: Premium** | | | **STATE OF** CALIFORNIA | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| TOTAL PREMIUM FOR STATE | | | | $ ▮ |

WC 00 02 08 89      Includes copyrighted material of the NCCI, used with its permission.      Page 1 of 1

*Confidential*      GWCC001236

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF COLORADO | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ████ | ████████ | ████ | $ |
| ██████████ | ████ | ████████ | ████ | $ |
| ██████████ | | | | $████████ |
| ██████████████ | ████ | | | |
| ████████████████ | | | ████ | $ |
| ██████████████ | ████ | | ████ | $████ |
| ████████ | ████ | | | $██ |
| ██████████████ | ████ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001237

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF CONNECTICUT | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ████████ | ██████ | $ ██████ |
| ███████████ | ████ | ████████ | ██████ | $ ██████ |
| ██████████ | | | | $ ██████ |
| ████████████ | ████ | | | $ ██████ |
| ████████████ | ████ | | ██████ | $ ██████ |
| ██████████ | ████ | | ██████ | $ ██████ |
| ████████ | ████ | | ██████ | $ ██████ |
| ██████████ | ████ | | ██████ | $ ██████ |
| ████████████ | ████ | | ██████ | $ ██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001238

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF | CONNECTICUT | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ██ | | ██ | $ ██ |
| ██ | | | | |

| TOTAL PREMIUM FOR STATE | | | | $ ██ |
|---|---|---|---|---|

*Confidential*

GWCC001239

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED:  FEBRUARY  06  2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES  ANY  PREVIOUSLY  ISSUED  WORK  COMP  SCHEDULE  OF  OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF  DISTRICT  OF  COL. | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM  PERIOD  FROM  11/01/2018  TO  11/01/2019 | | | | |
| ██████████████ | ████ | ███████ | ████ | $███ |
| ███████████ | | | | $██ |
| ████████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| █████████████ | ███ | | ████ | $███ — |
| ████████ | ███ | | ████ | $█ |
| ██████████████ | ███ | | ███ | $█ |
| ████████████ | ███ | | ████ | $█ |
| TOTAL  PREMIUM  FOR  STATE | | | | $██ |

*Confidential*

GWCC001240

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | DELAWARE | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ████ | █ | ██████ | $█ |
| ██████████████ | ████ | █ | ██████ | $█ |
| ███████████ | | | | $█ |
| ████████████ | ████ | | ██████ | $█ |
| ██████████████ | | | ██████ | $█ |
| ██████████ | ████ | | | $██ |
| ████████ | ████ | | ██████ | $█ |
| █████████████ | ████ | | ██████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $███ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001241

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium    STATE OF FLORIDA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | ███ | $ ████ |
| ███████████ | ███ | ██████ | ███ | $ ████ |
| ██████████ | | | | $ ████ |
| ███████████ | ███ | | $ ████ | |
| ███████████ | ███ | | ███ | $ ████ |
| ███████████ | ███ | | ███ | $ ████ |
| ██████ | ███ | | ███ | $ ████ |
| TOTAL PREMIUM FOR STATE | | | | $ ████ |

WC 00 02 08 89   Includes copyrighted material of the NCCI, used with its permission.   Page 1 of 1

*Confidential*   GWCC001242

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF GEORGIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████████ | ████ | ██████ | ████ | $██████ |
| ███████████ | ████ | ██████ | ████ | $████ |
| ████████ | | | | $█████ |
| ██████████████ | ████ | | ████ | $█████ |
| ██████████████ | ████ | | ████ | $████ |
| ████████ | ████ | | ████ | $██████ |
| ██████ | ███ | | ███ | $███ |
| █████████████ | ███ | | ███ | $████ |
| █████████████ | ███ | | ███ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission          Page 1 of 1

*Confidential*

GWCC001243

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: FEBRUARY 06 2019**

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium  **STATE OF IOWA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ███ | ██████ | ███ | $█████ |
| █████████ | | | | $█████ |
| ███████████ | ████ | | ████ | $████ |
| █████████ | ████ | | ████ | $████ |
| ███████████ | ████ | | ████ | $████ — |
| ██████ | ████ | | ████ | $██ |
| ███████████ | ████ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001244

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | IDAHO | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | ████ | ███ | $█ |
| ███████ | ███ | █ | ███ | $█ |
| ████ ████ | | | | $█ |
| ███████ | ███ | | ████ | $█ |
| ████████ | ███ | | ████ | $█ |
| ███████ | ███ | | ████ | $█─ |
| ████ | ███ | | | $█ |
| ███████ | ███ | | ████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $█ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001245

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium     STATE OF   ILLINOIS

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | █████████ | █████ | $███████ |
| ████████ | ████ | ████████ | █████ | $█████ |
| ██████████ | | | | $████████ |
| ██████ | ████ | | | $████ |
| ██████████ | ████ | | █████ | $████ |
| ██████████ | ████ | | █████ | $██████ |
| ████████ | ████ | | █████ | $█████ |
| ███████ | ████ | | █████ | $████ |
| ████████████ | ████ | | █████ | $████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001246

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |



| ITEM 4: Premium | | STATE OF ILLINOIS | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ ▮▮▮ |
| ▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ | |
| TOTAL PREMIUM FOR STATE | | | | $ ▮▮▮ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*

GWCC001247

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

**NCCI Co. No.:** 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | INDIANA | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ██ | ████████ | ████ | $ ████ |
| ██████████ | ██ | ██████ | ████ | $ ██ |
| ████████ | | | | $ ████ |
| ████████████ | ███ | | ████ | $ ███ |
| ██████ | ███ | | ████ | $ ██ |
| ████████ | ███ | | ████ | $ ███ |
| ██████ | ███ | | ███ | $ ███ |
| ██████████ | ██ | | ███ | $ ██ |
| ████████ | ██ | | █████ | $ ██ |
| TOTAL PREMIUM FOR STATE | | | | $ █████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001248

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium                    STATE OF   KANSAS

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ■ | ■ | ■ | $■ |
| ■ | | | | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |
| ■ | ■ | | ■ | $■ |

| TOTAL PREMIUM FOR STATE | | | | $■ |

WC 00 02 08 89         Includes copyrighted material of the NCCI, used with its permission.         Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF KENTUCKY | | |
|---|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ███ | ███████ | ██████ | $████ |
| █████████ | | | | $████ |
| ████████████ | ███ | | ████ | $███ |
| ██████████████ | ███ | | ████ | $███ |
| █████████████ | ███ | | ████ | $████ |
| ██████ | ███ | | ████ | $█ |
| ██████████████ | ███ | | | $███ |
| █████████████ | ███ | | ████ | $███ |
| **TOTAL PREMIUM FOR STATE** | | | | $█████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001250

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium   STATE OF  LOUISIANA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▮ | ▮ | ▮ | ▮ | $▮ |
| ▮ | ▮ | ▮ | ▮ | $▮ |
| ▮ | | | | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| ▮ | ▮ | | ▮ | $▮ |
| **TOTAL PREMIUM FOR STATE** | | | | $▮ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001251

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF MARYLAND | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ████ | ████ | ████ | $ ████ |
| ████ | ███ | ███ | ███ | $ ██ |
| ████ | | | | $ ███ |
| ████ | ███ | | ███ | $ ███ |
| ████ | ███ | | ███ | $ ███ |
| ████ | ███ | | ███ | $ ████ |
| ███ | ███ | | ███ | $ ███ |
| ████ | ███ | | ███ | $ ███ |
| TOTAL PREMIUM FOR STATE | | | | $ ████ |

WC 00 02 08 89      Includes copyrighted material of the NCCI, used with its permission.      Page 1 of 1

*Confidential*

GWCC001252

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium — STATE OF MAINE

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ████ | ██████ | ████ | $████ |
| ██████████ | | | | $████ |
| ███████████ | ███ | | ████ | $██ |
| ████████████ | ███ | | ████ | $████ |
| ████████████ | ███ | | ████ | $████ |
| ████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $███ |
| ████████████ | | | | |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001253

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | STATE OF | MICHIGAN |
|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | █████ | ███ | $████ |
| ██████████ | ███ | █████ | ███ | $████ |
| ██████ | | | | $█████ |
| ███████ | ███ | | ███ | $████ |
| ███████ | ███ | | ███ | $████─ |
| ████████ | ███ | | ███ | $████─ |
| █████ | ███ | | ███ | $███ |
| ███████ | ███ | | ███ | $███ |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC001254

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium | **STATE OF MINNESOTA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | ███████ | ███ | $███ |
| ███████ | ███ | ███████ | ███ | $███ |
| ███████ | | | | $███ |
| ███████ | ███ | | | $███ |
| ███████ | ███ | | | $███ |
| ███████ | ███ | | | $███ |
| ███████ | ███ | | ███ | $███ |
| ███████ | ███ | | ███ | $███ |
| TOTAL PREMIUM FOR STATE | | | | $███ |

WC 00 02 08 89 | Includes copyrighted material of the NCCI, used with its permission. | Page 1 of 1

*Confidential*

GWCC001255

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

GREAT WEST CASUALTY COMPANY

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | MISSOURI | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | ████ | ████ | $██████ |
| ██████████ | | | | $██████ |
| ██████████ | ███ | | ████ | $█████ |
| █████████ | ████ | | ████ | $█████ |
| █████████ | ███ | | ████ | $██████ - |
| ██████ | ███ | | ████ | $███ |
| █████████ | ███ | | ████ | $█████ |
| ████████ | ███ | | ████ | $█████ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

Page 1 of 1

GWCC001256

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

GREAT WEST CASUALTY COMPANY
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF MISSISSIPPI | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████ | ██ | ████ | ██ | $██ |
| ████ | ██ | ███ | ██ | $██ |
| ████ | | | | $██ |
| █████ | ██ | | ██ | $██ |
| █████ | | | ██ | $██ |
| ████ | ██ | | ██ | $██ |
| ███ | ██ | | ██ | $██ |
| █████ | ██ | | ██ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

*Confidential*

GWCC001257

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium     STATE OF   MONTANA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ██████ | ████ | $████ |
| ████████████ | ████ | █ | ████ | $█ |
| ██████████ | | | | $████ |
| █████████ | ████ | | ████ | $█ |
| ██████████ | ████ | | ████ | $█ |
| ██████████ | ████ | | ████ | $████ — |
| ██████ | ████ | | ████ | $█ |
| ███████████ | ████ | | ████ | $█ |
| █████████ | ████ | | █████ | $█ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | | STATE OF | MONTANA | |
|---|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | | $ ▮ |
| | | ▮ | | ▮ | |
| | | ▮ | | ▮ | $ ▮ |
| | | ▮ | | ▮ | $ ▮ |

| TOTAL PREMIUM FOR STATE | | | | | $ ▮ |

*Confidential*    GWCC001259

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**SCHEDULE OF OPERATIONS**
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium  STATE OF  NORTH CAROLINA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | ███ | ███ | $███ |
| ███ | ███ | ███ | ███ | $██ |
| ███ | | | | $██ |
| ███ | ███ | | ███ | $██ |
| ███ | ███ | | ███ | $██ |
| ███ | ███ | | ███ | $███ |
| ███ | ███ | | ███ | $██ |
| ███ | ███ | | ███ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $███ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*    GWCC001260

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: FEBRUARY 06 2019**

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | NEBRASKA | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ███████ | ██████ | $████ |
| ███████████ | | | | $████ |
| ███████████ | ███ | | ████ | $███ |
| ███████████ | ███ | | ████ | $████ |
| ███████████ | ███ | | ████ | $████ |
| ████████ | ███ | | ████ | $███ |
| ███████████ | ███ | | ████ | $███ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001261

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF   NEW JERSEY | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 ███ | ███ | ███ | ███ | $███ |
| ███ | ███ | ███ | ███ | $███ |
| ███ | | | | $███ |
| ███ | ███ | | ███ | $███ |
| ███ | ███ | | ███ | $███ |
| ███ | ███ | | ███ | $███ |
| ███ | ███ | | ███ | $███ |
| ███ | ███ | | ███ | $███ |
| ███ | ███ | | ███ | $███ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001262

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | STATE OF | NEW JERSEY |
|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | | ████ | $███ |

| TOTAL PREMIUM FOR STATE | | | | $█████ |
|---|---|---|---|---|

WC 00 02 08 89        Includes copyrighted material of the NCCI, used with its permission.        Page 1 of 1

*Confidential*        GWCC001263

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium    STATE OF    NEW MEXICO

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | █████ | $████ |
| ███████████ | | | | $████ |
| ███████████ | ███ | | ████ | $██ |
| ███████████ | ███ | | ████ | $████ |
| ███████████ | ███ | | ████ | $████ — |
| ██████ | ███ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*    GWCC001264

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | | STATE OF | NEVADA | |
|---|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ▉ | ▉ | ▉ | $▉ |
| ▉ | | | | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $▉ |

*Confidential*

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

ITEM 4: Premium — STATE OF NEW YORK

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████████ | ███ | ██████████ | █████ | $████████ |
| ██████████████ | █████ | ████████ | █████ | $████ |
| ████████████ | | | | $██████ |
| ███████████████ | █████ | | ██████ | $████ |
| █████████████ | █████ | | ██████ | $████ |
| ███████████████ | █████ | | ██████ | $████████ — |
| █████████ | █████ | | █████ | $████ |
| ███████████████ | █████ | | █████ | $████ |
| ███████████████ | █████ | | █████ | $██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001266

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium        STATE OF    NEW YORK

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $▇ |
| ▇ | ▇ | | ▇ | |

TOTAL PREMIUM FOR STATE      $▇

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

PO Box 277, So. Sioux City, NE  68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF  OKLAHOMA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | ██████ | ████ | $ ██████ |
| ███████ | ███ | ██████ | ████ | $ ██ |
| ███████ | | | | $ ██████ |
| ███████ | ███ | | ████ | $ ████ |
| ███████ | | | ████ | $ ████ |
| ███████ | ███ | | ████ | $ ████ — |
| ███████ | ███ | | ████ | $ ██ |
| ███████ | ███ | | ████ | $ ██ |
| TOTAL PREMIUM FOR STATE | | | | $ ██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001268

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
| --- | --- |

**ITEM 4:** Premium — STATE OF OREGON

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ████ | ███████ | ██████ | $██████ |
| ███████ | ████ | █ | ██████ | $█ |
| ████████ | | | | $█████ |
| ██████ | ████ | | █████ | $██ |
| █████████ | ████ | | █████ | $████ |
| ██████████ | ████ | | █████ | $████ |
| ██████ | ████ | | █████ | $█ |
| █████████ | ████ | | █████ | $███ |
| ███████████ | ███ | | █████ | $████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001269

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**DATE ISSUED: FEBRUARY 06 2019**

**POLICY NO:** WC26278F

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

**SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS**

| The Insured<br>**BLACK HORSE CARRIERS INC** | Effective Date<br>**11/01/2018** |
| --- | --- |

| **ITEM 4:** Premium | STATE OF **OREGON** |
| --- | --- |

| CLASSIFICATION<br>OF<br>OPERATIONS | CODE<br>NO | PREMIUM BASIS<br>TOTAL ESTIMATED<br>ANNUAL<br>REMUNERATION | RATE PER<br>$100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████ | ███ | | ████ | $█ |

| TOTAL PREMIUM FOR STATE | | | | $████ |
| --- | --- | --- | --- | --- |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*

**GWCC001270**

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF PENNSYLVANIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ |
| ▮ | ▮ | ▮ | ▮ | $ |
| ▮ | | | | $ |
| ▮ | ▮ | | ▮ | $ |
| ▮ | ▮ | | ▮ | $ — |
| ▮ | ▮ | | ▮ | $ — |
| ▮ | ▮ | | ▮ | $ |
| ▮ | ▮ | | ▮ | $ |
| ▮ | ▮ | | ▮ | $ |
| TOTAL PREMIUM FOR STATE | | | | $ |

WC 00 02 08 89  Includes copyrighted material of the NCCI, used with its permission.  Page 1 of 1

*Confidential*

GWCC001271

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF | RHODE ISLAND | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 █ | █ | █ | █ | $█ |
| █ | █ | █ | █ | $█ |
| █ | | | | $█ |
| █ | █ | | █ | $█ |
| █ | █ | | █ | $█ |
| █ | █ | | █ | $█ |
| █ | █ | | █ | $█ |
| █ | █ | | █ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $█ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*    GWCC001272

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | STATE OF SOUTH CAROLINA |
|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ████████ | ██████ | $██████ |
| ██████████ | | | | $█████ |
| ██████████ | ████ | | ████ | $█████ |
| █████████ | ████ | | ████ | $█████ |
| ██████████ | | | ████ | $█████ |
| ██████ | ████ | | ████ | $████ |
| ██████████ | ████ | | ████ | $███ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001273

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF TENNESSEE | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ███████ | ███ | $████ |
| ███████████ | ███ | ███████ | ███ | $████ |
| ███████████ | | | | $████ |
| ███████████ | ███ | | | $████ |
| ███████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ███ | $████ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

*Confidential*

GWCC001274

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF | TEXAS | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| TOTAL PREMIUM FOR STATE | | | | $ |

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

GWCC001275

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

ITEM 4: Premium | STATE OF | UTAH

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ████ | ██████████ | ████ | $██████ |
| ████████████ | | | | $██████ |
| ████████████ | ████ | | ████ | $██ |
| ██████████████ | ████ | | ████ | $████ |
| ████████████ | ████ | | ████ | $██████ — |
| ██████████ | ████ | | ████ | $██ |
| ██████████████ | ████ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | VIRGINIA | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $ ▮ |
| ▮ | ▮ | ▮ | ▮ | $ ▮ |
| ▮ | | | | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| ▮ | ▮ | | ▮ | $ ▮ |
| TOTAL PREMIUM FOR STATE | | | | $ ▮ |

*Confidential*

GWCC001277

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
| --- | --- |

| ITEM 4: Premium | | STATE OF VERMONT | | |
| --- | --- | --- | --- | --- |
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ████ | ██████████ | ██████ | $████ |
| ██████████ | | | | $████ |
| ████████████ | ███ | | ████ | $█ |
| ██████████████ | ███ | | ████ | $██ |
| ████████████ | ███ | | ████ | $████ — |
| ██████ | ████ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*                                                          GWCC001278

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF WEST VIRGINIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 01/01/2019 | | | | |
| ███████████ | ███ | ██████ | ███ | $███ |
| ███████████ | ███ | ██████ | ███ | $██ |
| ███████████ | | | | $███ |
| ███████████ | ███ | | ███ | $██ |
| ███████████ | ███ | | ███ | $██ |
| ███████████ | ███ | | ███ | $█████ |
| ████████ | ███ | | ███ | $█ |
| ███████████ | ███ | | ███ | $█ |
| ███████████ | ███ | | ███ | $██ |

WC 00 02 08 89

includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001279

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| **ITEM 4:** Premium | | STATE OF   WEST VIRGINIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 01/01/2019 | | | | |
| ███████ | ███ | | ███ | $███ |
| ████████ | ███ | | ███ | $█ |
| TOTAL PREMIUM FOR PERIOD | | | | $███ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001280

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF WEST VIRGINIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 01/01/2019 TO 11/01/2019 | | | | |
| ▉▉▉▉▉ | ▉ | ▉▉▉ | ▉▉ | $▉ |
| ▉▉▉▉▉ | ▉ | ▉▉▉ | ▉▉ | $▉ |
| ▉▉▉ | | | | $▉ |
| ▉▉▉▉ | ▉ | | ▉▉ | $▉ |
| ▉▉▉▉▉ | ▉ | | ▉▉ | $▉ |
| ▉▉▉ | ▉ | | ▉▉ | $▉ |
| ▉▉ | ▉ | | ▉▉ | $▉ |
| ▉▉▉▉ | ▉ | | ▉▉ | $▉ |
| ▉▉▉▉▉ | ▉ | | ▉▉ | $▉ |

*Confidential*

GWCC001281

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 06 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | WEST VIRGINIA |
|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 01/01/2019 TO 11/01/2019 | | | | |
| ███████ | ███ | | ████ | $█ |
| ███████ | ███ | | ████ | $█ |

| TOTAL PREMIUM FOR PERIOD | $███ |
|---|---|
| TOTAL PREMIUM FOR STATE | $███ |

*Confidential*

GWCC001282

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:** WC26278F

NCCI Co. No.: 11037

**DATE ISSUED: FEBRUARY 06 2019**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## INSTALLMENT ENDORSEMENT

(WC 99 06 06)

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | |

JOE MORTEN & SON INC (IL)  6069

SUPERSEDES ANY PREVIOUSLY ISSUED INSTALLMENT ENDORSEMENT

Your policy is to be paid by installments. The total policy premium is $ 

Your Schedule of payments is as follows:

| PAYMENT NO. | BILL DATE | ESTIMATED ANNUAL PREMIUM | ASSESSMENTS AND FLAT CHARGES | TOTAL |
|---|---|---|---|---|
| 1 | 11/01/2018 | $ | $ | $ |
| 2 | 12/01/2018 | | | $ |
| 3 | 01/01/2019 | | | $ |
| 4 | 02/01/2019 | $ | $ | $ |
| 5 | 03/01/2019 | $ | $ | $ |
| 6 | 04/01/2019 | $ | $ | $ |
| 7 | 05/01/2019 | $ | $ | $ |
| 8 | 06/01/2019 | $ | $ | $ |
| 9 | 07/01/2019 | $ | $ | $ |
| 10 | 08/01/2019 | $ | $ | $ |
| 11 | 09/01/2019 | $ | $ | $ |
| 12 | 10/01/2019 | $ | $ | $ |

WC 00 06 09 10

*Confidential*

GWCC001283

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

GWCC001284

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

```
              DEPT. NO. 1140

     JOE MORTEN & SON INC (IL)   6069
     535 PLAINFIELD RD STE F
     WILLOWBROOK IL 60527
```

_____                                    _____
(fold line)                                         (fold line)

**GREAT WEST CASUALTY COMPANY**

HO 00 13 02 04

*Confidential*                                      **GWCC001285**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC001286

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

DEPT. NO. 1140

BLACK HORSE CARRIERS INC
455 KEHOE BLVD SUITE 105
CAROL STREAM IL 60188

_____
(fold line)

_____
(fold line)

GREAT WEST CASUALTY COMPANY

.

HO 00 12 02 04

*Confidential*

GWCC001287

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

GWCC001288

FILED DATE: 9/6/2023 1:54 PM 2023CH07977



**SOUTH DAKOTA NOTICE OF
ACCIDENT PREVENTION PROGRAM**

Workplace safety and accident prevention is a key element in working to reduce losses.  Reducing losses helps hold down premium.  Because rates are based on losses, controlling employee accidents through enhanced safety measures is one of the best ways you can help keep rates down.

In compliance with South Dakota law, Great West specifically requests that all employers with more than $5,000 in premium payments and more than five employees, contact our Safety Department to call on them.  However, because safety programs are important to all size businesses, Great West makes its Safety Department available to all of our workers' compensation insureds.  If our Safety Department does not already call on you, please phone if you want us to do a review of your business.

Phone:  1-800-228-8070

HO 01 41 09 08

*Confidential*

GWCC001289

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**THIS PAGE INTENTIONALLY LEFT BLANK**

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

POLICY NUMBER: **WC26278F**
POLICY EFFECTIVE DATE: **11/01/2018**
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: FEBRUARY 14 2019**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**WC 89 06 00 A**

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured **BLACK HORSE CARRIERS INC** | Endorsement effective **11/01/2018** |
|---|---|
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |

(Authorized Representative)

**JOE MORTEN & SON INC (IL)  6069**

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☐ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☐ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☒ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

**THE ESTIMATED ANNUAL PREMIUM IS CHANGED TO $███████
THE MINIMUM PREMIUM IS $████**

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | |
|---|---|
| | Total Estimated Annual Premium $ |
| Minimum Premium $ | Deposit Premium $ |

All other terms and conditions of this policy remain unchanged.

WC 89 00 01 00      Includes copyrighted material of NCCI, Inc., with its permission
1996, National Council on Compensation Insurance, Inc.      Page 1 of 1

*Confidential*

GWCC001291

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

**POLICY NUMBER:** WC26278F
**POLICY EFFECTIVE DATE:** 11/01/2018
NCCI Ins. Co. Number: **11037**

**DATE ISSUED: FEBRUARY 14 2019**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
### WC 89 06 00 A

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |

(Authorized Representative)

**JOE MORTEN & SON INC (IL)  6069**

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☒ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☐ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☐ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

**THE STATE OF SD IS ADDED TO ITEM 3.A**

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

Total Estimated Annual Premium $

Minimum Premium $ _____ Deposit Premium $

All other terms and conditions of this policy remain unchanged.

| WC 89 00 01 00 | Includes copyrighted material of NCCI, Inc., with its permission 1996, National Council on Compensation Insurance, Inc. | Page 1 of 1 |
|---|---|---|

*Confidential*

GWCC001292

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

**POLICY NUMBER:** WC26278F
**POLICY EFFECTIVE DATE:** 11/01/2018
NCCI Ins. Co. Number: 11037                    **DATE ISSUED: FEBRUARY 14 2019**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
### WC 89 06 00 A

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement effective |
|---|---|
| **BLACK HORSE CARRIERS INC** | **11/01/2018** |
| **GREAT WEST CASUALTY COMPANY** | Countersigned by |

(Authorized Representative)

**JOE MORTEN & SON INC (IL)  6069**

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☐ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☒ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☐ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

**ADDED THE STATE OF SD TO 3A
ADDED SD CLASS CODE 7219 AT IF ANY PAYROLL**

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

Total Estimated Annual Premium $

Minimum Premium $                                    Deposit Premium $

All other terms and conditions of this policy remain unchanged.

WC 89 00 01 00          Includes copyrighted material of NCCI, Inc., with its permission          Page 1 of 1
                        1996, National Council on Compensation Insurance, Inc.

*Confidential*                                                                      GWCC001293

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

**POLICY NUMBER:** WC26278F
**POLICY EFFECTIVE DATE:** 11/01/2018
NCCI Ins. Co. Number: 11037

DATE ISSUED: FEBRUARY 14 2019

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
### WC 89 06 00 A

## POLICY INFORMATION PAGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured BLACK HORSE CARRIERS INC | Endorsement effective 11/01/2018 |
|---|---|
| GREAT WEST CASUALTY COMPANY | Countersigned by |

(Authorized Representative)

JOE MORTEN & SON INC (IL)   6069

The following item(s)

| | | | |
|---|---|---|---|
| ☐ | Insured's Name (WC 8901) | ☐ | Item 3.A. States (WC 8912) |
| ☐ | Policy Number (WC 8902) | ☐ | Item 3.B. Limits (WC 8913) |
| ☐ | Effective Date (WC 8903) | ☐ | Item 3.C. States (WC 8914) |
| ☐ | Expiration Date (WC 8904) | ☐ | Item 3.D. Endorsement Numbers (WC 8915) |
| ☐ | Insured's Mailing Address (WC 8905) | ☒ | Item 4.* Class, Rate, Other (WC 8916) |
| ☐ | Experience Modification (WC 8906) | ☐ | Interim Adjustment of Premium (WC 8917) |
| ☐ | Producer's Name (WC 8907) | ☐ | Carrier Servicing Office (WC 8918) |
| ☐ | Change in Workplace of Insured (WC 8908) | ☐ | Interstate/Intrastate Risk ID Number (WC 8919) |
| ☐ | Insured's Legal Status (WC 8910) | ☐ | Carrier Number (WC 8920) |
| ☐ | Insured's Federal ID Number (WC 8911) | ☐ | State required POC information (WC 8921) |

is changed to read:

```
CLASS CODE 7219 IS ADDED FOR THE STATE OF SD WITH A RATE OF ████
ADJUSTMENT FACTOR         WITH CLASS CODE 9663 IS ADDED FOR SD
ADJUSTMENT FACTOR ████    WITH CLASS CODE 9740 IS ADDED FOR SD
ADJUSTMENT FACTOR ████    WITH CLASS CODE 9741 IS ADDED FOR SD
ADJUSTMENT FACTOR ████    WITH CLASS CODE 9812 IS ADDED FOR SD
ADJUSTMENT FACTOR ████    WITH CLASS CODE 9898 IS ADDED FOR SD
```

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | |
|---|---|---|
| | Total Estimated Annual Premium $ | |
| Minimum Premium $ | Deposit Premium $ | |

All other terms and conditions of this policy remain unchanged.

WC 89 00 01 00    Includes copyrighted material of NCCI, Inc., with its permission    Page 1 of 1
1996, National Council on Compensation Insurance, Inc.

*Confidential*

GWCC001294

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF ALABAMA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ███ | █████ | █████ | $████ |
| ██████████ | | | | $████ |
| ██████████ | ███ | | ████ | $██ |
| █████████████ | ███ | | ████ | $████ |
| ████████████ | ███ | | ████ | $████ |
| ████████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001295

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
*PO Box 277, So. Sioux City, NE 68776*

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | ARKANSAS | |
|---|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████████ | ████ | ████████ | ████ | $████ |
| ████████████ | ███ | ██████ | ████ | $███ |
| ██████████ | | | | $████ |
| ██████████████ | ███ | | ████ | $██ |
| ██████████████████ | ███ | | ████ | $██ |
| ██████████ | ███ | | ███ | $███ — |
| ████████ | ███ | | | $█ |
| ████████████ | ███ | | ████ | $█ |

| TOTAL PREMIUM FOR STATE | | | | $████ |

*Confidential*

GWCC001296

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | CALIFORNIA | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ████ | ███████ | ██████ | $██████ |
| ██████████ | ████ | ██████ | ████ | $████ |
| ██████████ | | | | $██████ |
| ██████████████ | | | ████ | $██████ — |
| █████████████ | | | ████ | $██████ — |
| ████████ | ████ | | ████ | $██ |
| ██████████████ | ████ | | ████ | $█ |
| ██████████ | ████ | | ████ | $████ |
| ████████████ | ██ | | ██████ | $████ |

*Confidential*

GWCC001297

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | CALIFORNIA | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| █████████████ | ████ | | ████████ | $████ |
| ████████████████ | ████ | | ████████ | $████ |
| ████████████████ | ████ | | ████████ | $████ |
| ████████████████ | ████ | | ████████ | $████ |
| ████████████████ | ████ | | ████████ | $████ |
| TOTAL PREMIUM FOR STATE | | | | $████████ |

*Confidential*

GWCC001298

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium | STATE OF COLORADO

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ███ | ████████ | ████ | $████ |
| ████████████ | ███ | ██████ | ████ | $██ |
| ████████ | | | | $████ |
| ████████████ | ███ | | ████ | $████ |
| ████████████ | ███ | | ████ | $████ |
| ████████████ | ███ | | | $████ |
| ███████ | ███ | | ████ | $█ |
| ████████████ | ███ | | ████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89 | Includes copyrighted material of the NCCI, used with its permission. | Page 1 of 1

*Confidential*

GWCC001299

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium | | | STATE OF | CONNECTICUT

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▉ | ▉ | ▉ | ▉ | $▉ |
| ▉ | ▉ | ▉ | ▉ | $▉ |
| ▉ | | | | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |

*Confidential*

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF | CONNECTICUT | | |
|---|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | | ███ | $███ |
| ███████████ | | | | |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $███ |

*Confidential*

GWCC001301

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF DISTRICT OF COL. | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 ███████████ | ███ | ████ | ███ | $███ |
| ████████ | | | | $███ |
| █████████ | ██ | | ██ | $█ |
| █████████ | ██ | | ██ | $█ |
| █████████ | ██ | | ██ | $███ — |
| ██████ | ██ | | ██ | $█ |
| █████████ | ██ | | ██ | $█ |
| █████████ | ██ | | ██ | $█ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $███ |

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: FEBRUARY 14 2019**

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium — STATE OF DELAWARE

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 ███ | ███ | 0 | ███ | $█ |
| ███ | ███ | 0 | ███ | $█ |
| ███ | | | | $█ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | | $██ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | ███ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $██ |

*Confidential*

GWCC001303

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
|---|---|

**ITEM 4:** Premium | STATE OF **FLORIDA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ██ | ██ | ██ | $██ |
| ██ | ██ | ██ | ██ | $██ |
| ██ | | | | $██ |
| ██ | ██ | | ██ | $██ |
| ██ | | | ██ | $██ |
| ██ | ██ | | ██ | $██ |
| ██ | ██ | | ██ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $██ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*

GWCC001304

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
| --- | --- |

**ITEM 4:** Premium — STATE OF GEORGIA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ████████ | ██████ | $█████ |
| ███████████ | ████ | ██████ | █████ | $████ |
| ███████████ | | | | $███ |
| ███████████ | ████ | | | $████ |
| ███████████ | | | ██████ | $████ |
| ███████████ | ████ | | ████ | $████ — |
| █████████ | ████ | | ████ | $█ |
| ███████████ | ████ | | ██████ | $████ |
| ███████████ | ████ | | ██████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $███████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001305

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF | IOWA | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | $▮▮▮ |
| ▮▮▮▮▮ | | | | $▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ |
| ▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮▮ |
| ▮▮▮ | ▮▮ | | ▮▮ | $▮ |
| ▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮ |
| TOTAL PREMIUM FOR STATE | | | | $▮▮ |

*Confidential*

GWCC001306

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium   STATE OF   **IDAHO**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | ███ | ███ | $█ |
| ███ | ███ | █ | ███ | $█ |
| ███ | | | | $█ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | ███ | $█ |
| ███ | ███ | | ███ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $█ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*     GWCC001307

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

GREAT WEST CASUALTY COMPANY

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

ITEM 4: Premium | STATE OF ILLINOIS

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | ███ | $████████ |
| ███████████ | ███ | ███████ | ███ | $████ |
| ███████████ | | | | $█████ |
| ███████ | ███ | | | $████ |
| █████████ | ███ | | ███ | $████ |
| ████████ | ███ | | ███ | $████ |
| ████████ | ███ | | ███ | $██████ |
| ███████ | ███ | | ███ | $████ |
| █████████ | ███ | | ███ | $████ |

Confidential

GWCC001308

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium | STATE OF ILLINOIS

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | | ██████ | $█████ |

| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

GWCC001309

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED:  FEBRUARY  14  2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES  ANY  PREVIOUSLY  ISSUED  WORK  COMP  SCHEDULE  OF  OPERATIONS

| The Insured<br>BLACK  HORSE  CARRIERS  INC | Effective Date<br>11/01/2018 |
|---|---|

**ITEM 4:** Premium      STATE OF   INDIANA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM  PERIOD  FROM  11/01/2018  TO  11/01/2019 | | | | |
| ███████████ | ████ | ███████ | ████ | $██████ |
| ███████████ | ████ | ███████ | ████ | $████ |
| ██████████ | | | | $██████ |
| ████████████ | ████ | | ████ | $████ |
| ███████████ | ████ | | ████ | $████ |
| ████████████ | ████ | | ████ | $████ — |
| ████████ | ████ | | ████ | $████ |
| ████████████ | ████ | | ████ | $████ |
| ██████████ | ████ | | ████ | $████ |
| TOTAL  PREMIUM  FOR  STATE | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001310

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

*PO Box 277, So. Sioux City, NE 68776*

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium          STATE OF   KANSAS

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | ███████ | ████ | $████ |
| ███████ | | | | $█████ |
| ████████ | ███ | | ████ | $███ |
| ██████████ | ███ | | ████ | $█████ |
| ██████████ | ███ | | ████ | $██████ |
| ██████ | ███ | | ████ | $█ |
| █████████ | ███ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001311

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium    STATE OF   KENTUCKY

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ██████ | █████ | $████ |
| ██████ | | | | $████ |
| ██████████ | ████ | | ████ | $██ |
| ████████████ | ████ | | ████ | $████ |
| ██████████ | ████ | | ████ | $████ |
| ██████ | ████ | | ████ | $█ |
| ████████████ | ████ | | ████ | $██ |
| ██████████ | ████ | | ████ | $██ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001312

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
| --- | --- |

**ITEM 4:** Premium          STATE OF  LOUISIANA

| CLASSIFICATION<br>OF<br>OPERATIONS | CODE<br>NO | PREMIUM BASIS<br>TOTAL ESTIMATED<br>ANNUAL<br>REMUNERATION | RATE PER<br>$100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ████████ | ████ | $████ |
| ██████████ | ███ | ██████ | ████ | $███ |
| ██████████ | | | | $█████ |
| ███████████ | ████ | | ████ | $████ |
| █████████████ | ███ | | ████ | $███ |
| █████████████ | ████ | | ████ | $████ |
| ████████ | ████ | | ████ | $█ |
| ████████████ | ████ | | ████ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001313

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | STATE OF MARYLAND |
|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | ██████ | ████ | $████ |
| ███████ | ███ | █████ | ████ | $████ |
| ███████ | | | | $████ |
| ███████ | ███ | | ████ | $████ |
| ███████ | ███ | | ████ | $████ |
| ███████ | ███ | | ████ | $████ — |
| ███████ | ███ | | ████ | $████ |
| ███████ | ███ | | ████ | $████ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001314

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium — STATE OF MAINE

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ███ | ████ | | $██ |
| ██████████ | | | | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| **TOTAL PREMIUM FOR STATE** | | | | $██ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001315

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF MICHIGAN | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ████████ | ███ | $ ██████ |
| ███████████████ | ███ | ████████ | ███ | $ ██████ |
| ██████████ | | | | $ ██████ |
| ████████████ | ███ | | ██████ | |
| ████████████ | ███ | | ██████ | $ ██████ — |
| ████████████ | ███ | | ██████ | $ ██████ — |
| ███████ | ███ | | ██████ | $ ██ |
| ███████████ | ███ | | ██████ | $ ██ |
| TOTAL PREMIUM FOR STATE | | | | $ ██████ |

WC 00 02 08 89   Includes copyrighted material of the NCCI, used with its permission.   Page 1 of 1

*Confidential*

GWCC001316

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium

**STATE OF MINNESOTA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ████ | ██████ | ████ | $ ████ |
| ██████████ | ███ | █████ | ███ | $ |
| ██████████ | | | | $ ████ |
| ████████████ | ██ | | | $ ██ |
| ██████████ | ███ | | ███ | $ ██ |
| █████████ | ███ | | ███ | $ ████ |
| ████████ | ███ | | ███ | $ █ |
| ██████████ | ███ | | ████ | $ ██ |
| TOTAL PREMIUM FOR STATE | | | | $ ██████ |

*Confidential*

GWCC001317

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium    STATE OF    MISSOURI

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▉ | ▉ | ▉ | | $▉ |
| ▉ | | | | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| ▉ | ▉ | | ▉ | $▉ |
| TOTAL PREMIUM FOR STATE | | | | $▉ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM    2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium     STATE OF   MISSISSIPPI

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▉▉▉▉▉ | ▉▉ | | ▉▉ | $▉▉ |
| ▉▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | $▉▉ |
| ▉▉▉▉▉ | | | | $▉▉ |
| ▉▉▉▉▉ | ▉▉ | | | $▉▉ |
| ▉▉▉▉ | | | ▉▉ | $▉▉ |
| ▉▉▉▉▉ | | | ▉▉ | $▉▉— |
| ▉▉▉ | ▉▉ | | ▉▉ | $▉ |
| ▉▉▉▉▉ | ▉▉ | | ▉▉ | $▉ |
| TOTAL PREMIUM FOR STATE | | | | $▉▉ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001319

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF MONTANA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ████████ | ██████ | $████ |
| ██████████ | ████ | █ | ██████ | $█ |
| ████████████ | | | | $████ |
| █████████████ | ████ | | ██████ | $█ |
| ████████████ | | | ██████ | $█ |
| ████████ | ████ | | ██████ | $████─ |
| ██████ | ████ | | ██████ | $█ |
| ███████████ | ████ | | | $█ |
| ████████████ | ████ | | ███████ | $█ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001320

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|



| ITEM 4: Premium | | STATE OF MONTANA | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████ | ███ | | ██████ | $█ |
| ███████ | ███ | | ████ | $█ |
| ███████ | ███ | | █████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $███ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

*Confidential*

Page 1 of 1

GWCC001321

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

**ITEM 4:** Premium — STATE OF NORTH CAROLINA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ████████ | █████ | $████ |
| ███████ | ████ | ████████ | █████ | $████ |
| ████████ | | | | $████ |
| █████████ | ███ | | █████ | $███ |
| ███████ | ███ | | █████ | $██ |
| ██████ | ███ | | █████ | $████ — |
| █████ | ███ | | | $█ |
| ████████ | ███ | | █████ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $█████ |

WC 00 02 08 89    Includes copyrighted material of the NCCI, used with its permission.    Page 1 of 1

*Confidential*

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

GREAT WEST CASUALTY COMPANY

PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | NEBRASKA |
|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ■■■■■■■■■ | ■■■ | ■■■■ | ■■■ | $■■■ |
| ■■■■■■■ | | | | $■■■ |
| ■■■■■■ | ■■ | | ■■ | $■■ |
| ■■■■■■ | ■■ | | ■■ | $■■ |
| ■■■■■■ | ■■ | | ■■ | $■■ |
| ■■■■ | ■■ | | ■■■ | $■ |
| ■■■■■■ | ■■ | | ■■ | $■ |
| TOTAL PREMIUM FOR STATE | | | | $■■ |

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001323

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium

STATE OF   NEW JERSEY

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ██ | ████ | ██ | $ ███ |
| ████ | ██ | ████ | ██ | $ ███ |
| ████ | | | | $ ███ |
| ████ | ██ | | ██ | $ ███ |
| ████ | ██ | | ██ | $ ███ |
| ████ | ██ | | ██ | $ ███ |
| ████ | ██ | | ██ | $ ███ |
| ████ | ██ | | ██ | $ ███ |
| ████ | ██ | | ██ | $ ███ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001324

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | NEW JERSEY | |
|---|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███ | ██ | | ███ | $██ |

| TOTAL PREMIUM FOR STATE | | | | $███ |
|---|---|---|---|---|

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001325

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | NEW MEXICO | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | $▮▮▮ |
| ▮▮▮▮▮ | | | | $▮▮▮ |
| ▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮ |
| ▮▮▮▮▮ | ▮▮▮ | | ▮▮ | $▮▮▮ |
| ▮▮▮▮▮ | ▮▮ | | ▮▮ | $▮▮▮ |
| ▮▮▮▮ | ▮▮ | | ▮▮ | $▮ |

| TOTAL PREMIUM FOR STATE | | | | $▮▮▮ |
|---|---|---|---|---|

WC 00 02 08 89         includes copyrighted material of the NCCI, used with its permission.         Page 1 of 1

*Confidential*

GWCC001326

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium — STATE OF NEVADA

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ███ | ████████ | ███ | $████ |
| █████████ | | | | $████ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $██ |
| ██████████ | ███ | | ███ | $█████ |
| █████ | ███ | | ███ | $█ |
| ██████████ | ███ | | ███ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

*Confidential*

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

**ITEM 4:** Premium — STATE OF NEW YORK

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | ██████ | ███ | $█████ |
| ███████████ | ███ | █████ | ███ | $███ |
| ███████ | | | | $███████ |
| █████████ | ███ | | ███ | $████ |
| ███████████ | ███ | | ███ | $███ |
| ████████████ | ███ | | ███ | $█████── |
| ████████ | ███ | | ███ | $███ |
| ████████ | ███ | | ███ | $█ |
| ██████████ | ███ | | ███ | $███ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001328

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | NEW YORK | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | $■ |
| ■ | ■ | | ■ | |

TOTAL PREMIUM FOR STATE                                                                $■

WC 00 02 08 89          Includes copyrighted material of the NCCI, used with its permission.          Page 1 of 1

*Confidential*

GWCC001329

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | OKLAHOMA |
|---|---|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████████ | ███ | ██████ | ████ | $████ |
| ████████████ | ███ | ████ | ███ | $█ |
| ████████████ | | | | $████ |
| ██████████████ | ███ | | ███ | $███ |
| ███████████████ | ████ | | ███ | $███ |
| █████████████████ | ███ | | ███ | $█████─ |
| ████████ | ███ | | ███ | $██ |
| ██████████████ | ███ | | ███ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001330

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF OREGON | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ████ | ███████ | ████ | $████ |
| ███████ | ████ | █ | ████ | $█ |
| ████████ | | | | $████ |
| █████████ | ████ | | ████ | $██ |
| ██████████ | ████ | | ████ | $███ |
| ██████████ | ████ | | █████ | $███─ |
| ██████ | ████ | | ████ | $█ |
| ███████ | ████ | | ████ | $█ |
| ████████████ | ████ | | ██████ | $███ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*     GWCC001331

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

**DATE ISSUED: FEBRUARY 14 2019**

POLICY NO: **WC26278F**

NCCI Co. No.: **11037**

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

**SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS**

| The Insured **BLACK HORSE CARRIERS INC** | Effective Date **11/01/2018** |
|---|---|

| ITEM 4: Premium | | STATE OF | **OREGON** | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ▮ | ▮ | | ▮ | $▮ |
| **TOTAL PREMIUM FOR STATE** | | | | $▮ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001332

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*

**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
| --- | --- |

**ITEM 4:** Premium

**STATE OF   PENNSYLVANIA**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████ | ████ | ████████ | ████ | $████████ |
| ██████ | ████ | ██████ | ████ | $████ |
| ██████████ | | | | $██████ |
| ██████████ | ████ | | ████ | $██████ |
| ████████████ | | | ████ | $████████— |
| ██████████ | ████ | | ████ | $████████— |
| ██████ | ████ | | ████ | $████ |
| ██████████ | ████ | | ████ | $██████ |
| ████████ | ████ | | ████ | $██████ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001333

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF RHODE ISLAND | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | ███ | | ███ | $███ |
| ███████████ | ███ | ███████ | ███ | $███ |
| ███████████ | | | | $███ |
| ███████████ | ███ | | | $███ |
| ███████████ | ███ | | ███ | $███ |
| ███████████ | ███ | | ███ | $███ |
| ███████ | ███ | | ███ | $███ |
| ███████████ | ███ | | ███ | $███ |
| **TOTAL PREMIUM FOR STATE** | | | | $███ |

*Confidential*

GWCC001334

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF SOUTH CAROLINA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████ | ███ | ██████ | ████ | $████ |
| ███████ | | | | $████ |
| ███████ | ██ | | ██ | $███ |
| ████████ | ██ | | | ████ |
| ███████ | ██ | | ██ | $███ — |
| ████ | ██ | | ██ | $█ |
| ███████ | ██ | | ██ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001335

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

*GREAT WEST CASUALTY COMPANY*

NCCI Co. No.: 11037

**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | STATE OF SOUTH DAKOTA |
|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████ | █ | ███ | ███ | $█ |
| ███████ | | | | $█ |
| █████████ | ███ | | ███ | $█ |
| ██████████ | ███ | | ███ | $█ |
| █████████ | ███ | | ███ | $█ |
| █████ | ███ | | ███ | $█ |
| ██████████ | ███ | | ███ | $█ |
| ████████ | ███ | | | $█ |
| TOTAL PREMIUM FOR STATE | | | | $██ |

*Confidential*

GWCC001336

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
(WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

GREAT WEST CASUALTY COMPANY
PO Box 277, So. Sioux City, NE 68776

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
| --- | --- |

**ITEM 4:** Premium   STATE OF **TENNESSEE**

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| --- | --- | --- | --- | --- |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | ███ | ██████ | ███ | $█████ |
| ████████ | ███ | █████ | ███ | $██ |
| ████████ | | | | $████ |
| ████████ | ███ | | ███ | $██ |
| ████████ | ███ | | ███ | $██ |
| ████████ | ███ | | ███ | $████ |
| ████████ | ███ | | ███ | $██ |
| ████████ | ███ | | ███ | $██ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89     Includes copyrighted material of the NCCI, used with its permission.     Page 1 of 1

*Confidential*

GWCC001337

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | TEXAS | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████ | ████ | ██████ | ████ | $██████ |
| ████████ | ████ | ██████ | ████ | $ |
| ██████ | | | | $████ |
| ████████ | ████ | | ████ | $ |
| ████████ | ████ | | ████ | $ |
| ██████████ | ████ | | ████ | $████ |
| ██████ | ████ | | ████ | $ |
| TOTAL PREMIUM FOR STATE | | | | $██████ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001338

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM  2023CH07977

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE  68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured<br>BLACK HORSE CARRIERS INC | Effective Date<br>11/01/2018 |
|---|---|

**ITEM 4:** Premium | | STATE OF    UTAH

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ████████████ | ████ | ████████ | ████ | $████ |
| ██████████ | | | | $████ |
| ███████████ | ███ | | ████ | $███ |
| ████████████ | ███ | | ████ | $████ |
| ██████████ | ███ | | ████ | $████ |
| ████████ | ███ | | ████ | $█ |
| ███████████ | ███ | | ████ | $█ |
| | | | | |
| TOTAL PREMIUM FOR STATE | | | | $████ |

WC 00 02 08 89 | Includes copyrighted material of the NCCI, used with its permission. | Page 1 of 1

*Confidential*

GWCC001339

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured BLACK HORSE CARRIERS INC | Effective Date 11/01/2018 |
|---|---|

| ITEM 4: Premium | | STATE OF VIRGINIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ███████████████ | ████ | ████████ | ██████ | $████████ |
| ███████████ | ████ | ███████ | ██████ | $████ |
| ███████████ | | | | $███████ |
| ████████████ | ████ | | | $████ |
| ███████████████ | | | ██████ | $████ |
| █████████████ | ████ | | ██████ | $██████ ─ |
| ████████ | ████ | | ██████ | $████ |
| TOTAL PREMIUM FOR STATE | | | | $███████ |

WC 00 02 08 89   Includes copyrighted material of the NCCI, used with its permission.   Page 1 of 1

*Confidential*

GWCC001340

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: FEBRUARY 14 2019**

POLICY NO: WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF VERMONT | | |
|---|---|---|---|---|
| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| PREMIUM PERIOD FROM 11/01/2018 TO 11/01/2019 | | | | |
| ██████████████ | ███ | ████ | ████ | $██ |
| ███████████ | | | | $██ |
| ██████████ | ██ | | ███ | $█ |
| █████████████ | ██ | | ███ | $█ |
| █████████████ | ██ | | ███ | $███─ |
| ███████ | ██ | | ████ | $█ |
| █████████████ | ██ | | ███ | $█ |
| █████████████ | ██ | | ███ | $█ |
| TOTAL PREMIUM FOR STATE | | | | $████ |

Includes copyrighted material of the NCCI, used with its permission. Page 1 of 1

*Confidential*

GWCC001341

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

FILED DATE: 9/6/2023 1:54 PM   2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

**DATE ISSUED: FEBRUARY 14 2019**

**POLICY NO:** WC26278F

**NCCI Co. No.:** 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF WEST VIRGINIA | | |
|---|---|---|---|---|
| **CLASSIFICATION OF OPERATIONS** | **CODE NO** | **PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION** | **RATE PER $100 OF REMUNERATION** | **ESTIMATED ANNUAL PREMIUM** |
| PREMIUM PERIOD FROM 11/01/2018 TO 01/01/2019 | ██ | ██ | ██ | $ ██ |
| ████ | ██ | ██ | ██ | $ ██ |
| ████ | | | | $ ██ |
| ████ | ██ | | ██ | $ ██ |
| ████ | ██ | | ██ | $ ██ |
| ████ | ██ | | ██ | $ ██ |
| ████ | ██ | | ██ | $ ██ |
| ████ | ██ | | ██ | $ ██ |
| ████ | ██ | | ██ | $ ██ |

WC 00 02 08 89        Includes copyrighted material of the NCCI, used with its permission.        Page 1 of 1

*Confidential*

GWCC001342

FILED DATE: 9/6/2023 1:54 PM 2023CH07977

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## SCHEDULE OF OPERATIONS
### (WC 00 00 01 A CONTINUED)

DATE ISSUED: FEBRUARY 14 2019

**POLICY NO:** WC26278F

NCCI Co. No.: 11037

*GREAT WEST CASUALTY COMPANY*
**PO Box 277, So. Sioux City, NE 68776**

SUPERSEDES ANY PREVIOUSLY ISSUED WORK COMP SCHEDULE OF OPERATIONS

| The Insured | Effective Date |
|---|---|
| BLACK HORSE CARRIERS INC | 11/01/2018 |

| ITEM 4: Premium | | STATE OF | WEST VIRGINIA | |

| CLASSIFICATION OF OPERATIONS | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| PREMIUM PERIOD FROM 11/01/2018 TO 01/01/2019 | | | | |
| ███████ | ███ | | ███ | $ ███ |
| ███████ | ███ | | ███ | $ ███ |
| | | | | |
| TOTAL PREMIUM FOR PERIOD | | | | $ ███ |

WC 00 02 08 89

Includes copyrighted material of the NCCI, used with its permission.

Page 1 of 1

*Confidential*

GWCC001343